UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>ANGEL ANTONIO ALICEA SANTIAGO, HILDA VIDAURE RIVERA HOYOS, and their Conjugal Partnership<br><br>Defendants | CIVIL NO.<br><br><br>Foreclosure of Mortgage IN REM |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America –acting as the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.  Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.  Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. $1921 et seq., is the owner and holder of seven (7) promissory notes that affect the property described further below.

3.  The first promissory note is for the amount of **$73,500.00**, with annual interest of 10%, subscribed on April 2, 1980. *See Exhibit 1.*

4.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through deed No. 28. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 2.*

5.  The promissory note for $73,500.00 was modified on four occasions, under the terms and conditions stipulated and agreed therein. On January 5, 1996, the last modification was executed, through Deed No. 2. This transaction is duly recorded at the corresponding Property Registry. *See Exhibit 3.*

6.  Plaintiff also owns and holds a promissory note for the amount of **$25,000.00,** with annual interest of 8 5/8%, signed on May 21, 1986. *See Exhibit 4.*

7.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through deed No. 89. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 5.*

8.  The promissory note for $25,000.00, was modified, under the terms and conditions stipulated and agreed therein, on four occasions. On January 5, 1996, the last modification was executed, through Deed No. 2. This transaction is duly recorded at the corresponding Property Registry. *See Exhibit 3.*

9.  Plaintiff is the owner and holder of a promissory note for the amount of **$68,036.12**, with annual interest of 5.75%, signed on September 30, 1987. *See Exhibit 6.*

10. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 69. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 7.*

11. The promissory note for $68,036.12, was modified, under the terms and conditions stipulated and agreed therein, on three occasions. On January 5, 1996, the last modification was executed, through Deed No. 2. This transaction is duly recorded at the corresponding Property Registry. *See Exhibit 3.*

12. Plaintiff is the owner and holder of a promissory note for the sum of **$11,400.00**, with annual interest of 8.5%, signed on August 17, 1988. *See Exhibit 8.*

3

13. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 207. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 9.*

14. The promissory note for $11,400.00, was modified, under the terms and conditions stipulated and agreed therein, on three occasions. On January 5, 1996, the last modification was executed, through Deed No. 2. This transaction is duly recorded at the corresponding Property Registry. *See Exhibit 3.*

15. Plaintiff is the owner and holder of a promissory note for the sum of **$161,000.00,** with annual interest of 4.5%, signed on December 27, 1989. *See Exhibit 10.*

16. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 213. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 11.*

17. On May 28, 1993, the promissory note for $161,000.00 was modified, under the terms and conditions stipulated and agreed therein, through Deed No. 207. This transaction is

duly recorded at the corresponding Property Registry. *See Exhibit 12.*

18. Plaintiff is the owner and holder of a promissory note for the sum of **$21,500.00**, with annual interest of 4.5%, signed on August 29, 1990. *See Exhibit 13.*

19. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 201. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 14.*

20. On May 28, 1993, the promissory note for $21,500.00, was modified, under the terms and conditions stipulated and agreed therein, through Deed No. 207. This transaction is duly recorded at the corresponding Property Registry. *See Exhibit 12.*

21. Plaintiff is also the owner and holder of a promissory note for the sum of **$10,500.00**, with annual interest of 6%, signed on October 24, 1990. *See Exhibit 15.*

22. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 234. This mortgage is duly recorded at the corresponding Property

Registry. *See Exhibit 16.*

23. The promissory note for $10,500.00, was modified, under the terms and conditions stipulated and agreed therein, on two occasions. On January 5, 1996, the last modification was executed, through Deed No. 2. This transaction is duly recorded at the corresponding Property Registry. *See Exhibit 3.*

24. According to the Property Registry, codefendant ANGEL ANTONIO ALICEA SANTIAGO appears as owner of record of the real estate property subject of this case. Said property is described – as it was recorded in Spanish- as follows:

> RÚSTICA: Predio de terreno compuesto de doce cuerdas equivalentes a cuatro hectáreas, sesenta y una áreas, sesenta y cuatro centiáreas y sesenta y ocho miliáreas, sita en el Barrio Barrancas de Barranquitas y en lindes por el NORTE, con Pedro Torres; por el SUR, ESTE y OESTE, con la finca principal de la cual se segrega. Enclavan las siguientes estructuras: casa construida en concreto dedicada a vivienda de treintidos pies ocho pulgadas por treintisiete pies diez pulgadas. Tanque de agua de doce pies por doce pies por siete pies. Caja de medicar de cinco pies por cinco pies por cuatro pies. Dos ranchos para pollos de doscientos cincuenta pies por cuarenta pies cada uno y otro de trescientos pies por cuarenta pies con equipo.
>
> Property 3,134, recorded at page 112 of volume 74, Property Registry of Barranquitas, Puerto Rico.
>
> *See Title Search attached as Exhibit 17.*

25. Codefendant MANUEL ARROYO VAZQUEZ filed a petition before the Bankruptcy Court for the District of Puerto Rico, including

the secured debt subject of this complaint and obtained an Order of Discharge on May 20, 2019. Thus, as a secured creditor, plaintiff files its cause of action as IN REM. *See Exhibit 18.*

26. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

27. Therefore, the agreements are due in full, with the following amounts:

    a) On the $161,000.00 Note, as modified:

        1) The sum of $170,158.15, of principal;

        2) The sum of $205,535.20, of interest accrued as of June 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $20.9784;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

    b) On the $21,500.00 Note, as modified:

1) The sum of $22,810.93, of principal;

2) The sum of $27,746.22, of interest accrued as of June 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $2.8123;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

c) On the $25,000.00 Note, as modified:

1) The sum of $18,680.92, of principal;

2) The sum of $21,219.50, of interest accrued as of June 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $2.5590;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

d) On the $68,036.12 Note, as modified:

1) The sum of $38,513.77, of principal;

2) The sum of $53,827.09, of interest accrued as of June 8, 2020, and thereafter until its full and total payment, which interest amount

increases at the daily rate of $6.6265;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

e) On the $11,400.00 Note, as modified:

1) The sum of $9,152.19, of principal;

2) The sum of $10097.51, of interest accrued as of June 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.2537;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

f) On the $10,500.00 Note, as modified:

1) The sum of $10,881.12, of principal;

2) The sum of $12,005.00, of interest accrued as of June 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.4906;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed

9

under the mortgage obligation.

g) On the $73,500.00 Note, as modified:

1) The sum of $118,359.49, of principal;

2) The sum of $128,671.37, of interest accrued as of June 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $16.2136;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

*See Exhibit 19.*

28. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

29. Codefendants ANGEL ANTONIO ALICEA SANTIAGO and HILDA VIDAURE RIVERA HOYOS are not presently active in the military service for the United States. *See Exhibit 20.*

30. The real estate property which is hereby being foreclosed is subject to the following liens in the rank indicated:

(A)   <u>Property 8,991</u>:

1) Recorded liens with preference or priority over mortgage

herein recorded:

-NONE.

2) Junior Liens with inferior rank or priority over mortgage herein executed:

a) SEIZURE: In favor of Fondo del Seguro del Estado of Commonwealth of Puerto Rico, Invoices, Certification dated June 26, 1997, in the amount of $725.00. Annotated at overleaf of page 85 of volume 174 of Barranquitas, dated August 22, 1997, annotation A.

## VERIFICATION

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as Director of LRTF of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

11

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 16 day of November, 2020.


JACQUELINE LAZU LABOY

PRAYER

WHEREFORE, plaintiff demands judgment as follows:

a)   That defendants breached the contractual obligations claimed in this complaint;

b)   All legal rights, titles and interests which the defendants may have in the property(ies) described in this complaint and any building or improvement thereon, be sold at public auction, as part of the judicial

foreclosure of the mortgage lien(s) securing each loan obligation;

c)   That the defendants and all persons claiming or who may claim by, from or under them, be absolutely barred and foreclosed from all rights and equity of redemption in and to said loan security;

d)   If the proceeds of said sale exceeds the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court, subject to further orders from the Court;

e)   Once the property is auctioned and sold, it is requested to the Clerk of this Court to issue a writ addressed to the Registry of the Property, ordering the cancellation of the foreclosed mortgage(s) and of any other junior liens recorded therein;

f)   For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, this 16 day of November    , 2020.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN,  PR 00908
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

# UNITED STATES DEPARTMENT OF AGRICULTURE
## FARMERS HOMES ADMINSTRATION

Form FmHA 440-16
(Rev. 11-10-75)

*Reamortized 5/21/86*

[Illegible]

41-22

**TYPE OF LOAN**

Type:  FO-1          *41-36*

In accordance with:

☒ Consolidated Farm and Rural Development Act

☐ Title V of the Housing Act of 1949

**PROMISSORY NOTE**

**STATE**

PUERTO RICO

**OFFICE**

BARRANQUITAS

**CASE NUMBER**

63-12-583-547752

**REAMORTIZED – NOT PAID**
*on 12/27/89*

**REAMORTIZED – NOT PAID**
*on 05-28-93*

*REAMORTIZED 1-5-96*

Date April 2, 1980

**FOR VALUE RECEIVED**, the undersigned (whether one or more persons, hereinafter denominated "Borrower…") shall jointly and severally pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein referred to as the "Government"), at its offices in BARRANQUITAS , PUERTO RICO,
**THE PRINCIPAL AMOUNT** of SEVENTY-THREE THOUSAND FIVE HUNDRED **DOLLARS** ($73,500.00) plus **INTEREST** on the **UNPAID PRINCIPAL** at TEN **PERCENT** (10%) **PER ANNUM**.

The payment of the Principal and Interests shall be agreed upon by the borrower and the Government using one of the four alternatives indicated below: (check one)

☐ I. Principal and Interest payments shall be deferred. The first installment shall consist of accumulated interest and be due on _____ 19_____. The subsequent payments of Principal and accumulated Interests shall be made in _____ installments as indicated in the box below;

☐ II. Payment of Principal and Interest shall be deferred. The accumulated interest as of _____ 19_____ will be added to the Principal. Said new Principal and accumulated Interest shall be subsequently payable in _____ regular amortized installments on the dates indicated in the box below; the Borrower authorizes the government to record the amount of said new Principal here $_____ and the amount of said regular installments in the box below, when said amounts have been determined.

☐ III. The payment of Interest shall not be deferred. The installments on accumulated Interest shall be payable on the _____ of each _____ beginning _____19_____, until _____19_____.
Principal and accumulated Interest shall subsequently be paid in _____ installments, as indicated in the box below:

☒ IV. Payments shall not be deferred. The Principal and Interest shall be payable in 41 installments as indicated in the box below:

$ 5,518.00                                    on JANUARY FIRST            of 1981, and
$ 7,517.00        subsequently on THE FIRST DAY of each YEAR thereafter until the **PRINCIPAL** and **INTEREST** are completely paid, except that the final payment of the debt established herein, if not sooner paid, shall be **DUE AND PAYABLE** FORTY (40) **YEARS** from the **DATE** of this **PROMISSORY NOTE**. The consideration herein shall support any agreement modifying the above payment schedule.

If the total amount of the loan is not advanced by the closing date, the loan shall be advanced to Borrower, as requested by the Borrower and approved by the Government. Approval by the Government is required when the advance is requested for purposes authorized by the Government. Interest shall accrue on the amount of each advance starting on the effective date of each, as shown on the back of this document. Borrower authorizes the Government to record the amount(s) and date(s) of any advance payment(s) in the Advance Payment Log.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued as of the date of said payment and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein.

The Borrower agrees that the Government may at any time negotiate this promissory note and insure its payment, and in such case, although the Government is not the holder of said promissory note, the borrower shall continue making the payments of principal and interest to the Government as the holder's collection agent, as specified herein.

If this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except for the final payment, or such payments may be retained by the Government and transferred to the holder quarterly or based on the date the annual installment is due. The effective date of any payment retained and transferred by the Government to the holder according to the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay any interest to which the holder is entitled that accrues between the effective date of any such advance payment and the date the Treasury check is paid to the holder.

The Borrower hereby certifies that he is not able to obtain sufficient credit from other sources to finance his present needs at reasonable interest rates and terms, taking into consideration the types and terms of prevailing private sources and cooperatives in or near his community, for loans with similar time periods and purposes, and that the loan herein evidenced will be used exclusively for the purposes authorized by the Government.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government.  Unless the Government gives written consent to the contrary, the Borrower *(a)* shall personally manage said property by himself with his family, as a farm if this loan is a Farm Owner (FO) loan or *(b)* shall personally occupy and utilize said property if this is a rural housing loan (RH) for a plot or in the case of a Section 504 rural housing loan.

**REFINANCING AGREEMENT:**  If at any time the Government determines that Borrower is able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, the Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and to pay for any necessary shares, if the lender is a cooperative. This paragraph and that which precedes it shall not apply to the cosigner who signs this promissory note, according to the provisions of Section 502 of the Housing Law of 1949, to compensate for any deficiency in the ability to make payments by the other appearing party(ies):

**DEFAULT:** Failure to make any payment when due on any debt established herein, or failure to comply with any condition or agreement herein, shall constitute default under any other instrument showing a debt of the Borrower that is Guaranteed or insured by the Government or otherwise relating to said debt; and default on any such other instrument shall constitute default under the terms of this document. **UPON ANY SUCH DEFAULT**, the Government, at its convenience, may declare all or any part of said debt to be immediately due and payable.

This Promissory Note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949, and for the type of loan indicated in the box "TYPE OF LOAN" above. This Promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the provisions expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]

_____(Seal)

ANGEL A. ALICEA                    **(Borrower)**

_____(Seal)

                                   (Spouse)


BO. CAÑABON
BARRAQUITAS, PUERTO RICO, 00618

| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| **AMOUNT** | **DATE** | **AMOUNT** | **DATE** | **QUANTITY** | **DATE** |
| (1) $ 20,000.00 | 03-05-80 | (8) $ | | (15) $ | |
| (2) $ 53,000.00 | 05-01-80 | (9) $ | | (16) $ | |
| (3) $      500.00 | 05-16-80 | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | TOTAL | $ 73,500.00 | 05-16-80 |

The amount of this promissory note and the mortgage that guarantees it, re-amortized on May twenty-one of nineteen eighty-six, results in a total balance owed of ONE HUNDRED FOUR THOUSAND FIVE HUNDRED SIXTY-THREE DOLLARS AND NINETY-ONE CENTS ($104,563.91), with interest at a rate of five percent (5%) per annum, which shall be paid as follows: SIX THOUSAND FOUR HUNDRED FIFTY-EIGHT DOLLARS ($6,458.00) on or before January first of nineteen eighty-seven and SIX THOUSAND FOUR HUNDRED FIFTY-EIGHT DOLLARS ($6,458.00) on or before January first of each subsequent year, except that the final payment of the debt herein assumed shall be made on or before Thirty-Four (34) years from the date of this re-amortization, according to Deed Number Eighty-Six, dated May twenty-one of nineteen eighty-six, before the Notary Carlos E. Berríos Rojas, I DO ATTEST.

In Barranquitas, Puerto Rico, on May 21, 1986.

[Seal]

[Signature]
Carlos E. Berríos Rojas
Notary Public

The amount of this promissory note and the mortgage that guarantees it, re-amortized on December twenty-seven of nineteen eighty-nine, results in a total balance owed of ONE HUNDRED THREE THOUSAND SIX HUNDRED FIFTY-TWO DOLLARS AND FIFTY-THREE CENTS ($103,652.53), that is, One Hundred Thousand Two Hundred Eighty-Two dollars and Thirty-Six cents ($100,282.36) of principal, accruing interest at a rate of five percent (5%) per annum and Three Thousand Three Hundred Seventy dollars and Seventeen cents ($3,370.17) of interest that may not be capitalized and which shall be paid as follows: Three Thousand Thirty-Three dollars ($3,033.00) on or before December twenty-seven of nineteen ninety, Three Thousand Thirty-Three dollars on or before December twenty-seven of nineteen ninety-one, Three Thousand Thirty-Three dollars on or before December twenty-seven of nineteen ninety-two, Three Thousand Thirty-Three dollars on or before December twenty-seven of nineteen ninety-three, Three Thousand Thirty-Three dollars on or before December twenty-seven of nineteen ninety-four and Three Thousand Thirty-Three dollars on or before December twenty-seven of each subsequent year, except that the final payment of the debt herein assumed shall be made on or before December twenty-seven of two thousand twenty, according of re-amortization of mortgage loan, partial cancellation and mortgage modification deed number two hundred twelve, dated December twenty-seven of nineteen eighty-nine, before the notary Carlos E. Berríos Rojas, I DO ATTEST.

In Barranquitas, Puerto Rico, December 27, 1989.

[Seal]

[Signature]
Carlos E. Berríos Rojas
Notary Public

The amount of this promissory note and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, results in a total balance owed of ONE HUNDRED ELEVEN THOUSAND FIVE HUNDRED SIXTY DOLLARS AND SIXTY CENTS ($111,560.60) with interest at FIVE per cent (5.00%) per annum and which shall be paid as follows: SEVEN THOUSAND SIX HUNDRED TWENTY DOLLARS ($7,620.00) on or before May twenty-eight of nineteen ninety-four and SEVEN THOUSAND SIX HUNDRED TWENTY DOLLARS ($7,620.00) on or before May twenty-eight of each year subsequent, except that the final payment of the debt herein assumed shall be made on or before the May twenty-eight of two thousand twenty, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated May twenty-eight of nineteen ninety-three, before the Notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on May twenty-eight, nineteen ninety-three.

[Seal]

[Signature]
CARLOS E. BERRIOS BEAUCHAMP
Notary Public

1-5-96

The amount of this promissory note and the mortgage that guarantees it, re-amortized on January five of nineteen ninety-six, results in a total balance owed of ONE HUNDRED TWENTY-TWO THOUSAND SIX HUNDRED SIXTY DOLLARS AND THIRTY-THREE CENTS ($122,660.33) with interest at FIVE percent (5.00%) per annum and which shall be paid as follows: EIGHT THOUSAND EIGHT HUNDRED NINETY-ONE DOLLARS ($8,891.00) on or before the first of January of nineteen ninety-seven and EIGHT THOUSAND EIGHT HUNDRED NINETY-ONE DOLLARS ($8,891.00) on or before the first of January of each year subsequent, except that the final payment of the debt herein assumed shall be made on or before the first of January of two thousand twenty, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two (2), dated January five of nineteen ninety-six, before the Notary Carlos E. Berríos Beauchmap , I DO ATTEST.

In Barranquitas, Puerto Rico, on January five, nineteen ninety-six.

[Seal]

[Signature]
CARLOS E. BERRIOS BEAUCHMAP
Notary Public

[Seal]

Forma FmHA 440-16 (S)
(Rev. 11-10-75)

~~DE AGRICULTURA DE ESTADOS UNIDOS~~
ADMINISTRACION DE HOGARES DE AGRICULTORES

*Reamortized* 5/31/86

| | |
|---|---|
| **CLASE DE PRESTAMO** | **ESTADO** |
| Tipo: FO-1 41-36 | PUERTO RICO |
| **De acuerdo a:** | **OFICINA** |
| ☒ Consolidated Farm and Rural Development Act. | BARRANQUITAS |
| ☐ Title V of the Housing Act of 1949 | **CASO NUM.** 63-12-583-547752 |

**PAGARE**

✓ 41.36

~~REAMORTIZED, NOT PAID~~
DE 12/27/89

REAMORTIZED, NOT PAID
on 05-28-93

*Reamortized 1-5-96*

Fecha 2 DE ABRIL DE —————, 19 80

**POR VALOR RECIBIDO**, el subscribiente (ya sea una o más personas, denominado en adelante "Prestatario…") mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el "Gobierno") en su oficina en ———— BARRANQUITAS, PUERTO RICO —————————————————————————————

LA SUMA PRINCIPAL DE SETENTITRES MIL QUINIENTOS ————————————————————————
DOLARES ($ 73,500.00 ————————————— ); más INTERESES sobre el **PRINCIPAL ADEUDADO** al
DIEZ ——————POR CIENTO ( —10— % ) ANUAL.

El pago de dicho Principal e Intereses será según acordado entre el Prestatario y el Gobierno usando una de las cuatro alternativas como se indica más abajo: (marque uno)

☐ I. Pagos de Principal e Intereses serán diferidos. El primer plazo será de intereses acumulados y vencerá en —————————————, 19————. El Pago de Principal e Intereses acumulados subsiguientemente serán en ———————— plazos como se indica en el encasillado más abajo;

☐ II. Los pagos de Principal e Intereses serán diferidos. Los intereses acumulados a ————————————, 19———— serán sumados al Principal. Dicho nuevo Principal e Intereses acumulados subsiguientemente serán pagaderos en ———— plazos regulares amortizados en las fechas indicadas en el encasillado más abajo. El Prestatario autoriza al Gobierno a anotar la cantidad de dicho nuevo Principal aquí $ ———————— y la cantidad de dichos plazos regulares en el encasillado más abajo, cuando dichas cantidades hayan sido determinadas.

☐ III. El Pago de Intereses no será diferido. Plazos de Intereses acumulados serán pagaderos el ———————— de cada —————————————— empezando en ————————————, 19————, hasta ————————, 19————. Principal e Intereses acumulados subsiguientemente serán pagados en ———————— plazos como se indica en el encasillado más abajo;

☒ IV. Los Pagos no serán diferidos. Principal e Intereses serán pagaderos en ————————41———————— plazos como se indica en el encasillado más abajo:

| |
|---|
| $ 5,518.00 ————————————————————— en ENERO PRIMERO DE ——————, 19 81 , y $ 7,517.00 ——————————————————————— subsiguientemente al DIA 1 de cada AÑO hasta que el **PRINCIPAL e INTERESES** sean completamente pagados excepto que el **PLAZO FINAL** de la deuda aquí evidenciada, de no ser pagado anteriormente, vencerá y será **PAGADERO** CUARENTA ——————— ( 40 ) AÑOS de la FECHA de este **PAGARE**. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos anterior. |

Jay-Ce-Agricultura                    *Position 2*                    FmHA 440-16 (S) (Rev. 11-10-75)

Si la cantidad total del préstamo no es adelantado a·la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno es mandatoria siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se muestra aquí al reverso. El Prestatario autoriza al Gobierno a anotar la cantidad y fecha de tal adelanto en el Registro de Adelantos.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados, o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este mismo.

El Prestatario conviene en que el Gobierno en cualquier momento podrá negociar este pagaré y·asegurar el pago del mismo, y en tal caso, aunque el Gobierno no sea el tenedor de dicho pagaré, el Prestatario continuará haciendo los pagos de principal e intereses al Gobierno, como agente cobrador del tenedor, según se especifican en este.

Si este pagaré está en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor, excepto el pago final, o podrán ser retenidos por el Gobierno y remitidos al tenedor a base de pagos trimestrales o a base de plazo anual vencido. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquier de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

El Prestatario por la presente certifica que no puede obtener crédito suficiente de otras fuentes para financiar sus necesidades actuales a un tipo de interés y términos razonables, tomando en consideración los tipos y términos prevalecientes de fuentes privadas y cooperativas en o cerca de su comunidad, para préstamos con períodos de tiempo y propósitos similares, y que el préstamo aquí evidenciado se usará solamente para propósitos autorizados por el Gobierno.

La propiedad construída, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario (a) operará personalmente dicha propiedad por sí mismo con su familia, como una finca si este préstamo es a dueño de finca (FO) o (b) ocupará y usará personalmente dicha propiedad si este es un préstamo de vivienda rural (RH) en un solar o en el caso de un préstamo de la Sección 504 de' vivienda rural.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa. Este párrafo y el que le precede no serán aplicables al co-deudor que firme este pagaré de acuerdo a lo previsto en·la Sección 502 de la Ley de Hogares de 1949, para compensar cualquier deficiencia en la habilidad de pago del (los) otro(s) compareciente(s):

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o Garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda e incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO**, el Gobierno, a su opción, podra declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____ (Sello)
ANGEL A. ALICEA  (Prestatario)

_____ (Sello)
(Esposa)

BO. CAÑABON

BARRANQUITAS, PUERTO RICO   00618

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| (1) $ 20,000.00 | 03-05-80 | (8) $ | | (15) $ | |
| (2) $ 53,000.00 | 05-01-80 | (9) $ | | (16) $ | |
| (3) $ 500.00 | 05-16-80 | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | TOTAL | $ 73,500.00 | 05-16-80 |

Jay-Ce-Agricultura                    *Position 2*                    FmHA 440-16 (S) (Rev. 11-10-75)

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veintiuno de mayo de mil novecientos ochenta y seis dió un saldo deudor montante a CIENTO CUATRO MIL QUINIENTOS SESENTA Y TRES DOLARES CON NOVENTA Y UN CENTAVOS ($104,563.91) con intereses a razón del cinco por ciento (5.00%) anual la cual habrá de ser pagada en la siguiente forma:  SEIS MIL CUATROCIENTOS CINCUENTA Y OCHO DOLARES ($6,458.00) en o antes del primero de enero de mil novecientos ochenta y siete y SEIS MIL CUATROCIENTOS CINCUENTA Y OCHO DOLARES ($6,458.00) en o antes de cada enero primero subsiguiente, excepto el pago final del total de la deuda aquí asumida se hará en o antes de los Treinta  y Cuatro (34) años de la fecha de esta reamortización según resulta de la Escritura Número Ochentiseis de fecha veintiuno de mayo de mil novecientos ochenta y seis ante el Notario Carlos E. Berríos Rojas.  DOY FE.

En Barranquitas, Puerto Rico, a 21 de mayo de 1986.

Carlos E. Berríos Rojas
Notario Público

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veintisiete de diciembre de mil novecientos ochenta y nueve, dió un saldo deudor montante a CIENTO TRES MIL SEISCIENTOS CINCUENTA Y DOS DOLARES CON CINCUENTA Y TRES CENTAVOS ($103,652.53), esto es, Cien Mil Doscientos Ochenta y Dos Dólares con Treinta y Seis Centavos ($100,282.36) de principal, devengando intereses a razón del cinco por ciento (5%) anual y Tres Mil Trescientos Setenta Dólares con Diecisiete Centavos ($3,370.17) de intereses no capitalizables y la cual habrá de ser pagada en la siguiente forma:  Tres Mil Treinta y Tres Dólares ($3,033.00) en o antes del veintisiete de diciembre de mil novecientos noventa, Tres Mil Treinta y Tres Dólares en o antes del veintisiete de diciembre de mil novecientos noventa y uno, Tres Mil Treinta y Tres Dólares en o antes del veintisiete de diciembre de mil novecientos noventa y dos, Tres Mil Treinta y Tres Dólares en o antes del veintisiete de diciembre de mil novecientos noventa y tres, Tres Mil Treinta y Tres Dólares en o antes del veintisiete de diciembre de mil novecientos noventa y cuatro y Tres Mil Treinta y Tres Dólares el veintisiete de diciembre de cada año subsiguiente, excepto el pago final del total de la deuda aquí asumida se hará en o antes del veintisiete de diciembre del año dos mil veinte, según resulta de la escritura número doscientos doce de reamortización de préstamo hipotecario, cancelación parcial y modificación de hipoteca, de fecha veintisiete de diciembre de mil novecientos ochenta y nueve, ante el notario Carlos E. Berríos Rojas.  DOY FE.

En Barranquitas, Puerto Rico, a 27 de diciembre de 1989.

Carlos E. Berríos Rojas
Notario Público

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veintiocho de mayo de mil novecientos noventa y tres, dio un saldo deudor montante a CIENTO ONCE MIL QUINIENTOS SESENTA DOLARES CON SESENTA CENTAVOS ($111,560.60) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma:  SIETE MIL SEISCIENTOS VEINTE --- DOLARES ($7,620.00) en o antes del veintiocho de mayo de mil novecientos noventa y cuatro y SIETE MIL SEISCIENTOS VEINTE --- DOLARES ($7,620.00) en mayo veintiocho de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida, se -- hará en o antes del día veintiocho de mayo del año dos mil ---- veinte, según resulta de la escritura número Doscientos Siete (207) de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha veintiocho de mayo de mil novecientos -- noventa y tres, ante el Notario Carlos E. Berríos Beauchamp, - DOY FE.

En Barranquitas, Puerto Rico, a veintiocho de mayo de mil novecientos noventa y tres.

CARLOS E. BERRIOS BEAUCHAMP
Notario Público

1-5-96

El importe de este pagaré y la hipoteca que lo garantiza, -- reamortizado al cinco de enero de mil novecientos noventa y seis, dio un saldo deudor montante a CIENTO VEINTIDOS MIL SEISCIENTOS - SESENTA DOLARES CON TREINTA Y TRES CENTAVOS ($122,660.33) con --- intereses al CINCO por ciento (5.00%) y la cual habrá de ser ---- pagada en la siguiente forma:  OCHO MIL OCHOCIENTOS NOVENTA Y UN DOLARES ($8,891.00) en o antes del primero de enero de mil nove-- cientos noventa y siete y OCHO MIL OCHOCIENTOS NOVENTA Y UN ----- DOLARES ($8,891.00) en enero primero de cada año subsiguiente --- excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día primero de enero del año dos mil veinte, según resulta  de la escritura número Dos (2), de Reamortización de --- Préstamo Hipotecario y Modificación de Hipoteca, de fecha cinco - de enero de mil novecientos noventa y seis, ante el Notario ----- Carlos E. Berríos Beauchamp, DOY FE.

En Barranquitas, Puerto Rico, a cinco de enero de mil ------ novecientos noventa y seis.

CARLOS E. BERRIOS BEAUCHAMP
Notario Público

<u>229</u>
<u>105</u>
Form FmHa 427-1 PR
10/77

**I issued the first certified copy in favor of Angel A. Alicea on the same date of granting. I HEREBY CERTIFY.**

*11:00 A.M.*                                              *3134*
*3/April/80* NUMBER **TWENTY-EIGHT**

## VOLUNTARY MORTGAGE

In **Barranquitas, Puerto Rico, on April two (2), nineteen eighty.**

### BEFORE ME
### **EILEEN SUTTON DE ZAYAS GREEN**

Attorney and Notary Public of this Island with residence in **Barranquitas, Puerto Rico,** and offices in **Barranquitas, Puerto Rico.**

### APPEAR

The persons named in paragraph TWELVE of this mortgage, hereinafter referred to as "mortgagor," and whose personal information appears in said paragraph.

I do attest to personal acquaintance with the appearing parties, as well to as their statements regarding their age, marital status, profession, and residence.

They assure me that they are in full enjoyment of their civil rights and the free administration of their property, and they have, in my judgment, the necessary legal capacity for this granting, **and thus, freely:**

[Seals]

### THEY STATE

FIRST:  That the mortgagor is the owner of the farm or farms described in paragraph ELEVENTH of this mortgage as well as all rights and interest in the same, hereinafter referred to as "the properties."

SECOND:  That the property mortgaged herein is subject to the liens specified in paragraph ELEVENTH.

THIRD: That the mortgagor is obligated to the United States of America, acting through the Farmers Home Administration, hereinafter referred to as the "mortgagee," in connection with a loan or loans evidenced by one or more promissory notes or subrogation agreements, hereinafter referred to as the "promissory note," be there one or more. The Government requires that additional monthly payments of one twelfth of the contributions, assessments (taxes),

Form FmHa 427-1 PR

1

Form FmHa 427-1 PR
10/77

insurance premiums and other charges that have been estimated for the mortgaged property.

FOURTH: It is understood that;

(One) The promissory note represents a loan or loans to mortgagor in the principal amount specified therein, granted with the purpose and intention that the mortgagee may at any time surrender the note and insure the payment thereof pursuant to the Act of nineteen sixty-one consolidating the Farmers Home Administration, or Title Five of the Home Act of nineteen forty-nine, as amended.

(Two) When payment of the note is guaranteed by the mortgagee, it may be transferred from time to time, and each holder of said note will in turn be considered the insured lender.

(Three) When payment of the note is insured by the mortgagee, the mortgagee will execute and deliver to the insured lender, along with the note, an insurance endorsement fully guaranteeing payment of the principal and interest of said promissory note.

[Seals]

(Four) At all times when payment of the note is insured by the mortgagee, the mortgagee, by agreement with the insured lender, shall determine on the insurance endorsement the portion of the promissory note's interest to be designated as "annual charges."

(Five) As a condition of the insurance of the note's payment, the holder will surrender all rights and remedies against the mortgagor and any others in connection with said loan, as well as any benefit of this mortgage, and will accept instead the insurance benefits, and in the event that the mortgagor violates any agreement or stipulation contained herein, or in the promissory note, or in any other supplementary agreement, he shall sign the promissory note over to the mortgagee upon mortgagee's request.

(Six) Among other things, it is the purpose and intent of this mortgage that whenever the promissory note is held by the mortgagee, or in the event the mortgagee transfers this mortgage without insuring the promissory note, this mortgage shall guarantee payment of the promissory note; but when the promissory note

Form FmHa 427-1 PR

-2-

Form FmHa 427-1 PR
10/77

is held by an insured lender, this mortgage shall not guarantee payment of the note, nor shall it form any part of the debt represented thereby, but the note and said debt shall constitute an indemnity mortgage to insure the mortgagee against any loss under the insurance endorsement caused by any default by the mortgagor.

FIFTH: That, in consideration of said loan and (a) whenever the promissory note is held by the mortgagee, or in the event that the mortgagee should transfer this mortgage without insuring the promissory note's payment and as a guarantee of the amount of the promissory note as specified in subparagraph (One) of paragraph NINTH, with interest at the rate stipulated and to ensure prompt payment of said promissory note, and any renewals or extensions thereof, and any agreements contained therein, (b) whenever the promissory note is held by an insured lender guaranteeing the amounts specified in subparagraph (Two) of paragraph NINTH herein, in order to guarantee compliance with the mortgagor's agreement to indemnify and hold the mortgagee harmless against losses under its insurance endorsement due to any default by the mortgagor, and (c) in any event and at all times whatsoever, to guarantee the additional amounts specified in subparagraph (Three) of paragraph NINTH of this document, and to insure mortgagor's compliance with each and every agreement and stipulation herein or in any supplementary agreement, mortgagor hereby executes a voluntary mortgage in favor of mortgagee for the property described in paragraph ELEVENTH below, together with all rights, interests, easements, inheritances, and attachments pertaining thereto; all income, credits, profits, revenues of same; all improvements or personal property thereto attaching, at present or in the future, or which are reasonably necessary for the use thereof; all water, water rights, or shares in said rights; pertaining to the farms or to all payments owed at any time to  mortgagor by virtue of the sale, lease, transfer, conveyance, or total or partial expropriation of, or for damages to any part thereof, or interest on same, it being understood that this mortgage will continue in full force and effect until all amounts specified in paragraph NINTH, with interest before and after maturity, have been paid in full. In case of foreclosure, the property shall be used for the payment of the principal, interest thereon before and after maturity, until these are fully

[Seals]

Form FmHa 427-1 PR

-3-

Form FmHa 427-1 PR
10/77

paid, losses sustained by mortgagee as insurer of the note, taxes, insurance premiums, or any other disbursements or advances by mortgagee to the mortgagor with applicable interest until all costs and expenses, including mortgagee's attorneys' fees, are paid to mortgagee, along with all extensions and renewals of said obligations, with interest, and all other charges and additional amounts specified in paragraph NINTH of this document.

SIXTH: Mortgagor explicitly agrees to the following:

(One) To pay promptly to the mortgagee any debt herein guaranteed when due and to indemnify and hold mortgagee harmless against any loss under its insurance for payment of the promissory note due to any default by mortgagor. Whenever the note is held by an insured lender, mortgagor shall continue making payments on the promissory note to mortgagee, as holder's collection agent.

(Two) To pay to mortgagee an initial fee for inspection and appraisal and any delinquency charges required now or in the future by Farmers Home Administration regulations.

[Seals]

(Three) Whenever the note is held by an insured lender, any amount due and unpaid under the terms of the promissory note, less the annual amount or charge, may be paid by mortgagee to the holder of the promissory note under the terms of the promissory note and of the insurance endorsement referenced in the above paragraph FOURTH on mortgagor's behalf.

Any amount due and unpaid under the terms of the promissory note, whether it is held by mortgagee or by an insured lender, may be applied to the promissory note by mortgagee, and shall thus constitute an advance made by mortgagee on mortgagor's behalf.

Any advance by mortgagee as described in this subparagraph shall bear interest at the annual rate of **TEN** percent (**-10-**%) per annum, from the date on which payment was due until the date on which mortgagor satisfies same.

(Four) Whether or not the note is insured by mortgagee,

Form FmHa 427-1 PR

-4-

Form FmHa 427-1 PR
10/77

any or all advances made by mortgagee for insurance premiums, repairs, liens, or other claims for the protection of the mortgaged property, or for taxes or assessments or other similar charges, due to mortgagor's failure to pay said charges, shall bear interest at the rate stated in the preceding subparagraph, from the date of the advances until mortgagor pays said advances.

(Five) All advances made by mortgagee as described in this mortgage, with interest, shall be immediately due and payable by mortgagor to mortgagee without need for advance notification in the place designated in the promissory note and shall be guaranteed by this mortgage. No advance by mortgagee shall relieve mortgagor from his breach of the payment agreement. Said advances, with interest, shall be repaid from the first payments received from mortgagor. In the absence of such advances, all payments verified by mortgagor may be applied to the promissory note or to any other debt of the mortgagor guaranteed herein, in the order determined by mortgagee.

(Six) To use the amount of the loan indicated in the promissory note solely for purposes authorized by mortgagee.

(Seven) To pay, when due, the loan total, all taxes, special assessments, liens, and charges encumbering the property or the rights or interests of mortgagor under the terms of this mortgage.

[Seals]

(Eight) To obtain and maintain insurance against fire and other hazards as required by mortgagee on all existing buildings and property, as well as on all future improvements.  The insurance against fire and other hazards shall be in the form, amounts, and terms and conditions approved by mortgagee.

(Nine) To maintain the property in good condition and to promptly verify all necessary repairs for the preservation of the property; to refrain from any activity, or from allowing any activity, which would result in the deterioration of the property; to not remove or demolish any building or improvement on the property; nor cut or remove wood from the farm, nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other minerals without mortgagee's consent, and to promptly carry out the repairs on the property that

Form FmHa 427-1 PR

-5-

Form FmHa 427-1 PR
10/77

mortgagee may require from time to time. Mortgagor shall comply with soil conservation practices and farm and home management plans that mortgagee may prescribe from time to time.

(Ten) If this mortgage is granted for a loan to a farm owner as defined in Farmers Home Administration regulations, the mortgagor shall personally manage the property, on his own or through his family, as a farm and for no other purpose, and he shall not lease the farm, nor any part of it, unless mortgagee gives written consent for another method of operation or for leasing.

(Eleven) To submit information regarding income and expenses and any other information related to the management of the property in the form and manner required by mortgagee, and to comply with all laws, ordinances, and regulations affecting the property or its use.

(Twelve) Mortgagee, his agents, and his attorneys shall at all times have the right to inspect and examine the property for the purpose of ascertaining whether the security granted has been deteriorated or diminished, and if such inspection or examination reveals, in mortgagee's judgment, that the security is in fact deteriorating or diminishing, this shall constitute a breach of this mortgage agreement by mortgagor.

[Seals]

(Thirteen) If any other person interferes with or contests mortgagor's rights of possession of the property, mortgagor shall immediately notify mortgagee of such action, and mortgagee may implement the proceedings necessary to defend his interests, and any costs or expenditures incurred by mortgagee in said proceedings will be added to mortgagor's debt, and shall be guaranteed by this mortgage as additional credits under the clause regarding advances, expenditures and other payments.

(Fourteen) If, at any time while this mortgage remains in effect, mortgagor does abandon the property or voluntarily turn it over to mortgagee, mortgagee is hereby authorized and empowered to take possession of the property, to lease and administer it, and to collect rents, benefits, and income deriving from same,

Form FmHa 427-1 PR

-6-

Form FmHa 427-1 PR
10/77

and to apply these first to collection and administration expenses and second to the payment of the debt evidenced by the promissory note or any other debt to mortgagee guaranteed herein, in the order and manner determined by mortgagee.

(Fifteen) At any time that mortgagee determines that mortgagor may obtain a loan from a production credit association, from a Federal Bank, or another responsible source, whether cooperative or private, at an interest rate and on terms that are reasonable for loans of similar duration and purposes, then mortgagor, at mortgagee's request, will apply for and accept such a loan in an amount sufficient to pay the promissory note and any other debt guaranteed herein, and to pay for the necessary shares in the cooperative agency with respect to such a loan.

(Sixteen) In the event of a default in the discharge of any obligation guaranteed by this mortgage, or if mortgagor, or any other person included herein as a mortgagor, defaults in the payment of any amount, or violates or fails to comply with any clause, condition, stipulation, covenant, or agreement contained herein, or in any supplementary agreement, or if mortgagor dies or declares himself or is declared incompetent, bankrupt, or insolvent, or makes a transfer for the benefit of creditors, or if the property or any part thereof or interest therein is sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise, without mortgagee's written consent, then mortgagee is irrevocably authorized and empowered, at his discretion and without notice:  (One) to declare all unpaid debt under the terms of this promissory note, or any other debt to mortgagee guaranteed herein, immediately due and payable, and to proceed to foreclosure in accordance with the law and the provisions thereof; (Two) to incur and pay reasonable expenses for the repair and maintenance of the property and any expenses or obligations that mortgagor failed to pay as agreed in this mortgage, including taxes, assessments, insurance premiums, and any other expenses or costs for the protection and conservation of the property and of this mortgage, or for violation of any provision of this mortgage; and (Three) to request legal protection.

[Seals]

(Seventeen) Mortgagor shall pay or reimburse mortgagee for all necessary expenses for the fulfillment of the covenants and agreements of this mortgage, those of the promissory note and in any other

Form FmHa 427-1 PR

-7-

Form FmHa 427-1 PR
10/77

supplementary agreement, including the costs of surveying, title search, court costs, deed recording, and attorneys' fees.

(Eighteen) Without in any way affecting mortgagee's right to require and enforce at any subsequent date the covenants, agreements, obligations, or similar concepts set forth herein, or in other agreements, and without affecting the liability of any person for payment of the promissory note or any other debt herein guaranteed, and without affecting the lien on the property or the priority of said lien, mortgagee is hereby authorized and empowered at any time:  (One) to waive compliance with any agreement or obligation contained herein, or in the note, or in any supplementary agreement; (Two) to negotiate with  mortgagor or to grant to mortgagor any indulgence or forbearance or extension of time for payment of the promissory note (with the consent of the note's holder when it is held by an insured lender), or for payment of any debt to the mortgagee herein guaranteed; or (Three) to grant and deliver partial releases of any part of the mortgaged property described herein, or to grant deferment or postponement of this mortgage in favor of any other lien on the property.

(Nineteen) All rights, title, and interest in or over this mortgage, including but not limited to the power to grant consent, partial releases, subordination, and full cancellation, shall be vested solely and exclusively in the mortgagee, and no insured lender shall have any right, title, or interest in or over the lien and benefits contained herein.

[Seals]

(Twenty) Default on this mortgage shall constitute default on any other mortgage, rehabilitation loan, or real estate mortgage held or insured by mortgagee, and executed or assumed by mortgagor; and default on any other such security instrument shall constitute default on this mortgage.

(Twenty-One) All notices to be given under the terms of this mortgage shall be sent by certified mail, unless otherwise required by law, and shall be addressed, until some other address is designated in a notice provided to that effect, in the case of mortgagee, to Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico; and in the case of mortgagor, to the mailing address

Form FmHa 427-1 PR

-8-

Form FmHa 427-1 PR
10/77

of his residence as specified below.

(Twenty-Two) Mortgagor hereby relinquishes to mortgagee the amount of any judgment obtained through forced expropriation for public use of the property or any part thereof, as well as the amount of any judgment for damages to the property. Mortgagee will apply the amount so received to pay costs incurred in collection, and the balance to payment of the promissory note and any indebtedness to mortgagee guaranteed by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH:   That for the purpose of the first auction to be held in case of foreclosure of this mortgage, in accordance with the mortgage law, as amended, mortgagor does hereby appraise the mortgaged property in the amount of **SEVENTY-THREE THOUSAND FIVE HUNDRED DOLLARS ($73,500.00).**

EIGHTH**:** Mortgagor hereby waives the procedural requirements and agrees to be considered in default without need of any notification of default or demand for payment on the part of the mortgagee. This mortgage is subject to the regulations of the Farmers Home Administration now in effect, and to future regulations not inconsistent with the provisions of this mortgage, as well as to the laws of the Congress of the United States of America that authorize the allocation and insuring of the aforementioned loan.

[Seals]

NINTH**:** The amounts guaranteed by this mortgage are as follows:

One. At all times when the promissory note referenced in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should assign this mortgage without insuring the promissory note: **SEVENTY-THREE THOUSAND FIVE HUNDRED** DOLLARS **($73,500.00),** the principal amount as said promissory note, with interest as stipulated therein at the rate of **TEN** percent (**10**%) per annum;

Two. At all times when the promissory note is held by an insured lender:

(A) **SEVENTY-THREE THOUSAND FIVE HUNDRED** DOLLARS **($73,500.00)**

Form FmHa 427-1 PR

-9-

Form FmHa 427-1 PR
10/77

to indemnify the mortgagee for advances to the insured lender due to mortgagor's failure to pay the installments as specified in the promissory note, with interest as a stated in paragraph SIXTH, Third;

(B) **ONE HUNDRED TEN THOUSAND TWO HUNDRED FIFTY** DOLLARS **($110,250.00)** to indemnify the mortgagee against any loss it might sustain under its insurance of payment of the note;

Three.  If any event and at all times whatsoever:

(A) **TWENTY-NINE THOUSAND FOUR HUNDRED** DOLLARS ($**29,400.00**) for arrears interest.

[Seals]

(B) **FOURTEEN THOUSAND SEVEN HUNDRED** DOLLARS ($**14,700.00**) for taxes, insurance, and other advances for the preservation and protection of this mortgage, with interest at the rate stipulated in paragraph SIXTH, Third;

(C) **SEVEN THOUSAND THREE HUNDRED FIFTY** DOLLARS **($7,350.00)** for costs, expenses, and attorneys' fees in case of foreclosure;

(D) **SEVEN THOUSAND THREE HUNDRED FIFTY** DOLLARS **($7,350.00)** for costs and expenses incurred by mortgagee in proceedings to defend its interests against any other person interfering with or contesting the mortgagor's right of possession of the property, as provided in paragraph SIXTH, Thirteen.

TENTH: That the promissory note(s) referred to in paragraph THIRD of this mortgage is(are) described as follows:

"Promissory note executed in case number **sixty-three-twelve-five hundred eighty-three—five hundred forty-seven seven thousand seven hundred fifty-two (63-12-583-547752),** dated **April two (2),** nineteen **eighty (1980).**

10

Form FmHa 427-1 PR

Form FmHa 427-1 PR
10/77

in the amount of **Seventy-Three Thousand Five Hundred Dollars (73,500.00)** of principal, plus interest on the unpaid principal balance at a rate of **ten (-10%-)** percent per annum, until the principal is fully paid according to the terms, installments, conditions and stipulations contained in said promissory note and as agreed between the Borrower and the Government, except that the final installment of the total debt herein, if not previously paid, shall be due and payable **forty(40)** years from the date of this promissory note.

Said promissory note has been granted as evidence of a loan made by the Government to the Borrower, pursuant to the law of the Congress of the United States of America known as "Consolidated Farm and Rural Development Act of 1961" or pursuant to "Title V of the Housing Act of 1949," as amended, and is subject to the current regulations of the Farmers Home Administration and its future regulations not inconsistent with said Law. To which description I, the authorizing Notary, DO ATTEST.

ELEVENTH: The farm object of this deed and over which this Voluntary Mortgage is constituted is described as follows:

[Seals

> **RURAL PROPERTY: Plot of land consisting of TWELVE (12) CUERDAS, equivalent to four (4) hectares, sixty-one (61) ares, sixty-four (64) centiares, and sixty-eight (68) miliares, located in Barrio Barrancas of Baranquitas. Bordered to the North by Pedro Torres; to the South, East and West by the main farm from which it is segregated."**

11

The borrower acquired the farm described above through purchase from **Paula Petra Santiago Rodriguez and Mr. Angel Alicea Malave, of legal age, married to each other, property owners and residents of Barranquitas, Puerto Rico,** pursuant to Deed Number **twenty-six (26),** dated **April two (2), nineteen eighty (1980),** granted in the city of **Barranquitas, Puerto Rico,** before the Notary **Mrs. Eileen Sutton de Zayas Green.** Said property is **recorded at folio one hundred twelve (112) of book seventy-four (74) of Barranquitas, farm number three thousand one hundred thirty-four (3,134), first recording. It is free of charges and encumbrances.**

TWELFTH: Appearing as mortgagors on this deed are: **MR. ANGEL A. ALICEA, single, property owner and resident of Barranquitas, Puerto Rico,** whose mailing address is: **Apartado six hundred fifty-three (653), Barranquitas, Puerto Rico, 00618.**

THIRTEENTH: The proceeds of the loan recorded herein were used or shall be used for agricultural purposes and construction and/or repairs and/or improvements to the physical structures on the aforementioned farm(s).

FOURTEENTH: The mortgagor shall personally occupy and make use of any structure that has been built, improved and sold with the amount of the loan herein guaranteed and shall not lease or use said structure for other purposes without the written consent of the Government. Violation of this clause, as well as the violation of any other agreement or clause contained herein, shall cause the maturity of the obligation as if the loan term were complete and the Government shall be empowered to declare the loan due and payable and proceed to the foreclosure of the mortgage.

FIFTEENTH: This mortgage is expressly extended to all existing construction or buildings on the farm(s) described above

Form FmHa 427-1 PR
10/77

and all to all improvements, construction, or buildings constructed on said farm(s) during the effective period of the mortgage constituted in favor of the Government, verified by the current owners/debtors or by their heirs and assignees.

SIXTEENTH: The mortgagor hereby jointly and severally waives, for himself and on behalf of his heirs, assignees and successors or representatives, and in favor of mortgagee (Farmers Home Administration), any Homestead right that he may have, presently or in the future, related the property described in paragraph eleventh or in the buildings set thereon or that may be constructed in the future; this waiver in favor of Farmers Home Administration is permitted under Act Number Thirteen (13) of May twenty-eight (28), nineteen sixty-nine (1969) (31 L.P.R.A. 1851).

[Seals]

SEVENTEENTH: The mortgagee and mortgagor agree that any stove, oven, or heater purchased either fully or in part with funds from the loan guaranteed herein, shall be considered and understood to be part of the property encumbered by this mortgage.

**EIGHTEENTH: The loan shall be used to purchase the farm and construct Poultry Farm installations.**

**NINETEENTH: This instrument further guarantees the rescue or recovery of any interest credit and grant that may be granted to the borrower by the government, in accordance with the provisions of title forty-two of the United States code, section one thousand four hundred ninety-A (42 USC 1490-A).**

**ACCEPTANCE**

**The appearing party, being in agreement with all**

13

details of this deed, hereby accepts it in all its parts, as it expresses his wishes.

I, the Notary, DO ATTEST to having made to the appearing parties the reservations and legal advisements pertinent to this public instrument.

### GRANTING AND READING

[Seal]

Such is the deed that the appearing parties grant and ratify, after I, the Notary, made to them the pertj, correction, pertinent legal advisements. Being in agreement, the document is hereby executed. And in his presence, I, the Notary, read this deed aloud in its entirety, and advise him that he has the right to read it himself. So informed and in agreement, the granting party affixes his initials to all the folios of this deed and signs before me

And to contained therein, and to the grantor's acquaintance, profession, and residence, I, the Notary, DO ATTEST.

SIGNED: ANGEL A. ALICEA.

SIGNED, SEALED, STAMPED, AND INITIALED:
EILEEN SUTTON DE ZAYAS GREEN, NOTARY PUBLIC.
The corresponding Internal Revenue and the Notarial Tax seals appear, cancelled, on the original.
The appearing parties' initials appear on each and all of the folios of the original deed and [Illegible] all its pages.
I HEREBY CERTIFY: That this is a true and exact copy of the original, filed under the number 28 in the general protocol of 1980 of this Notary Office under my charge, to which I refer, and to deliver to the Interested Party, I issue this copy on April 2, 1980, leaving a Note of Issuance on the Original Deed. I DO ATTEST.

[Signature]

[Seals]            [Stamp]

[Handwritten]
Recorded at:
Folio 113, reverse
Book 74, Batas
Farm 3134
3rd Rec.
Subject to a mortgage in favor of U.S.A.
for $23,000.00, and the mortgage
constituted by way of this document.
Barranquitas, April 7, 1980.

No Fees                    [Signature]
                           Reg


[Illegible] 5/5/80
[Illegible] FmHA

# Statement of Accuracy

I hereby certify that the attached files titled:

**Voluntary Mortgage Deed Number 28**, granted in Baranquitas, PR, on April 2, 1980, before the notary Eileen Sutton de Zayas Green – 15 pages

is a true and accurate translation from Spanish into English to the best of my knowledge, ability and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED June 12, 2020.

Thomas L. Bransfield
Federally Certified Court Interpreter

WITNESS my hand and official seal hereto affixed this 12th day of June of 2020.

Signature _____Rosa Capdevielle_____
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of ___WA_____.
My appointment expires: _____March 15, 2022____.

NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022

229
105

11:00 A.M.

3/34

3/abril/80

-------- NUMERO   VEINTIOCHO --------

Forma FmHA 427-1 PR
10/77

------- HIPOTECA VOLUNTARIA -------

Expedí primera copia --
certificada a favor de
Ángel A. Alicea en la
misma fecha de su otor-
gamiento. -------------
CERTIFICO. ------------

En Barranquitas, Puerto Rico, a dos (2) de abril de
mil novecientos ochenta. ========================

--------------- ANTE MI ---------------

-------- EILEEN SUTTON DE ZAYAS GREEN --------

Abogado y Notario Público de esta Isla con residencia y vecindad en

Barranquitas, puerto Rico y oficina en Barranquitas, ---
Puerto Rico. ========================

--------------- COMPARECEN ---------------

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca

denominados de aquí en adelante el "deudor hipotecario" y cuyas

circunstancias personales aparecen de dicho párrafo. ---------------

Doy fe del conocimiento personal de los comparecientes, así como por sus

dichos de su edad, estado civil, profesión y vecindad. ---------------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre

administración de sus bienes y teniendo a mi juicio la capacidad legal

necesaria para este otorgamiento, en tal virtud, libremente: -

========================= EXPONEN =========================

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en

el párrafo UNDECIMO así como de todos los derechos e intereses en las

mismas, denominada de aquí en adelante "los bienes". ---------------

SEGUNDO: Que los bienes aquí hipotecados están   afectos   a los

gravámenes que se especifican en el párrafo UNDECIMO. ---------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados

Unidos de América, actuando por conducto de la Administración de Hogares

de Agricultores, denominado de aquí en adelante el "acreedor hipotecario",

en relación con un préstamo o préstamos evidenciado por uno o más pagarés

o convenio de subrogación, denominado en adelante el "pagaré", sean uno o

más. Se requiere por el Gobierno que se hagan pagos adicionales mensuales

de una doceava parte de las contribuciones, avalúos (impuestos), primas de

FORMA FmHA 427-1 PR

1

Forma FmHA-427-1 PR
10/77

seguros y otros cargos que se hayan estimados sobre la propiedad hipotecaria. ———————————————————————————————

CUARTO: Se sobreentiende que: ————————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la suma de principal especificada en el mismo, concedido, con el propósito y la intención de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno consolidando la Administración de Hogares de Agricultores o el Título Quinto de la Ley de Hogares de mil novecientos cuarenta y nueve, según ha sido enmendada. ——————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el prestamista asegurado. ————————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acreedor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con el pagaré un endoso de seguro garantizando totalmente el pago de principal e intereses de dicho pagaré. ————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado, determinarán en el endoso de seguro la porción del pago de intereses del pagaré que será designada como "cargo anual". ————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tenedor cederá todos sus derechos y remedios contra el deudor hipotecario y cualquiera otro en relación con dicho préstamo así como también a los beneficios de esta hipoteca y aceptará en su lugar los beneficios del seguro, y en caso de violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en cualquier convenio suplementario por parte del deudor hipotecario, a requerimiento del acreedor hipotecario endosará el pagaré al acreedor hipotecario. ————————————————————————

(Seis)  Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca garantizará el pago del pagaré pero cuando el pagaré



FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/77

esté en poder de un prestamista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda, constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incumplimiento por parte del deudor hipotecario. ———————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré sea conservado por el acreedor hipotecario o en el caso de que el acreedor hipotecario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del importe del pagaré según se especifica en el subpárrafo (Uno) del párrafo NOVENO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho pagaré, su renovación o extensión y cualquier convenio contenido en el mismo, (b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garantía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí consignado, para garantizar el cumplimiento del convenio del deudor hipotecario de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el endoso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cualquier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el cumplimiento de todos y cada uno de los convenios y estipulaciones del deudor hipotecario aquí contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre los bienes descritos en la párrafo UNDECIMO más adelante, así como sobre los derechos, intereses, servidumbres, derechos hereditarios, adhesiones pertenecientes a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e ingreso de los mismos, toda mejora o propiedad personal en el presente o que en el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos, sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y después del vencimiento hasta que los mismos hayan sido pagados en su totalidad. En caso de ejecución, los bienes responderán del pago del principal, los intereses antes y después de vencimiento, hasta su total



—3—

Forma FmHA-427-1 PR
10/77

solvento, pérdida sufrida por el acreedor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cualquier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas, gastos y honorarios de abogado del acreedor hipotecario, toda extensión o renovación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma adicional especificada en el párrafo NOVENO de este documento. ———————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:———————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario. En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor hipotecario como agente cobrador del tenedor del mismo. —————————————————————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación y cualquier cargo por delincuencia requerido en el presente o en el futuro por los reglamentos de la Administración de Hogares de Agricultores.



(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegurado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido en el párrafo CUARTO anterior por cuenta del deudor hipotecario. —————————————————————————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto por el acreedor hipotecario por cuenta del deudor hipotecario.——————————————————————————————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este subpárrafo devengará intereses a razón del DIEZ ——————————— por ciento ( —10— %) anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor hipotecario lo satisfaga.——————————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario,



FORMA FmHA-427-1 PR

—4—

Forma FmHA-427-1 PR
10/77

cualquier o todo adelanto hecho por el acreedor hipotecario para prima de seguro, reparaciones, gravámenes u otra reclamación en protección de los bienes hipotecados o para contribuciones o impuestos u otro gasto similar por razón de haber el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos hasta que los mismos sean satisfechos por el deudor hipotecario. ——————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipoteca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipotecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto hecho por el acreedor hipotecario no relevará al deudor hipotecario de su violación del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor hipotecario determinare. ——————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para los propósitos autorizados por el acreedor hipotecario. ——————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravámenes y cargas que graven los bienes o los derechos o intereses del deudor hipotecario bajo los términos de esta hipoteca. ————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requiera el acreedor hipotecario sobre los edificios y las mejoras existentes en los bienes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y otros riesgos serán en la forma y por las cantidades, términos y condiciones que aprobare el acreedor hipotecario. ————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las reparaciones necesarias para la conservación de los bienes; no cometerá ni permitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca, ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros minerales sin el consentimiento del acreedor hipotecario y prontamente llevará a efecto las reparaciones en los bienes que



FORMA FmHA-427-1 PR

—5—

Forma FmHA-427-1 PR
10/77

el acreedor hipotecario requiera de tiempo en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en tiempo pueda prescribir. ------------------------------------------------------------------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se identifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor hipotecario personalmente operará los bienes por sí y por medio de su familia como una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a menos que el acreedor hipotecario consienta por escrito en otro método de operación o al arrendamiento. ----

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la información de sus ingresos y gastos y cualquier otra información relacionada con la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos que afecten los bienes o su uso. --------------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía otorgada está siendo mermada o deteriorada, y si dicho examen o inspección determinare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mermada o deteriorada, tal condición se considerará como una violación por parte del deudor hipotecario de los convenios de esta hipoteca. -------------------------------------------

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción, podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria para adelantos, gastos y otros pagos. -----------------------------------------

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acreedor hipotecario, el acreedor hipotecario es por la presente autorizado y con poderes para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar sus rentas, beneficios e ingresos de los mismos



—6—

Forma FmHA-427-1 PR
10/77

y aplicarlos en primer término a los gastos de cobro y administración y en segundo término al pago de la deuda evidenciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada, en el orden y manera que el acreedor hipotecario determinare. ———————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor hipotecario puede obtener un préstamo de una asociación de crédito para producción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un tipo de interés y términos razonables para préstamos por tiempo y propósitos similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará y aceptará dicho préstamo en cantidad suficiente para satisfacer el pagaré y cualquier otra deuda aquí garantizada y pagar por las acciones necesarias en la agencia cooperativa en relación con dicho préstamo. ———————————————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido o en cualquiera convenio suplementario, o falleciere o se declarare o fuere declarado incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acreedores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos, vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo, sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos) incurrir y pagar los gastos razonables para la reparación o mantenimiento de los bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de seguro y cualquier otro pago o gasto para la protección y conservación de los bienes y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres) de solicitar la protección de la ley. ———————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos de esta hipoteca, los del pagaré y en cualquier otro



FORMA FmHA-427-1 PR

—7—

Forma FmHA-427-1 PR
10/77

convenio suplementario, incluyendo los gastos de mensura, evidencia de título, costas, inscripción y honorarios de abogado. ------------------------

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor hipotecario para requerir y hacer cumplir en cualquier fecha posterior los convenios, acuerdos u obligaciones aquí contenidas o similares u otros convenios y sin afectar la responsabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del gravámen, el acreedor hipotecario es por la presente autorizado y con poder en cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obligación aquí contenida o en el pagaré o en cualquier convenio suplementario; (Dos) negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el consentimiento del tenedor de dicho pagaré cuando esté en manos de un prestamista asegurado) o para el pago de cualquier deuda a favor del acreedor hipotecario, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cualquier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre dichos bienes.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca, incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones parciales, subordinación, cancelación total, radica sola y exclusivamente en el acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o interés alguno en o sobre el gravámen y los beneficios aquí contenidos. ------------------------

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cualesquiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipotecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía constituirá incumplimiento de esta hipoteca.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será remitido por correo certificado a menos que se disponga lo contrario por ley, y será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto, en el caso del acreedor hipotecario a Administración de Hogares de Agricultores, Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el caso del deudor hipotecario, a él a la dirección postal de



—8—

Forma FmHA-427-1 PR
10/77

su residencia según se especifica más adelante. ——————————————

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario el importe de cualquier sentencia obtenido por expropiación forzosa para uso público de los bienes o parte de ellos así como también el importe de la sentencia por daños causados a los bienes. El acreedor hipotecario aplicará el importe que reciba al pago de los gastos en que incurriere en su cobro y el balance al pago del pagaré y cualquier deuda al acreedor hipotecario garantizada por esta hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. ——————————————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmendada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma de SETENTITRES MIL QUINIENTOS DOLA- RES ($73,500.00). —————————————————————————

——————————————————————————————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requerimiento y se considerará en mora sin necesidad de notificación alguna por parte del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Administración de Hogares de Agricultores ahora en vigor y a futuros reglamentos, no inconsistentes con los términos de esta hipoteca, así como también sujeta a las leyes del Congreso de Estados Unidos de América que autorizan la asignación y aseguramiento del préstamo antes mencionado. ——————————————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor hipotecario cediere esta hipoteca sin asegurar el pagaré: ———— SETENTITRES MIL QUINIENTOS ———— DOLARES ($ 73,500.00) el principal de dicho pagaré, con sus intereses según estipulados a razón del DIEZ ———————————— por ciento ( 10 %) anual; ——————————

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
(A) SETENTITRES MIL QUINIENTOS ——————————————————————— ———— DOLARES ($ 73,500.00 —————————————————————————



—9—

Forma FmHA 427-1 PR
10/77

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado por motivo del incumplimiento del deudor hipotecario de pagar los plazos según se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO, Tercero; ——————————————

(B)  CIENTO DIEZ MIL DOSCIENTOS CINCUENTA ——————————
DOLARES ($ 110,250.00 )
para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda sufrir bajo su seguro de pago del pagaré; ——————————

Tres.  En cualquier caso y en todo tiempo; ——————————————

(A)  VEINTINUEVE MIL CUATROCIENTOS ——————————————
DOLARES ($ 29,400.00 )
para intereses después de mora; ——————————————

(B)  CATORCE MIL SETECIENTOS ——————————————
DOLARES ($ 14,700.00 )
para contribuciones, seguro y otros adelantos para la conservación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo SEXTO, Tercero; ——————————————

(C)  SIETE MIL TRESCIENTOS CINCUENTA ——————————————
DOLARES ($ 7,350.00 )
para costas, gastos y honorarios de abogado en caso de ejecución; ————

(D)  SIETE MIL TRESCIENTOS CINCUENTA ——————————————
DOLARES ($ 7,350.00 )
para costas y gastos que incurrier el acreedor hipotecario en procedimientos para defender sus intereses contra cualquier persona que intervenga o impugne el derecho de posesión del deudor hipotecario a los bienes según se consigna en el párrafo SEXTO, Trece. ——————————————

DECIMO:   Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO de esta hipoteca es (son) descrito(s) como sigue: ——————

"Pagaré otorgado en el caso número ~~sesenta y tres—doce—quinientos ochenta y tres—quinientos cuarenta y siete mil setecientos cincuenta y dos~~ (63-12-583-547752) ———— ~~fechado el día~~ dos (2) ——————

de abril —————— de mil novecientos ochenta (1980).







10

Forma FmHA 427-1 PR
10/77

por la suma de  Setentitres mil quinientos ($73,500.00)---

-------- dólares de principal más intereses sobre el balance del principal

adeudado a razón del   diez -------------------------------

------- ( -10%- ) por ciento anual, hasta tanto su principal sea

totalmente satisfecho según los términos, plazos, condiciones y estipulaciones

contenidas en dicho pagaré y según acordados y convenidos entre el

Prestatario y el Gobierno;  excepto el pago final del total de la deuda aquí

representada, de no haber sido satisfecho con anterioridad, vencerá y será

pagadero a los cuarenta (40) ---- años de la fecha de este pagaré.

--- Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido

por el Gobierno al Prestatario de conformidad con la Ley del Congreso

de los Estados Unidos de América denominada "Consolidated Farm and

Rural Development Act of 1961" o de conformidad con el "Title V of

the Housing Act of 1949", según han sido enmendadas y está sujeto a los

presentes reglamentos de la Administración de Hogares de Agricultores

y a los futuros reglamentos no inconsistentes con dicha Ley .  De cuya

descripción, yo, el Notario Autorizante, DOY FE. --------------------

UNDECIMO:  Que la propiedad objeto de la presente escritura y sobre la que

se constituye Hipoteca Voluntaria, se describe como sigue: ------------

----RUSTICA:  Predio de terreno compuesto de DOCE (12)
CUERDAS, equivalentes a cuatro (4) hectáreas, sesenta
y una (61) áreas, sesenta y cuatro (64) centiáreas y
sesenta y ocho (68) miliáreas, sita en el Barrio Ba-
rrancas de Barranquitas, y en lindes por el Norte, con
Pedro Torres; por el Sur, Este y Oeste, con la finca
principal de la cual se segrega. -------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------



FORMA FmHA 427-1  PR

11

Forma FmHA 427-1 PR
10/77

Adquirió el prestatario la descrita finca por compra a--------
Paula Petra Santiago Rodriguez y Don Angel Alicea Ma-
lavé, mayores de edad, casados entre sí, propietarios
y vecinos de Barranquitas, Puerto Rico, ----------------
según consta de la Escritura Número veintiséis (26) -----
-------------------------------------------de fecha dos (2) de abril de mil no-
vecientos ochenta (1980)------------------------------------
--------------------------otorgada en la ciudad de Barranquitas,-
Puerto Rico, -------------------------------------------
ante el Notario Doña Eileen Sutton de Zayas Green. ----

Dicha propiedad se encuentra inscrita al folio ciento doce

(112) del tomo setenta y cuatro (74) de Barranquitas,

finca número tres mil ciento treinta y cuatro ---------

(3,134), inscripción primera.  Se halla libre de ----

cargas y gravámenes. ------------------------------------

--------------------------------------------------------

--------------------------------------------------------

DUODECIMO:  Que comparecen en la presente escritura como------

Deudores Hipotecarios  DON ANGEL A. ALICEA, mayor de edad

soltero, propietario y vecino de Barranquitas, Puerto

Rico, --------------------------------------------------
cuya direccion postal es:   Apartado seiscientos cincuenta
y tres (653), Barranquitas, Puerto Rico, 00618. ------



DECIMO TERCERO:  El importe del préstamo aquí consignado se

usó ó será usado para fines agrícolas y la construcción y/o

reparación y/o mejoras de las instalaciones físicas en la-----

finca(s) descrita(s).-------- ------------------- --------- --- ----

DECIMO CUARTO:  El prestatario ocupará personalmente y usará--

cualquier estructura que haya sido construída, mejorada o-----

comprada con el importe del préstamo aquí garantizado y no----

arrendará o usará para otros fines dicha estructura a menos qu

el Gobierno lo consienta por escrito.  La violación de esta---

clausula como la violación de cualquiera otro convenio o cláu-

sula aquí contenida ocasionará el vencimiento de la obligación

como si todo el término hubiese transcurrido y en aptitud el

Gobierno de declarar vencido o pagadero el préstamo y proceder

a la ejecución de la hipoteca.-------------------------- ----

DECIMO QUINTO:  Esta hipoteca se extiende expresamente a toda

construcción o edificación existente en la(s) finca(s) antes--



Forma FmHA 427-1PR
10/77

descrita(s) y a toda mejora, construcción o edificación que
se construya en dicha finca(s) durante la vigencia del -----
préstamo hipotecario constituido a favor del Gobierno, veri-
ficada por los actuales dueños deudores o por sus cesionario
o causahabientes.

DECIMO SEXTO:   El deudor hipotecario por la presente-------
renuncia mancomunada y solidariamente por sí y a nombre de-
sus herederos causahabientes, sucesores o representantes a--
favor del acreedor (Administración de Hogares de ----------
Agricultores), cualquier derecho de Hogar Seguro (Homestead)
que en el presente o en el futuro pudiera tener en la ------
propiedad descrita en el párrafo undédimo y en los edificios
allí enclavados o que en el futuro fueran construídos; -----
renuncia esta permitida a favor de la Administración de ----
Hogares de Agricultores por la Ley Número trece (13) del ---
veintiocho (28) de mayo de mil novecientos sesenta y nueve--
(1969) (31 L.P.R.A. 1851).-----------------------------------

DECIMO SEPTIMO:  El acreedor y el deudor hipotecario -------
convienen en que cualquier estufa, horno, calentador compra-
do o financiado total o parcialmente con fondos del préstamo
aquí garantizado, se considerará e interpretará como parte--
de la propiedad gravada por esta Hipoteca.------------------

DECIMO OCTAVO:  El préstamo se utilizará para la ==
compra de la finca y para la construcción de ranchoー
nes para Empresa Avícola. ==================================

DECIMO NOVENO:  Este instrumento garantiza asimismo
el rescate o recuperación de cualquier crédito por
intereses y subsidio que pueda otorgarse a el presta-
tario por el gobierno de acuerdo con las disposicio-
nes del título cuarenta y dos del código de los Es-
tados Unidos, sección mil cuatrocientos noventa - A,
(42 USC 1490-A). ==========================================

=============================ACEPTACION=====================

===El compareciente, conforme con todos los =========



13

particulares de esta escritura, la acepta en todas --
sus partes por estar conforme a su voluntad. --------
---Yo, la Notario DOY FE de haberle hecho a los com-
parecientes las reservas y advertencias legales per-
tinentes a este instrumento público. -----------------
-----------------------OTORGAMIENTO Y LECTURA------------------
---Tal es la escritura que el compareciente otorga y
en la que se ratifica, luego de hacerle Yo, la Nota-
rio, las advertencias legales perti, digo, pertinen-
tes y estando conforme se procede al otorgamiento del
documento. Y en su presencia, Yo, la Notario leo en
alta voz íntegramente, esta escritura y le advierto
que tiene derecho a leerla por sí mismo. Enterado y
conforme el otorgante estampa sus iniciales en todos
los folios de esta escritura y la firma ante mí. ---
---Y de lo en ella contenido, así como del conoci-
miento, profesión y vecindad del otorgante, Yo, la
Notario DOY FE. ===============================
---FIRMADO:  ANGEL A. ALICEA. ---------------------

FIRMADO, SIGNADO, SELLADO Y RUBRICADO:.....................
EILEEN SUTTON DE ZAYAS GREEN, NOTARIO PUBLICO. .............
Cancelados en el original los correspondientes Sellos de Rentas Internas....
y el Sello del Impuesto Notarial ...........................
Aparecen las iniciales de los otorgantes en todas y cada una de los folios
del original de esta escritura y está sellada y rubricada en todas sus hojas...
CERTIFICO:  Que la presente es fiel y exacta del original que bajo el número
  28    obra en el protocolo general del año 1980   de esta Notaría a mi
cargo, al cual me remito y para entregar a Parte Interesada, expido la .....
presente copia en 2 de abril de 1980 . dejando Nota de Saca al
margen de la Escritura Matriz.  DOY FE. ......................







Inscrito al folio 113 vt
Tomo 24-Bayamón
finca 3134
insc. 3a
Afecta a hipoteca a favor de E.U.A. para $23,000.00 y a la que por este documento se constituye. Bayamón a 7 de abril de 1980.
Sin dros.

MK 5/15/80
Sup. Insl. FmHA

EILEEN SUTTON DE ZAYAS GREEN
NOTARIO - ABOGADA

NUMBER TWO (2)

REAMORTIZATION OF MORTGAGE LOAN
AND MORTGAGE MODIFICATION

In Barranquitas, Puerto Rico, on the January five, nineteen ninety-six.

BEFORE ME

CARLOS E. BERRIOS BEAUCHAMP, Attorney and Notary Public of the
Commonwealth of Puerto Rico, with residence and offices in Barranquitas, Puerto Rico.

APPEAR

ONE PARTY: As Mortgagors: Mr. ANGEL ANTONIO ALICEA SANTIAGO,
Social Security number ▮▮▮▮▮▮▮ and his wife Mrs. HILDA VIDAURE RIVERA
HOYOS, Social Security number ▮▮▮▮▮▮▮; both of legal age, married to each other,
property owners and residents of Barranquitas, Puerto Rico.

AS THE SECOND PARTY: As Mortgagee: UNITED STATES OF AMERICA,
acting through the Administrator of the Farm Service Agency, previously Farmers Home
Administration, in accordance with the provisions of the law of Congress titled
"Consolidated Farmers Home Administration Act of 1961," with headquarters in
Washington, District of Columbia, United States of America, represented in this case by
Mr. DOMINGO RODRIGUEZ TORRES, Social Security number ▮▮▮▮▮▮▮, of legal
age, married to Mrs. Elsa Moreno David, employed, and a resident of Coamo, Puerto Rico,
in his capacity as Credit Manager of the Farm Service Agency, previously Farmers Home
Administration, Barranquitas Office, whose credentials are duly accredited at the Property
Registry.

I DO ATTEST

T-74
F-113

To my personal acquaintance with the parties and to their statements regarding their
ages, marital status, professions, and places of residence. They assure me they have, and,
in my judgment, they do have the necessary legal capacity for the present grant and,
consequently, freely and voluntarily:

THEY DO STATE

FIRST: That the mortgagors Mr. Angel Antonio Alicea Santiago and his wife Mrs.
Hilda Vidaure Rivera Hoyos are the current owners of the following property:

[Seal]

RURAL PROPERTY: Plot of land composed of TWELVE CUERDAS, equivalent
to four hectares, sixty-one ares, sixty-four centiareas and sixty-eight miliares, located in
Barrio Barrancas of Barranquitas. Bordered to the NORTH by Pedro Torres; to the
SOUTH, EAST and WEST by the main farm from which it is segregated. Includes the

following structures: House built with concrete used as housing, thirty-two feet eight inches by thirty-seven feet ten inches. Water tank measuring twelve feet by twelve feet by seven feet. Medical box measuring five feet by five feet by four feet. Two chicken coops, one measuring two hundred fifty feet by forty feet and the other measuring three hundred feet by forty feet with equipment.

Recorded on page one hundred thirteen (113) of book seventy-four (74) of Barranquitas, farm number three thousand one hundred and thirty-four (3,134).

The described farm is subject to the following mortgages in guaranty of promissory notes, all in favor of United States of America:

ONE – Mortgage in guaranty of promissory note in the amount of Twenty-Three Thousand Dollars ($23,000.00), constituted pursuant to deed number twenty-seven, granted in Barranquitas, Puerto Rico, on April two of nineteen eighty before the notary Eileen Sutton de Zayas Green.

TWO – Mortgage in guaranty of promissory note in the amount of Seventy-Three Thousand Five Hundred Dollars ($73,500.00), constituted pursuant to deed number twenty-eight, granted in Barranquitas, Puerto Rico, on April two of nineteen eighty, re-amortized to the amount of One Hundred Eleven Thousand Five Hundred Sixty Dollars and Sixty Cents ($111,560.60), pursuant to deed number two hundred seven (207), granted in Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three before the notary Carlos E. Berríos Beauchamp.

THREE – Mortgage in guaranty of promissory note in the principal amount of Twenty-Five Thousand Dollars ($25,000.00), constituted pursuant to deed number eight-nine (89), granted in Barranquitas, Puerto Rico, on May twenty-one of nineteen eighty-six, before the notary Carlos E. Berríos Rojas; re-amortized to the amount of Twenty Thousand Four Hundred Sixty-Six Dollars and Twenty-Six Cents ($20,466.26) pursuant to deed number two hundred seven (207), granted in Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three, before the notary Carlos E. Berríos Beauchamp.

FOUR – Mortgage in guaranty of promissory note in the principal amount of Sixty-Eight Thousand Thirty-Six Dollars and Twelve Cents ($68,036.12), constituted pursuant to deed number sixty-nine (69), granted in Barranquitas, Puerto Rico, on September thirty of nineteen eighty-seven, before the notary Eloy Aponte Colón; re-amortized to the amount of Forty-Two Thousand Forty-Five Dollars and Seventy-Three Cents ($42,045.73) pursuant to deed number two hundred seven (207), granted in Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three, before the notary Carlos E. Berríos Beauchamp.

[Seal]

FIVE – Mortgage in guaranty of promissory note in the principal amount of Eleven Thousand Four Hundred Dollars ($11,400.00), constituted pursuant to deed number two hundred seven (207), granted in Barranquitas, Puerto Rico, on August seventeen of nineteen eighty-eight, before the notary Carlos E. Berríos Rojas; re-amortized to the

amount of Nine Thousand Six Hundred Ninety-Nine Dollars and Thirty-Nine Cents ($9,699.39), pursuant to deed number two hundred seven (207), granted in Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three, before the notary Carlos E. Berríos Beauchamp.

[Illegible handwriting]
44-24

SIX – Mortgage in guaranty of promissory note in the principal amount of One Hundred Sixty-One Thousand Dollars ($161,000.00), constituted pursuant to deed number two hundred thirteen, granted in Barranquitas, Puerto Rico, on December twenty-seven nineteen eighty-nine, before notary Carlos E. Berríos Rojas; re-amortized to the amount of One Hundred Seventy Thousand Four Hundred Seventy-Eight Dollars and Sixty-Eight Cents ($170,478.68), pursuant to deed number two hundred seven (207), granted in Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three, before the notary Carlos E. Berríos Beauchamp.

43-28
43-20

SEVEN – Mortgage in guaranty of promissory note in the principal amount of Twenty-One Thousand Dollars ($21,000.00) constitute pursuant deed number two hundred one, granted in Barranquitas, Puerto Rico, on August twenty-nine of nineteen ninety, before the notary Carlos E. Berríos Rojas; re-amortized to the amount of Twenty-Two Thousand Eight Hundred Ten Dollars and Ninety-Three Cents ($22,810.93), pursuant to deed number two hundred seven (207), granted in Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three, before the notary Carlos E. Berríos Beauchamp.

35
44-29
44-21

EIGHT – Mortgage in guaranty of promissory note in the principal amount of Ten Thousand Five Hundred Dollars ($10,500.00) constituted pursuant to deed number two hundred thirty-four, granted in Barranquitas, Puerto Rico, on October twenty-four nineteen ninety before notary Carlos E. Berríos Rojas; re-amortized to the amount of Eleven Thousand Four Hundred Ninety-Five Dollars and Fifty-Nine Cents ($11,495.59) pursuant to deed number two hundred seven (207), granted in Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three, before the notary Carlos E. Berríos Beauchamp.

SECOND: The mortgagors Mr. Angel Antonio Alicea Santiago and his wife Hilda Vidaure Rivera Hoyos continue to state that, in order to re-amortize the mortgage debts mentioned in paragraph ONE and marked with the numbers TWO, THREE, FOUR, FIVE AND EIGHT, they did request and obtain the consent of the mortgagor, United States of America, acting through the Administrator of Farm Service Agency, previously Farmers Home Administration, in accordance with the law of Congress titled "Consolidated Farmers Home Administration Act of 1961," and the approved regulation to that effect, to re-amortizae the mortgage debts.

[Seal]

THIRD: The mortgagors Mr. Angel Antonio Alicea Santiago and his wife Hilda Vidaure Rivera Hoyos do state that they have personal knowledge of each and every one of the obligations, clauses and stipulations contained or mentioned in the mortgage deeds, and through this act do clearly, solemnly, and fully agree to comply with each and all obligations, clauses and stipulations required by Farm Service Agency, previously Farmers Home Administration (FmHA); both the mortgagors and the mortgagee do agree that this re-amortization does not constitute an extinctive novation of the aforementioned obligation

and that its terms and conditions are not incompatibles with such previous obligations.

## REAMORTIZATION AND PAYMENT MODIFICATION
## OF PROMISSORY NOTE AND MORTGAGE

FOURTH: The appearing party MR. DOMINGO RODRIGUEZ TORRES, in his capacity, states that, as the mortgagors, Mr. Angel Antonio Alicea Santiago and his wife Mrs. Hilda Vidaure Rivera Hoyos, have been accepted to receive the benefits of the law of Congress "Consolidated Farmers Home Administration Act of 1961," as amended, they have entered into an agreement to re-amortize and modify the payment structure on the promissory note and the mortgage described in the FIRST paragraph and marked with the number TWO, as follows: The total amount owed, as of January five of nineteen ninety-six, on the mortgage in the amount of Seventy-Three Thousand Five Hundred Dollars ($73,500.00), which had been re-amortized to the amount of One Hundred Eleven Thousand Five Hundred Sixty Dollars and Sixty Cents ($111,560.60), is now ONE HUNDRED TWENTY-TWO THOUSAND SIX HUNDRED SIXTY DOLLARS AND THIRTY-THREE CENTS ($122,660.33) with interest at FIVE percent (5.00%) per annum, which shall be paid as follows: EIGHT THOUSAND EIGHT HUNDRED NINETY-ONE DOLLARS ($8,891.00) on January first of nineteen ninety-seven and subsequently on January first of each year thereafter until the debt is fully paid, except that the final payment on the debt accepted herein shall be made on or before January first of two thousand twenty (2020).

41-36

The parties have agreed to re-amortize and modify the payment structure recorded on the promissory note and on the corresponding mortgage, described in the aforementioned FIRST paragraph and marked with the number THREE, as follows: the total amount owed as of January five of nineteen ninety-six on the mortgage in the amount of Twenty-Five Thousand Dollars ($25,000.00), re-amortized to the amount of Twenty Thousand Four Hundred Sixty-Six Dollars and Twenty-Six Cents ($20,466.26), is now TWENTY-ONE THOUSAND SIXTY-FOUR DOLLARS AND SIXTY-NINE CENTS ($21,064.69) with interest at FIVE percent (5.00%) per annum, and which shall be paid as follows: TWO THOUSAND THIRTY DOLLARS ($2,030.00) on January first of nineteen ninety-seven and TWO THOUSAND THIRTY DOLLARS ($2,030.00) on January first of each subsequent year until the debt is fully paid, except that the final payment on the debt accepted herein shall be made on or before January first of two thousand eleven;

[Seal]

The parties have agreed to re-amortize and modify the payment structure recorded on the promissory note and on the corresponding mortgage, described in the aforementioned FIRST paragraph and marked with the number FOUR, as follows: the total amount owed as of January five of nineteen ninety-six on the mortgage for Sixty-Eight Thousand Thirty-Six Dollars and Twelve Cents ($68,036.12), re-amortized to the amount of Forty-Two Thousand Forty-Five Dollars and Seventy-Three Cents ($42,045.73), is FORTY-THREE THOUSAND THREE HUNDRED TWENTY-FOUR DOLLARS AND FIFTY-THREE CENTS ($43,324.53), with interest at FIVE percent (5.00%) per annum, and which shall be paid as follows: FOUR THOUSAND ONE HUNDRED SEVENTY-FIVE DOLLARS ($4,175.00) on January first of nineteen ninety-seven and FOUR

THOUSAND ONE HUNDRED SEVENTY-FIVE DOLLARS ($4,175.00) on January first of each subsequent year until the debt is fully paid, except that the final payment on the debt accepted herein shall be made on or before January first of two thousand eleven;

The parties have agreed to re-amortize and modify the payment structure recorded on the promissory note and on the corresponding mortgage, described in the aforementioned FIRST paragraph and marked with the number FIVE as follows: the total balance owed as of January five of nineteen ninety-six on the mortgage of Eleven Thousand Four Hundred Dollars ($11,400.00) re-amortized to the amount of Nine Thousand Six Hundred Ninety-Nine Dollars and Thirty-Nine Cents ($9,699.39) is NINE THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND FIFTY-FOUR CENTS ($9,982.54) with interest at FIVE percent (5.00%) per annum, and which shall be paid as follows: NINE HUNDRED SIXTY-TWO DOLLARS ($962.00) on January first of nineteen ninety-seven and NINE HUNDRED SIXTY-TWO DOLLARS ($962.00) on January first of each subsequent year until the debt is fully paid, except that the final payment on the debt accepted herein shall be made on or before January first of two thousand eleven;

The parties have agreed to re-amortize and modify the payment structure recorded on the promissory note and on the corresponding mortgage, described in the aforementioned FIRST paragraph and marked with the number EIGHT as follows: the total balance owed as of January five of nineteen ninety-six on the mortgage of Ten Thousand Five Hundred Dollars ($10,500.00) re-amortized to the amount of Eleven Thousand Four Hundred Ninety-Five Dollars and Fifty-Nine Cents ($11,495.59) is ELEVEN THOUSAND EIGHT HUNDRED FIFTY-EIGHT DOLLARS AND FORTY-SIX CENTS ($11,858.46) with interest at FIVE percent (5.00%) per annum, and which shall be paid as follows: ONE THOUSAND ONE HUNDRED FORTY-THREE DOLLARS ($1,143.00) on January first of nineteen ninety-seven and ONE THOUSAND ONE HUNDRED FORTY-THREE DOLLARS ($1,143.00) on January first of each subsequent year until the debt is fully paid, except that the final payment on the debt accepted herein shall be made on or before January first of two thousand eleven;

FIFTH: The appearing party Mr. DOMINGO RODRIGUEZ TORRES, acting in his capacity, delivers to me, the Notary, the promissory note secured by the mortgage for the original amount of Seventy-Three Thousand Five Hundred Dollars ($73,500.00), which had been re-amortized in the amount of One Hundred Eleven Thousand Five Hundred Sixty Dollars and Sixty Cents, ($111,560.60). He assures me that the aforementioned has not been negotiated or encumbered in any way by its current holder and owner, the United States of America, and once identified by me, the Notary, confirming that is the same promissory note, I do proceed to affix to it the following note: "The total of this promissory note and the mortgage which secures it, re-amortized on January five of nineteen ninety-six, with a total amount owed of ONE HUNDRED TWENTY-TWO THOUSAND SIX HUNDRED SIXTY DOLLARS AND THIRTY-THREE CENTS ($122,660.33) with interest at FIVE percent (5.00%) per annum, which shall be paid as follows: EIGHT THOUSAND EIGHT HUNDRED NINETY-ONE DOLLARS ($8,891.00) on January first of nineteen ninety-seven and subsequently on January first of each year thereafter until the debt is fully paid, except that the final payment on the debt accepted herein shall be made

[Seal]

on or before January first of two thousand twenty, pursuant to Re-Amortization of Mortgage Loan and Mortgage Modification deed number Two (2), dated January five, nineteen ninety-six, before the Notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on January five of nineteen ninety-six.

(Signed, stamped, initialed, and sealed) CARLOS E. BERRIOS BEAUCHAMP. NOTARY PUBLIC.

Having affixed the note and signatures, I returned it to the appearing part,y Mr. DOMINGO RODRIGUEZ TORRES, in his capacity.

The appearing party Mr. DOMINGO RODRIGUEZ TORRES, acting in his capacity, delivers to me, the Notary, the promissory note secured BY the mortgage for the original amount of Twenty-Five Thousand Dollars ($25,000.00), which had been re-amortized to the amount of Twenty Thousand Four Hundred Sixty-Six Dollars and Twenty-Six Cents ($20,466.26). He assures me that the aforementioned has not been negotiated or encumbered in any way by its current holder and owner, the United States of America, and once identified by me, the Notary, confirming that is the same promissory note, I do proceed to affix to it the following note: "The total of this promissory note and the mortgage which secures it, re-amortized on January five of nineteen ninety-six, resulting with a total amount owed of TWENTY-ONE THOUSAND SIXTY-FOUR DOLLARS AND SIXTY-NINE CENTS ($21,064.69) with  interest at FIVE percent (5.00%) per annum, and which shall be paid as follows: TWO THOUSAND THIRTY DOLLARS ($2,030.00) on January first of nineteen ninety-seven and TWO THOUSAND THIRTY DOLLARS ($2,030.00) on January first of each subsequent year until the debt is fully paid, except that the final payment on the debt accepted herein shall be made on or before January first of two thousand eleven pursuant to Re-Amortization of Mortgage Loan and Mortgage Modification deed number Two (2), dated January five, nineteen ninety-six, before the Notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on January five of nineteen ninety-six.

[Seal]        (Signed, stamped, initialed and sealed) CARLOS E. BERRIOS BEAUCHAMP. NOTARY PUBLIC.

Having affixed the note and signatures, I returned it to the appearing party, Mr. DOMINGO RODRIGUEZ TORRES in his capacity.

The appearing party Mr. DOMINGO RODRIGUEZ TORRES, acting in his capacity, delivers to me, the Notary, the promissory note secured by the mortgage for the original amount of Sixty-Eight Thousand Thirty-Six Dollars and Twelve Cents ($68,036.12), which had been re-amortized in the amount of Forty-Two Thousand Forty-Five Dollars and Seventy-Three Cents ($42,045.73). He assures me that the aforementioned has not been negotiated or encumbered in any way by its current holder and owner, the United States of America, and once identified by me, the Notary,

confirming that is the same promissory note, I do proceed to affix to it the following note: "The total of this promissory note and the mortgage which secures it, re-amortized on January five of nineteen ninety-six, is FORTY-THREE THOUSAND THREE HUNDRED TWENTY-FOUR DOLLARS AND FIFTY-THREE CENTS ($43,324.53), with interest at FIVE percent (5.00%) per annum, and which shall be paid as follows: FOUR THOUSAND ONE HUNDRED SEVENTY-FIVE DOLLARS ($4,175.00) on January first of nineteen ninety-seven and FOUR THOUSAND ONE HUNDRED SEVENTY-FIVE DOLLARS ($4,175.00) on January first of each subsequent year until the debt is fully paid, except that the final payment on the debt accepted herein shall be made on or before January first of two thousand eleven, pursuant to Re-Amortization of Mortgage Loan and Mortgage Modification deed number Two (2), dated January five, nineteen ninety-six, before the Notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on January five of nineteen ninety-six.

(Signed, stamped, initialed and sealed) CARLOS E. BERRIOS BEAUCHAMP. NOTARY PUBLIC.

Having affixed the note and signatures, I returned it to the appearing party, Mr. DOMINGO RODRIGUEZ TORRES in his capacity.

[Seal]

The appearing party Mr. DOMINGO RODRIGUEZ TORRES, acting in his capacity, delivers to me, the Notary, the promissory note secured by the mortgage for the original amount of Eleven Thousand Four Hundred Dollars ($11,400.00), which had been re-amortized in the amount of Nine Thousand Six Hundred Ninety-Nine Dollars and Thirty-Nine Cents ($9,699.39). He assures me that the aforementioned has not been negotiated or encumbered in any way by its current holder and owner, the United States of America, and once identified by myself, the Notary, confirming that is the same promissory note, I do proceed to affix to it the following note: "The total of this promissory note and the mortgage which secured it, re-amortized on January five of nineteen ninety-six, is NINE THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND FIFTY-FOUR CENTS ($9,982.54) with interest at FIVE percent (5.00%) per annum, and which shall be paid as follows: NINE HUNDRED SIXTY-TWO DOLLARS ($962.00) on January first of nineteen ninety-seven and NINE HUNDRED SIXTY-TWO DOLLARS ($962.00) on January first of each subsequent year until the debt is fully paid, except that the final payment on the debt accepted herein shall be made on or before January first of two thousand eleven, pursuant to Re-Amortization of Mortgage Loan and Mortgage Modification deed number Two (2), dated January five, nineteen ninety-six, before the Notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on January five of nineteen ninety-six.

(Signed, stamped, initialed and sealed) CARLOS E. BERRIOS BEAUCHAMP. NOTARY PUBLIC.

Having affixed the note and signatures, I returned it to the appearing party, Mr.

DOMINGO RODRIGUEZ TORRES in his capacity.

The appearing party Mr. DOMINGO RODRIGUEZ TORRES, acting in his capacity, delivers to me, the Notary, the promissory note secured by the mortgage for the original amount of Ten Thousand Five Hundred Dollars ($10,500.00), which had been re-amortized in the amount of Eleven Thousand Four Hundred Ninety-Five Dollars and Fifty-Nine Cents ($11,495.59). He assures me that the aforementioned has not been negotiated or encumbered in any way by its current holder and owner, the United States of America, and once identified by me, the Notary, confirming that is the same promissory note, I do proceed to affix to it the following note: "The total of this promissory note and the mortgage which secures it, re-amortized on January five of nineteen ninety-six, is ELEVEN THOUSAND EIGHT HUNDRED FIFTY-EIGHT DOLLARS AND FORTY-SIX CENTS ($11,858.46) with interest at FIVE percent (5.00%) per annum, and which shall be paid as follows: ONE THOUSAND ONE HUNDRED FORTY-THREE DOLLARS ($1,143.00) on January first of nineteen ninety-seven and ONE THOUSAND ONE HUNDRED FORTY-THREE DOLLARS ($1,143.00) on January first of each subsequent year until the debt is fully paid, except that the final payment on the debt accepted herein shall be made on or before January first of two thousand eleven, pursuant to Re-Amortization of Mortgage Loan and Mortgage Modification deed number Two (2), dated January five, nineteen ninety-six, before the Notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on January five of nineteen ninety-six.

[Seal]   (Signed, stamped, initialed and sealed) CARLOS E. BERRIOS BEAUCHAMP. NOTARY PUBLIC.

Having affixed the note and signatures, I returned it to the appearing party, Mr. DOMINGO RODRIGUEZ TORRES in his capacity.

SEVENTH: The interest percentage on the loans used for the purchase of the farm, to make permanent improvements, or for operational expenses, which are secured by this instrument, may be increased by Farm Service Agency, previously Farmers Home Administration, according to the current regulations and the terms of the promissory note.

EIGHTH: The contracting parties to this public instrument do further agree that this re-amortization agreement does not constitute a extinctive novation of the aforementioned obligation (debt), as there is no incompatibility between said existing obligation (debt) and the modification of it under the terms and conditions contained herein. Therefore, it is requested that the Honorable Property Registrar note the foregoing upon the recording of this document.

## ACCEPTANCE AND GRANTING

The appearing parties, in their capacities, agreed to this deed as drafted as it is a faithful reflection of their agreement, and I, the Authorizing Notary, have made to them all pertinent legal warnings and disclaimers.

So, the appearing parties therefore state and grant before me, after waiving their right, to which I did advise them, to require the presence of instrumental witnesses.

After reading this deed, the appearing parties do hereby ratify its content, affix their initials to each and every page and sign it before me, the Notary. With respect to all contained and stated on this public instrument which bears my signature, mark, initials, and seal, I DO ATTEST.

Signed: Domingo Rodríguez Torres, Angel Antonio Alicea Santiago, Hilda Vidaure Rivera Hoyos.

The original of this deed consists of 17 pages.

SIGNED, STAMPED, INITIALED AND SEALED.
CARLOS E. BERRIOS BEAUCHAMP, NOTARY PUBLIC
THE CORRESPONDING INTERNAL REVENUE
AND NOTARIAL TAX SEALS ARE PAID. THE INITIALS
OF THE APPEARING PARTIES
PROPERLY APPEAR ON EACH AND EVERY PAGE
OF THE ORIGINAL OF THIS DEED AND SAID
DEED IS DULY STAMPED WITH THE
PARTIES' INTIALS IN THE MARGIN OF EACH
PAGE. I DO CERTIFY THAT THE PRECEDING
IS THE FIRST TRUE AND ACCURATE COPY OF
[Seal]      THE ORIGINAL OF THIS DEED CONTAINED IN
MY CURRENT RECORDS UNDER THE
AFOREMENTIONED NUMBER. TO BE
DELIVERED TO *FARM SERVICE AGENCY*. I DO
ISSUE THIS COPY IN THE SAME PLACE AND
ON THE SAME DATE OF GRANTING. I DO ATTEST.

[Signature]
[Stamps]

[Handwritten]
Registered on:
Page – 84
Book – 174 – Barranquitas
Farm – 3134
Inscription – 17th

Charges – Subject to eight mortgages in favor of United States of America in the amounts of $23,000.00, according to 2nd inscription; for $73,500.00, according to 3rd inscription, re-amortized by this document; for $25,000.00, according to 9th inscription, re-amortized by this document; for $68,036.00, re-amortized by this document; for $11,400.00, re-amortized by this document; for $161,000.00, according to 13th inscription, re-amortized to $170,478.68, according to 16th inscription; mortgage for $21,500.00 re-amortized to $22,810.93 and mortgage for $10,500.00, re-amortized by this document. Barranquitas, [illegible] 23rd of 1996.

No fees.

[Signature]
Revised
[illegible]

11/4/96

# Statement of Accuracy

I hereby certify that the attached documents relating to properties of Angel Antonio Alicea Santiago and Hilda Vidaure Rivera Hoyos:

**Mortgage Re-Amortization and Modification Deed #2,** dated January 5, 1996, in Barranquitas, PR – 10 pages
**Mortgage Re-Amortization and Modification Deed #207,** dated May 28, 1993, in Barranquitas, PR – 12 pages
are true and accurate translations from Spanish into English to the best of my knowledge, ability and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED June 13, 2019.


_____
Thomas L. Bransfield
Certified Court Interpreter
Certified Medical Interpreter


WITNESS my hand and official seal hereto affixed this 13th day of June of 2019.


Signature _____*Rosa Capdevielle*_____
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of _____WA_____.
My appointment expires: _____March 15, 2022_____.

NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022

-------------------- NUMERO DOS --------------------

---- REAMORTIZACION DE PRESTAMO HIPOTECARIO Y -----

------------ MODIFICACION DE HIPOTECA ------------

---En Barranquitas, Puerto Rico a los cinco días

del mes de enero de mil novecientos noventa y seis.

-------------------- ANTE MI --------------------

---CARLOS E. BERRIOS BEAUCHAMP, Abogado y Notario

Público del Estado Libre Asociado de Puerto Rico,

con residencia, vecindad y estudio abierto en

Barranquitas, Puerto Rico. --------------------

-------------------- COMPARECEN --------------------

---DE UNA SOLA PARTE: Como Deudores Hipotecarios:

Don ANGEL ANTONIO ALICEA SANTIAGO Seguro Social

Número            y su esposa Doña HILDA VIDAURE

RIVERA HOYOS Seguro Social Número            ,

mayores de edad, casados entre sí, propietarios y

vecinos de Barranquitas, Puerto Rico. ------------

---Y DE LA OTRA PARTE: Como Acreedor Hipotecario:

ESTADOS UNIDOS DE AMERICA, actuando por conducto y

a través del Administrador de Farm Service Agency,

antes Administración de Hogares de Agricultores, a

tenor con las disposiciones de la Ley del Congreso

titulada "Consolidated Farmers Home Administration

Act of 1961" con oficinas principales en

Washington, Distrito de Columbia, Estados Unidos de

América, representado en este caso por Don DOMINGO

RODRIGUEZ TORRES Seguro Social Número            ,

mayor de edad, casado con Doña Elsa Moreno David,

empleado y vecino de Coamo, Puerto Rico, en su

carácter de Gerente de Crédito de Farm

T-74
F-413



Service Agency, antes Administración de Hogares de Agricultores, oficina de Barranquitas, cuyas facultades constan debidamente acreditadas en el Registro de la Propiedad. ------------------------

---------------------- DOY FE --------------------

---Del conocimiento personal de los comparecientes y por sus dichos la doy de su mayoría de edad, estado civil, profesión y vecindad. Aseguran tener y a mi juicio tienen la capacidad legal necesaria para este otorgamiento y en su consecuencia libremente: ---------------------------------------

---------------------- EXPONEN --------------------

---PRIMERO: Que los deudores hipotecarios, Don Angel Antonio Alicea Santiago y su esposa Doña Hilda Vidaure Rivera Hoyos, son actualmente dueños de la siguiente propiedad: ---------------------

---RUSTICA: Predio de terreno compuesto de DOCE CUERDAS equivalentes a cuatro hectáreas, sesenta y una áreas, sesenta y cuatro centiáreas y sesenta y ocho miliáreas, sita en el Barrio Barrancas de Barranquitas, y en lindes por el Norte, con Pedro Torres; por el Sur, Este y Oeste, con la finca principal de la cual se segrega. Enclavan las siguientes estructuras: Casa construida en concreto dedicada a vivienda de treintidos pies ocho pulgadas por treintisiete pies diez pulgadas. Tanque de agua de doce pies por doce pies por siete pies. Tanque de agua cilíndrico de veintitres mil quinientos galones. Caja de medicar de cinco pies por cinco pies por cuatro pies. Dos ranchos para pollos de doscientos cincuenta pies por cuarenta pies cada uno y otro de doscientos sesenticuatro pies por cuarenta pies doble y con equipo. -------

---Inscrita al folio ciento trece (113) del tomo setenta y cuatro (74) de Barranquitas, finca número tres mil ciento treinta y cuatro (3,134). -------

---La finca antes descrita está afecta a las siguientes hipotecas en garantía de pagaré todas a favor de Estados Unidos de América: --------------

-----UNO-hipoteca en garantía de pagaré por la suma principal de Veintitres Mil Dólares ($23,000.00),



2

constituida mediante la escritura número veintisiete, otorgada en Barranquitas, Puerto Rico, el día dos de abril de mil novecientos ochenta ante la notario Eileen Sutton de Zayas Green. ---------
-----DOS- hipoteca en garantía de pagaré por la suma principal de Setenta y Tres Mil Quinientos Dólares ($73,500.00), constituida mediante la escritura número veintiocho, otorgada en Barranquitas, Puerto Rico, el día dos de abril de mil novecientos ochenta, reamortizada a la suma de Ciento Once Mil Quinientos Sesenta Dólares con Sesenta Centavos ($111,560.60) mediante la escritura número doscientos siete (207), otorgada en Barranquitas, Puerto Rico, el día veintiocho de mayo de mil novecientos noventa y tres ante el notario Carlos E. Berríos Beauchamp. -------------
-----TRES- hipoteca en garantía de pagaré por la suma principal de Veinticinco Mil Dólares ($25,000.00), constituida mediante la escritura número ochenta y nueve (89), otorgada en Barranquitas, Puerto Rico, el día veintiuno de mayo de mil novecientos ochenta y seis ante el notario Carlos E. Berríos Rojas; reamortizada a la suma de Veinte Mil Cuatrocientos Sesenta y Seis Dólares con Veintiseis Centavos ($20,466.26) mediante la escritura número doscientos siete (207), otorgada en Barranquitas, Puerto Rico, el día veintiocho de mayo de mil novecientos noventa y tres ante el notario Carlos E. Berríos Beauchamp. -------------
-----CUATRO- hipoteca en garantía de pagaré por la suma principal de Sesenta y Ocho Mil Treinta y Seis Dólares con Doce Centavos ($68,036.12), constituida

mediante la escritura número sesenta y nueve (69), otorgada en Barranquitas, Puerto Rico, el día treinta de septiembre de mil novecientos ochenta y siete ante el notario Eloy Aponte Colón; reamortizada a la suma cuarenta y dos mil cuarenta y cinco dólares con Setenta y Tres Centavos ($42,045.73) mediante la escritura número doscientos siete (207), otorgada en Barranquitas, Puerto Rico, el día veintiocho de mayo de mil novecientos noventa y tres ante el notario Carlos E. Berríos Beauchamp. --------------------------CINCO- hipoteca en garantía de pagaré por la suma principal de Once Mil Cuatrocientos Dólares ($11,400.00), constituida mediante la escritura número doscientos siete (207) otorgada en Barranquitas, Puerto Rico, el día diecisiete de agosto de mil novecientos ochenta y ocho ante el notario Carlos E. Berríos Rojas; reamortizada a la suma de Nueve Mil Seiscientos Noventa y Nueve Dólares con Treinta y Nueve ($9,699.39) mediante la escritura número doscientos siete (207), otorgada en Barranquitas, Puerto Rico, el día veintiocho de mayo de mil novecientos noventa y tres ante el notario Carlos E. Berríos Beauchamp. ------------------SEIS- hipoteca en garantía de pagaré por la suma principal de Ciento Sesenta y Un Mil Dólares ($161,000.00), constituida mediante la escritura número doscientos trece, otorgada en Barranquitas, Puerto Rico, el día veintisiete de diciembre de mil novecientos ochenta y nueve ante el notario Carlos E. Berríos Rojas; reamortizada a la suma de Ciento Setenta Mil Cuatrocientos Setenta y Ocho Dólares con Sesenta y Ocho Centavos ($170,478.68) mediante



4

la escritura número doscientos siete (207), otorgada en Barranquitas, Puerto Rico, el día veintiocho de mayo de mil novecientos noventa y tres ante el notario Carlos E. Berríos Beauchamp. -----SIETE- hipoteca en garantía de pagaré por la suma principal de Veintiún Mil Quinientos Dólares ($21,500.00), constituida mediante la escritura número doscientos uno, otorgada en Barranquitas, Puerto Rico, el día veintinueve de agosto de mil novecientos noventa ante el notario Carlos E. Berríos Rojas ; reamortizada a la suma de Veintidos Mil Ochocientos Diez Dólares con Noventa y Tres Centavos ($22,810.93) mediante la escritura número doscientos siete (207), otorgada en Barranquitas, Puerto Rico, el día veintiocho de mayo de mil novecientos noventa y tres ante el notario Carlos E. Berríos Beauchamp. -------------------OCHO- hipoteca en garantía de pagaré por la suma principal de Diez Mil Quinientos Dólares ($10,500.00), constituida mediante la escritura número doscientos treinta y cuatro, otorgada en Barranquitas, Puerto Rico, el día veinticuatro de octubre de mil novecientos noventa ante el notario Carlos E. Berríos Rojas; reamortizada a la suma de Once Mil Cuatrocientos Noventa y cinco Dólares con Cincuenta y Nueve Centavos ($11,495.59) mediante la escritura número doscientos siete (207), otorgada en Barranquitas, Puerto Rico, el día veintiocho de mayo de mil novecientos noventa y tres ante el notario Carlos E. Berríos Beauchamp. ---SEGUNDO: Siguen manifestando los deudores hipotecarios, Don Angel Antonio Alicea Santiago y su esposa Doña Hilda Vidaure Rivera Hoyos, que con



el fin de reamortizar las deudas hipotecarias relacionadas en el hecho PRIMERO y marcadas con los números DOS, TRES, CUATRO, CINCO Y OCHO, solicitaron y obtuvieron el consentimiento del acreedor hipotecario, Estados Unidos de América, actuando por conducto y a través del Administrador de Farm Service Agency antes, Administración de Hogares de Agricultores de conformidad con la Ley del Congreso titulada "Consolidated Farmers Home Administration Act of 1961", y el reglamento aprobado al efecto, para reamortizar las deudas hipotecarias. ------------------------------------

---TERCERO: Manifiestan los comparecientes Don Angel Antonio Alicea Santiago y su esposa doña Hilda Vidaure Rivera Hoyos, que son de su propio y personal conocimiento todas y cada una de las obligaciones, cláusulas y estipulaciones contenidas o mencionadas en las escrituras de hipoteca, y en este acto en forma clara, solemne y terminante, se obligan a cumplir todas y cada una de dichas obligaciones, cláusulas y estipulaciones requeridas por Farm Service Agency, antes Administración de Hogares de Agricultores (FmHA); tanto el acreedor hipotecario como el deudor hipotecario acuerdan que esta reamortización no constituye una novación extintiva de la obligación anterior y que sus términos y condiciones no son incompatibles con dicha obligación anterior. ----------------------

------ REAMORTIZACION Y MODIFICACION DE PAGO ------

--------------- DE PAGARE E HIPOTECA --------------

---CUARTO: Manifiesta el compareciente, DON DOMINGO RODRIGUEZ TORRES, en el carácter que ostenta que habiendo sido aceptados los deudores



hipotecarios, Don Angel Antonio Alicea Santiago y su esposa Doña Hilda Vidaure Rivera Hoyos, para recibir los beneficios de la Ley del Congreso, "Consolidated Farmers Home Administration Act of 1961", según enmendada, han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con el número DOS, en la siguiente forma: el importe total adeudado al cinco de enero de mil novecientos noventa y seis de la hipoteca por la suma de Setenta y Tres Mil Quinientos Dólares ($73,500.00) la cual había sido reamortizada a la cantidad de Ciento Once Mil Quinientos Sesenta Dólares con Sesenta Centavos ($111,560.60) asciende a la suma de CIENTO VEINTIDOS MIL SEISCIENTOS SESENTA DOLARES CON TREINTA Y TRES CENTAVOS ($122,660.33) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: OCHO MIL OCHOCIENTOS NOVENTA Y UN DOLARES ($8,891.00) en enero primero de mil novecientos noventa y siete y subsiguientemente al día primero de enero de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día primero de enero del año dos mil veinte (2020). ------------------------------------

---Han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con el número TRES en la siguiente forma: el importe total adeudado al cinco de enero de mil novecientos noventa y seis de



la hipoteca por la suma de Veinte y Cinco Mil Dólares ($25,000.00) reamortizada a la suma de Veinte Mil Cuatrocientos Sesenta y Seis Dólares con Veintiseis Centavos ($20,466.26) asciende a la suma de VEINTIUN MIL SESENTA Y CUATRO DOLARES CON SESENTA Y NUEVE CENTAVOS ($21,064.69) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: DOS MIL TREINTA DOLARES ($2,030.00) en enero primero de mil novecientos noventa y siete y DOS MIL TREINTA DOLARES ($2,030.00) subsiguientemente al día primero de enero de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día primero de enero del año dos mil once; ------Han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con el número CUATRO en la siguiente forma: el importe total adeudado al cinco de enero de mil novecientos noventa y seis de la hipoteca por la suma de Sesenta y Ocho Mil Treinta y Seis Dólares con Doce Centavos ($68,036.12) reamortizada a la suma de Cuarenta y Dos Mil Cuarenta y Cinco Dólares con Setenta y Tres Centavos ($42,045.73) asciende a la suma de CUARENTA Y TRES MIL TRESCIENTOS VEINTICUATRO DOLARES CON CINCUENTA Y TRES CENTAVOS ($43,324.53) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: CUATRO MIL CIENTO SETENTA Y CINCO DOLARES ($4,175.00) en enero primero de mil novecientos



noventa y siete y CUATRO MIL CIENTO SETENTA Y CINCO DOLARES ($4,175.00) subsiguientemente al día primero de enero de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día primero de enero del año dos mil once; --- ---Han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con el número CINCO en la siguiente forma: el importe total adeudado al cinco de enero de mil novecientos noventa y seis de la hipoteca por la suma de Once Mil Cuatrocientos Dólares ($11,400.00) reamortizada a la suma de Nueve Mil Seiscientos Noventa y Nueve Dólares con Treinta y Nueve Centavos ($9,699.39) asciende a la suma de NUEVE MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON CINCUENTA Y CUATRO CENTAVOS ($9,982.54) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: NOVECIENTOS SESENTA Y DOS DOLARES ($962.00) en enero primero de mil novecientos noventa y siete y NOVECIENTOS SESENTA Y DOS DOLARES ($962.00) subsiguientemente al día primero de enero de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día primero de enero del año dos mil once; --------------------- ---Han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con el número OCHO en la siguiente forma: el importe total adeudado al



9

cinco de enero de mil novecientos noventa y seis de
la hipoteca por la suma de Diez Mil Quinientos
Dólares ($10,500.00) reamortizada a la suma de Once
Mil Cuatrocientos Noventa y Cinco Dólares con
Cincuenta y Nueve Centavos ($11,495.59) asciende a
la suma de ONCE MIL OCHOCIENTOS CINCUENTA Y OCHO
DOLARES CON CUARENTA Y SEIS CENTAVOS ($11,858.46)
con intereses al CINCO por ciento (5.00%) anual y
la cual habrá de ser pagada en la siguiente forma:
MIL CIENTO CUARENTA Y TRES DOLARES ($1,143.00) en
enero primero de mil novecientos noventa y siete y
MIL CIENTO CUARENTA Y TRES DOLARES ($1,143.00)
subsiguientemente al día primero de enero de cada
año hasta que la deuda sea totalmente satisfecha,
excepto el pago final del total de la deuda aquí
asumida, se hará en o antes del día primero de
enero del año dos mil once; ----------------------
---QUINTO: El compareciente Don DOMINGO RODRIGUEZ
TORRES, en el carácter que ostenta, me entrega a
mí, el Notario, el pagaré garantizado con la
hipoteca por la suma original de Setenta y Tres Mil
Quinientos Dólares ($73,500.00) el cual había sido
reamortizado a la suma de Ciento Once Mil
Quinientos Sesenta Dólares con Sesenta Centavos
($111,560.60), quien me asegura no ha sido
negociado ni gravado en forma alguna por su actual
tenedor y poseedor, Estados Unidos de América, y
una vez identificado por mí el Notario,
cerciorándome que se trata del mismo pagaré,
procedo a poner anejo adherido al mismo la
siguiente nota: "El importe de este pagaré y la
hipoteca que lo garantiza, reamortizado al cinco de
enero de mil novecientos noventa y seis, dio un



1

saldo deudor montante a CIENTO VEINTIDOS MIL
SEISCIENTOS SESENTA DOLARES CON TREINTA Y TRES
CENTAVOS ($122,660.33) con intereses al CINCO por
ciento (5.00%) y la cual habrá de ser pagada en la
siguiente forma: OCHO MIL OCHOCIENTOS NOVENTA Y UN
DOLARES ($8,891.00) en o antes del primero de enero
de mil novecientos noventa y siete y OCHO MIL
OCHOCIENTOS NOVENTA Y UN DOLARES ($8,891.00) en
enero primero de cada año subsiguiente excepto el
pago final del total de la deuda aquí asumida, se
hará en o antes del día primero de enero del año
dos mil veinte, según resulta de la escritura
número Dos (2) -----------------------------------
------------------ de Reamortización de Préstamo
Hipotecario y Modificación de Hipoteca, de fecha
cinco de enero de mil novecientos noventa y seis,
ante el Notario Carlos E. Berríos Beauchamp, DOY
FE. ------------------------------------------------
---En Barranquitas, Puerto Rico, a cinco de enero
de mil novecientos noventa y seis. --------------
---(Firmado, signado, rubricado y sellado). CARLOS
E. BERRIOS BEAUCHAMP. NOTARIO PUBLICO.
---Una vez puesta y firmada la nota lo devuelvo al
compareciente señor DOMINGO RODRIGUEZ TORRES en el
carácter que ostenta. --------------------------
---El compareciente Don DOMINGO RODRIGUEZ TORRES en
el carácter que ostenta, me entrega a mi, el
Notario, el pagaré garantizado con la hipoteca por
la suma original de Veinte y Cinco Mil Dólares
($25,000.00) el cual había sido reamortizado a la
suma de Veinte Mil Cuatrocientos Sesenta y Seis
Dólares con Veintiseis Centavos ($20,466.26), quien



1

me asegura no ha sido negociado ni gravado en forma alguna por su actual tenedor y poseedor, Estados Unidos de América, y una vez identificado por mí el Notario, cerciorándome que se trata del mismo pagaré, procedo a poner anejo adherido al mismo la siguiente nota: "El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al cinco de enero de mil novecientos noventa y seis, dio un saldo deudor montante a VEINTE Y UN MIL SESENTA Y CUATRO DOLARES CON SESENTA Y NUEVE CENTAVOS ($21,064.69) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: DOS MIL TREINTA DOLARES ($2,030.00) en o antes del primero de enero de mil novecientos noventa y siete y DOS MIL TREINTA DOLARES ($2,030.00) en enero primero de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día primero de enero del año dos mil once, según resulta de la escritura número Dos (2) ----------- ------------------ de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha cinco de enero de mil novecientos noventa y seis, ante el Notario Carlos E. Berríos Beauchamp, DOY FE. -------------------------------------------- ---En Barranquitas, Puerto Rico, a cinco de enero de mil novecientos noventa y seis. --------------- ---(Firmado, signado, rubricado y sellado). CARLOS E. BERRIOS BEAUCHAMP. NOTARIO PUBLICO. ---Una vez puesta y firmada la nota lo devuelvo al compareciente señor DOMINGO RODRIGUEZ TORRES en el carácter que ostenta. -------------------------- ---El compareciente Don DOMINGO RODRIGUEZ TORRES en



1

el carácter que ostenta, me entrega a mi, el Notario, el pagaré garantizado con la hipoteca por la suma original de Sesenta y Ocho Mil Treinta y Seis Dólares con Doce Centavos ($68,036.12), el cual había sido reamortizado a la suma de Cuarenta y Dos Mil Cuarenta y Cinco Dólares con Setenta y Tres Centavos ($42,045.73), quien me asegura no ha sido negociado ni gravado en forma alguna por su actual tenedor y poseedor, Estados Unidos de América, y una vez identificado por mí el Notario, cerciorándome que se trata del mismo pagaré, procedo a poner anejo adherido al mismo la siguiente nota: "El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al cinco de enero de mil novecientos noventa y seis, dio un saldo deudor montante a CUARENTA Y TRES MIL TRESCIENTOS VEINTICUATRO DOLARES CON CINCUENTA Y TRES CENTAVOS ($43,324.53) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: CUATRO MIL CIENTO SETENTA Y CINCO DOLARES ($4,175.00) en o antes del primero de enero de mil novecientos noventa y siete y CUATRO MIL CIENTO SETENTA Y CINCO DOLARES ($4,175.00) en enero primero de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día primero de enero del año dos mil once, según resulta de la escritura número Dos (2) ------------------------------ de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha cinco de enero de mil novecientos noventa y seis, ante el Notario Carlos E. Berríos Beauchamp, DOY FE. ------------------------------------------------



---En Barranquitas, Puerto Rico, a cinco de enero de mil novecientos noventa y seis. --------------
---(Firmado, signado, rubricado y sellado). CARLOS E. BERRIOS BEAUCHAMP. NOTARIO PUBLICO.
---Una vez puesta y firmada la nota lo devuelvo al compareciente señor DOMINGO RODRIGUEZ TORRES en el carácter que ostenta. --------------------------
---El compareciente Don DOMINGO RODRIGUEZ TORRES en el carácter que ostenta, me entrega a mi, el Notario, el pagaré garantizado con la hipoteca por la suma original de Once Mil Cuatrocientos Dólares ($11,400.00), el cual había sido reamortizado a la suma de Nueve Mil Seiscientos Noventa y Nueve Dólares con Treinta y Nueve Centavos ($9,699.39), quien me asegura no ha sido negociado ni gravado en forma alguna por su actual tenedor y poseedor, Estados Unidos de América, y una vez identificado por mí el Notario, cerciorándome que se trata del mismo pagaré, procedo a poner anejo adherido al mismo la siguiente nota: "El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al cinco de enero de mil novecientos noventa y seis, dio un saldo deudor montante a NUEVE MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON CINCUENTA Y CUATRO CENTAVOS ($9,982.54) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: NOVECIENTOS SESENTA Y DOS DOLARES ($962.00) en o antes del primero de enero de mil novecientos noventa y siete y NOVECIENTOS SESENTA Y DOS DOLARES ($962.00) en enero primero de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día primero de enero del año



dos mil once, según resulta de la escritura número

Dos (2) --------- de Reamortización de Préstamo

Hipotecario y Modificación de Hipoteca, de fecha

cinco de enero de mil novecientos noventa y seis,

ante el Notario Carlos E. Berríos Beauchamp, DOY

FE. ----------------------------------------------

---En Barranquitas, Puerto Rico, a cinco de enero

de mil novecientos noventa y seis. ---------------

---(Firmado, signado, rubricado y sellado). CARLOS

E. BERRIOS BEAUCHAMP. NOTARIO PUBLICO. ----------

---Una vez puesta y firmada la nota lo devuelvo al

compareciente señor DOMINGO RODRIGUEZ TORRES en el

carácter que ostenta. ----------------------------

---El compareciente Don DOMINGO RODRIGUEZ TORRES en

el carácter que ostenta, me entrega a mi, el

Notario, el pagaré garantizado con la hipoteca por

la suma original de Diez Mil Quinientos Dólares

($10,500.00), el cual había sido reamortizado a la

suma de Once Mil Cuatrocientos Noventa y Cinco

Dólares con Cincuenta y Nueve Centavos

($11,495.59), quien me asegura no ha sido negociado

ni gravado en forma alguna por su actual tenedor y

poseedor, Estados Unidos de América, y una vez

identificado por mi el Notario, cerciorándome que

se trata del mismo pagaré, procedo a poner anejo

adherido al mismo la siguiente nota: "El importe

de este pagaré y la hipoteca que lo garantiza,

reamortizado al cinco de enero de mil novecientos

noventa y seis, dio un saldo deudor montante a ONCE

MIL OCHOCIENTOS CINCUENTA Y OCHO DOLARES CON

CUARENTA Y SEIS CENTAVOS ($11,858.46) con intereses

al CINCO por ciento (5.00%) anual y la cual habrá

de ser pagada en la siguiente forma: MIL CIENTO



CUARENTA Y TRES DOLARES ($1,143.00) en o antes del primero de enero de mil novecientos noventa y siete y MIL CIENTO CUARENTA Y TRES DOLARES ($1,143.00) en enero primero de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día primero de enero del año dos mil once, según resulta de la escritura número Dos (2) ---------- de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha cinco de enero de mil novecientos noventa y seis, ante el Notario Carlos E. Berríos Beauchamp, DOY FE. ------------------------------------------------ ---En Barranquitas, Puerto Rico, a cinco de enero de mil novecientos noventa y seis. --------------- ---(Firmado, signado, rubricado y sellado). CARLOS E. BERRIOS BEAUCHAMP. NOTARIO PUBLICO. ---------- ---Una vez puesta y firmada la nota lo devuelvo al compareciente señor DOMINGO RODRIGUEZ TORRES en el carácter que ostenta. --------------------------- ---SEPTIMO: El por ciento de interés de préstamos para compra de finca, mejoras permanentes o gastos operacionales garantizado con este instrumento podrá ser aumentado por la Farm Service Agency, antes Administración de Hogares para Agricultores de acuerdo con la reglamentación vigente y los términos del Pagaré. ---------------------------- ---OCTAVO: Las partes contratantes en este instrumento convienen asimismo, que este convenio de reamortización no constituye una novación extintiva de la obligación (deuda) existente a la cual ya se ha hecho mención, por no haber ni existir incompatibilidad entre dicha obligación (deuda) existente y la modificación de la misma



1

bajo los términos y condiciones aquí consignados; por lo que se ruega al Honorable Registrador de la Propiedad, que así se haga constar en la inscripción de este documento. --------------------

------------ ACEPTACION Y OTORGAMIENTO ------------

---Los comparecientes, en el carácter que ostentan, aceptan la presente escritura en la forma redactada por ser conforme a lo convenido, y yo, el Notario Autorizante, les hago las advertencias legales de rigor. --------------------------------------------

---Así lo dicen y otorgan los comparecientes ante mí, luego de haber renunciado al derecho que les hice saber tenían para requerir la presencia de testigos instrumentales. ------------------------

---Leída esta escritura por los otorgantes, se ratifican en su contenido, estampan sus iniciales en cada uno de sus folios y la firman ante mí, el Notario, que de todo lo relacionado anteriormente en este instrumento público, que firmo, signo, rubrico y sello, DOY FE. ------------------------

Firmados: Domingo Rodríguez Torres, Ángel Antonio Alicea Santiago, Hilda Vidaure Rivera Hoyos. -----

El original de esta escritura consta de 17 folios. -

FIRMADO, SIGNADO, RUBRICADO Y SELLADO.
CARLOS E. BERRIOS BEAUCHAMP NOTARIO PUBLICO
HAY CANCELADOS LOS CORRESPONDIENTES
SELLOS DE RENTAS INTERNAS E IMPUESTO
NOTARIAL. Y DEBIDAMENTE ESTAMPADAS LAS
INICIALES DE LOS OTORGANTES AL MARGEN DE TODOS
Y CADA UNO DE LOS FOLIOS DEL ORIGINAL. CERTIFICO
QUE LA QUE PRECEDE ES PRIMERA COPIA FIEL Y EXACTA
DE SU ORIGINAL QUE BAJO EL NUMERO ANTES
INDICADO OBRA EN MI PROTOCOLO CORRIENTE. PARA
ENTREGAR A . Farm Service Agency
EXPIDO LA PRESENTE EN EL MISMO SITIO Y FECHA DE
SU OTORGAMIENTO. DOY FE. - - - - - - - - -



Registrada al:
Folio – 84
meu – 174 – Barranquitas
Finca – 3134
Insc – 17ma
Cargo – Se halla afecta a otras hipotecas
a favor de Estados Unidos de América por las sumas de $23,000.00
según ince Inde; por $73,500.00 según insc. 3ra reconstituida por
este documento; por $25,000.00 según insc. 9na reconstituida por
este documento; por $68,036.12 reconstituida por este documento;
por $11,400.00 reconstituida por este documento; hipoteca
por $161,000.00 según insc. 13ra reconstituida a $170,478.68
según insc 16ta; hipoteca por $21,500.00 reconstituida
a $22,810.93 e hipoteca por $10,500.00 reconstituida
por este documento. Barranquitas, a 23 de sece de
1996
In Fes.

Revised
L. Rodz
1/14/96

**(Rev. 11-1-78)**

RESCHEDULED
*on 9-30-87*

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARMERS HOME ADMINISTRATION**

RESCHEDULED
12/27/89   44-32 **PROMISSORY NOTE**

RESCHEDULED
*on*
*05-28-93*

[Illegible handwriting] *44-16*

| **TYPE OF LOAN** |
| --- |
| Type: __O.L. Sub.__ |
| In accordance with: |
| ☒ Consolidated Farm and Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name | |
| --- | --- |
| ALICEA SANTIAGO, ANGEL ANTONIO | |
| State | Office |
| PUERTO RICO | BARRANQUITAS |
| Case Num. | Date |
| 63-12-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 | May 21, 1986 |

| **ACTION REQUIRING NOTE:** | |
| --- | --- |
| ☐ Initial Loan | ☐ New Payment Plan |
| ☒ Subsequent Loan | ☐ Re-amortization |
| ☐ Consolidation and | ☐ Sale on Credit |
| Subsequent Loan | ☐ Deferred Payments |
| ☐ Consolidation | |

**FOR VALUE RECEIVED,** the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (hereinafter referred to as the "Government") or its assignee at its office in BARRANQUITAS, PUERTO RICO , or at another location designated by the Government in writing, the principal sum of TWENTY-FIVE THOUSAND dollars ($25,000.00) plus interest on the unpaid principal at **EIGHT AND FIVE EIGHTHS PERCENT (8 5/8 %)** per annum. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis and shall notify Borrower by mail to his last known address with thirty (30) days' advance notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in   8   installments, as stated below, unless modified by a different interest rate, on or before the following dates:

$ 4,905.00  on January 1, 1987   ;   $ _____ on January 1, 19
$ _____ on January 1, 19   ;   $ _____ on January 1, 19
$ _____ on January 1, 19   ;   $ _____ on January 1, 19
$ _____ on January 1, 19   ;   $ _____ on January 1, 19
$ _____ on January 1, 19   ;   $ _____ on January 1, 19
and $ 4,905.00  subsequently on January 1st each year thereafter until the principal and interests are fully paid, except for the final payment of the debt established herein, which, if not sooner paid, shall be due and payable 7   years from the date of this promissory note, with the exception that advance payments may be made as provided for below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not advanced by the loan closing, the loan will be forwarded to Borrower, in accordance with Borrower's request and subject to approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interest will accrue on the amount of each advance beginning on the effective date of each, as shown in the Advance Payment Log at the end of this note. Borrower authorizes the Government to record the amount(s) and date(s) of any advance(s) in the Advance Payment Log.

For each re-amortized or consolidated promissory note, or for a new payment plan, accumulated interest as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate established herein.

Any payment made on any debt established by this promissory note shall be applied first to interest accumulated as of the effective date of payment and then to the principal.

**Jay-Ce-Agriculture.**                    *Position 2*                    FmHA Form 1940-17 (S)
(Rev. 11-1-78)

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's convenience. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collection agent of the holder

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder or, except for the final payment, such payments may be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of any payment made by the Borrower, except for payments retained and transferred by the Government to the holder based on the date of the annual installment is due, shall be the date of the United States Treasury check paid by the Government to the holder. The effective date of any advance payment retained and transferred by the Government to the holder based on the date the annual installment is due shall be the date of Borrower's advance payment and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan established herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt established herein and shall be immediately due and payable by the Borrower to the Government without need for a formal request.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan," "Consolidation," "Re-amortization," or "New Payment Plan" is marked in the upper box of the first page, titled "Action Requiring Note", this promissory note is granted to consolidate, re-amortize the note or as evidence of a new payment plan, but not in satisfaction of the principal and interest of the following promissory note(s) or subrogation agreement(s) (new terms):

| AMOUNT OF NOTE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

The security documents taken pertaining to the loans established by these promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans established by said promissory notes shall continue to guarantee the loan established by this promissory note and by any other related obligations.

**REFINANCING AGREEMENT**:  If at any time the Government determines that Borrower may obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**DEFAULT:** Failure to pay any debt established herein when due or violation of any condition or agreement hereunder shall constitute default under any other instrument establishing a debt of the Borrower insured or guaranteed by the Government or otherwise relating to such a debt; default under any other such instrument shall constitute default hereunder. **UPON ANY SUCH DEFAULT**, the Government, at its convenience, may declare all or any part of any such debt immediately due and payable.

This note is granted as evidence of a loan to Borrower that is made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box titled **"TYPE OF LOAN"** above. This promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]

ANGEL ANTONIO ALICEA SANTIAGO          *(Borrower)*

[Signature]

HILDA VIDAURE RIVERA HOYOS          *(Borrower)*

Box 653
BARRANQUITAS, P.R. 00618

| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $25,000.00 | 5-21-86 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $25,000.00 | |

**Jay-Ce-Agriculture**                    *Position 2*                    FmHA Form 1940-17 (S)
                                                                          (Rev. 11-1-78)

The amount of this promissory note has been partially cancelled in relation to its principal, and liquidated on September 30, 1987, resulting in a total balance owed of $20,860.28 of principal, $492.93 in interest, for a total of $21,353.21 which shall be paid as follows: $313.00 on or before the first of January of 1988 and $2,163.00 on or before the first of each January thereafter, except that the final payment on the debt herein assumed shall be made on or before 15 years from the date of this re-amortization, according to Deed #67 of this same date before the Undersigned Notary. I DO ATTEST.

In Barranquitas, Puerto Rico, on September 30, 1987.

[Seal]

[Signature]
ATTY. ELOY APONTE COLON

NOTARY PUBLIC


The amount of this promissory note and the mortgage that guarantees it, re-amortized on December twenty-seven of nineteen eighty-nine, with a total balance owed of TWENTY-ONE THOUSAND ONE HUNDRED FORTY-FIVE DOLLARS AND SIXTY-SIX CENTS ($21,145.66), that is, Nineteen Thousand Four Hundred Ninety-Six Dollars and Thirty-Five Cents ($19,496.35) of principal, accruing interest at a rate of five and one half percent per annum, and One Thousand Six Hundred Forty-Nine Dollars and Thirty-One Cents ($1,649.31) of interest that may not be capitalized, which shall be paid as follows: Two Thousand Fifty-Three Dollars on or before December twenty-seven of nineteen ninety, Two Thousand Fifty-Three Dollars on or before December twenty-seven of nineteen ninety-one and Two Thousand Fifty-Three Dollars on December twenty-seven of each year subsequent, except that the final payment on the debt herein assumed shall be made on or before December twenty-seven of two thousand and four, according to the re-amortization, partial cancellation of mortgage and mortgage modification deed number two hundred twelve, dated December twenty-seven of nineteen eighty-nine, before the notary Carlos E. Berríos Rojas, I DO ATTEST.

In Barranquitas, Puerto Rico, on December 27, 1989.

[Seal]

[Signature]
Carlos E. Berríos Rojas
Notary Public

Annex

1-5-96

The amount of this promissory note and the mortgage that guarantees it, re-amortized on January five, nineteen ninety-six, is a total balance owed of FORTY-THREE THOUSAND THREE HUNDRED TWENTY-FOUR DOLLARS AND FIFTY-THREE CENTS ($43,324.53) of principal, with interest at a rate of FIVE percent (5.00%) per annum, which shall be paid as follows: FOUR THOUSAND ONE HUNDRED SEVENTY-FIVE DOLLARS ($4,175.00) on or before the first of January of nineteen ninety-seven and FOUR THOUSAND ONE HUNDRED SEVENTY-FIVE DOLLARS ($4,175.00) on or before the first of January of each year subsequent, except that the final payment of the debt herein assumed shall be made on or before the first of January of two thousand eleven, according to Re-Amortization of Mortgage Loan and Mortgage Modification deed number Two (2), dated January five of nineteen ninety-six, before the notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on January five, nineteen ninety-six.

[Seal]

[Signature]
CARLOS E. BERRIOS BEAUCHAMP
Notary Public

[Illegible text],
the date of

Form FmHA 1940-17 (S)
(Rev. 11-1-78)

RESCHEDULED
on 9-30-87

DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

RESCHEDULED

**PAGARE**   RESCHEDULED
on 05-18-93

| | CLASE DE PRESTAMO |
|---|---|
| | Tipo: O.L. Sub. |
| | De acuerdo a: |
| | ☒ Consolidated Farm & Rural Development Act |
| | ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre | ALICEA SANTIAGO, ANGEL ANTONIO |
|---|---|
| Estado  PUERTO RICO | Oficina  BARRANQUITAS |
| Caso Núm.  63-12-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 | Fecha  21 DE MAYO DE 1986 |

**ACCION QUE REQUIERE PAGARE:**

| | |
|---|---|
| ☐ Préstamo Inicial | ☐ Nuevo Plan de Pago |
| ☒ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y préstamo subsiguiente | ☐ Venta a Crédito |
| ☐ Consolidación | ☐ Pagos Diferidos |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en ____BARRANQUITAS, PUERTO RICO ————————————————

o en otro sitio designado por el Gobierno por escrito, la suma principal de  VEINTICINCO MIL ————————

———————————————— dólares ($ 25,000.00 — ) más intereses sobre el principal adeudado al

OCHO Y CINCO OCTAVOS ———————————————— POR CIENTO ( 8 5/8 %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ____8____ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | |
|---|---|---|---|
| $ _4,905.00 ———————— | en enero 1, 1987 | $ _____ | en enero 1, 19  ; |
| $ _____ | en enero 1, 19  ; | $ _____ | en enero 1, 19  ; |
| $ _____ | en enero 1, 19  ; | $ _____ | en enero 1, 19  ; |
| $ _____ | en enero 1, 19  ; | $ _____ | en enero 1, 19  ; |
| y $ _4,905.00 | en enero 1, 19  ; | $ _____ | en enero 1, 19  ; |

, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en ____7____ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Jay-Cc-Agricultura         Posicion 2         Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado **"CLASE DE PRESTAMO"** más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____
ANGEL ANTONIO ALICEA SANTIAGO          *(Prestatario)*

_____
HILDA  VIDAURE  RIVERA  HOYOS          *(Prestatario)*

BOX  653

BARRANQUITAS, P. R.  00618

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 25,000.00 | 5–21–86 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 25,000.00 | |

Jay-Ce–Agricultura                                    *Posición 2*

Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

El importe de este pagaré ha sido parcialmente cancelado en cuanto a su principal, y liquidado al día 30 de septiembre de 1987 dio un saldo deudor montante a $20,860.28 de principal, $492.93 de intereses, para un total de $21,353.21 la cual habrá de ser pagada en la siguiente forma: $313.00 en o antes del primero de enero de 1988 y $2,163.00 en o antes de cada primero de enero subsiguiente, excepto el pago final del total de la deuda aquí asumida se hará en o antes de los 15 años de la fecha de esta reamortización, según resulta de la Escritura #67 de esta misma fecha ante el Notario Suscribiente. DOY FE.

En Barranquitas, Puerto Rico, a 30 de septiembre de 1987.



LIC. ELOY APONTE COLON
NOTARIO PÚBLICO

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veintisiete de diciembre de mil novecientos ochenta y nueve, dio un saldo deudor montante a VEINTIUN MIL CIENTO CUARENTA Y CINCO DOLARES CON SESENTA Y SEIS CENTAVOS ($21,145.66), esto es, Diecinueve Mil Cuatrocientos Noventa y Seis Dólares con Treinta y Cinco Centavos ($19,496.35) de principal, devengando intereses a razón del cinco y medio por ciento anual y Mil Seiscientos Cuarenta y Nueve Dólares con Treinta y Un Centavos ($1,649.31) de intereses no capitalizables ; la cual habrá de ser pagada en la siguiente forma: Dos Mil Cincuenta y Tres Dólares en o antes del veintisiete de diciembre de mil novecientos noventa, Dos Mil Cincuenta y Tres Dólares en o antes del veintisiete de diciembre de mil novecientos noventa y uno y Dos Mil Cincuenta y Tres Dólares el veintisiete de diciembre de cada año subsiguiente, excepto el pago final del total de la deuda aquí asumida se hará en o antes del veintisiete de diciembre del año dos mil cuatro, según resulta de la escritura número doscientos doce, de reamortización de préstamo hipotecario, cancelación parcial y modificaición de hipoteca, de fecha veintisiete de diciembre de mil novecientos ochenta y nueve, ante el notario Carlos E. Berríos Rojas, DOY FE.

En Barranquitas, Puerto Rico, a 27 de diciembre de 1989.

Carlos E. Berríos Rojas
Notario Público

ANEJO

1-5-96

El importe de este pagaré y la hipoteca que lo garantiza, ----
reamortizado al cinco de enero de mil novecientos noventa y --
seis, dio un saldo deudor montante a CUARENTA Y TRES MIL -----
TRESCIENTOS VEINTICUATRO DOLARES CON CINCUENTA Y TRES CENTAVOS
($43,324.53) con intereses al CINCO por ciento (5.00%) anual y
la cual habrá de ser pagada en la siguiente forma:  CUATRO MIL
CIENTO SETENTA Y CINCO DOLARES ($4,175.00) en o antes del ----
primero de enero de mil novecientos noventa y siete y CUATRO -
MIL CIENTO SETENTA Y CINCO DOLARES ($4,175.00) en enero  -----
primero de cada año subsiguiente excepto el pago final del ---
total de la deuda aquí asumida, se hará en o antes del día ---
primero de enero del año dos mil once, según resulta de la ---
escritura número Dos (2) de Reamortización de Préstamo -------
Hipotecario y Modificación de Hipoteca, de fecha cinco de ----
enero de mil novecientos noventa y seis, ante el Notario -----
Carlos E. Berríos Beauchamp, DOY FE. ----------------------

En Barranquitas, Puerto Rico, a cinco de enero de mil nove----
cientos noventa y seis. ---------------------------------

CARLOS E. BERRÍOS BEAUCHAMP
Notario Público

a la fecha de

5-28-93

The amount of this promissory note and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, results in a total balance owed of ONE HUNDRED SEVENTY THOUSAND FOUR HUNDRED TWENTY-EIGHT DOLLARS AND SIXTY-EIGHT CENTS ($170,478.68)[1] with interest at a rate of FOUR AND A HALF percent (4.50%) per annum and which shall be paid as follows: THREE HUNDRED FORTY-THREE DOLLARS ($343.00) in consecutive annual installments, beginning on May twenty-eight of nineteen ninety-four (1994) until May twenty-eight of nineteen ninety-eight (1998), and ELEVEN THOUSAND FOUR HUNDRED SEVENTY-SEVEN DOLLARS ($11,477.00) beginning on May twenty-eight of nineteen ninety-nine (1999) and on May twenty-eight of each subsequent year until the debt is fully satisfied, except the final payment on the total amount of the debt herein assumed, which shall be made on or before May twenty-eight of two thousand twenty-nine, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated May twenty-eight, nineteen ninety-three, before notary Carlos E. Berrios Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three.


[Seal]              [Signature]
                    CARLOS E. BERRIOS BEAUCHAMP
                           Notary Public

---

[1] Translator's Note: In the original Spanish language document, there is a discrepancy between the number as written out and the numerals in parentheses; this discrepancy is reflected in the English language translation.

Forma FmHA 427-1(S) PR
(Rev. 10-82)

—————NUMERO  OCHENTINUEVE—————
NUMBER  eighty nine —————

—————HIPOTECA VOLUNTARIA—————
VOLUNTARY MORTGAGE

En Barranquitas, Puerto Rico, a los veintiun días del mes de mayo
in Barranquitas, Puerto Rico, this twenty first day of May, —————

de mil novecientos ochenta y seis. —————————————
nineteen eighty six. —————————

—————ANTE MI—————
BEFORE ME

——— CARLOS E. BERRIOS ROJAS ———

Abogado y Notario Público de la Isla de Puerto Rico con residencia en **Barranquitas**
Attorney and Notary Public for the Island of Puerto Rico, with residence in **Barranquitas,**

**Puerto Rico** ————— y oficina en **Barranquitas, Puerto Rico.**
**Puerto Rico** ————— and office in **Barranquitas,** ————— Puerto Rico.

—————COMPARECEN—————
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their

de su edad, estado civil, profesión y vecindad.
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this

miento.
voluntary  mortgage.

—————EXPONEN—————
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same

denominada de aquí en adelante "los bienes".
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de subro-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)—

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by—

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the—

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges—

hayan estimado sobre la propiedad hipotecada.———————————————
estimated against the property.—

CUARTO: Se sobreentiende que:———————————————————
FOURTH: It is understood that:—

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the—

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention—

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and—

asegurar su pago de conformidad con'el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One—

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of—

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.—

das.———————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee—

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,—

prestamista asegurado.———————————————————————
will be the insured lender.—

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the—

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along—

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.———————————————————————
and interest.—

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,—

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender—

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".———————————————
ments on the note, to be designated the "annual charge".—

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder—

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any—



- 2 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)



quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.——————————————
supplementary agreement.——————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————



plimiento por parte del deudor hipotecario.————————————————————
by the mortgagor.— —— ————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————



subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest

ellas, siendo entendido que este gravamen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional

adicional especificada en el párrafo NOVENO de este documento.
amounts as specified in paragraph NINTH hereof.

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:
SIXTH: That the mortgagor specifically agrees as follows:

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness



Forma FmHA 427–1PR
( 10–82 )



aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.—
loss under its insurance of payment of the note by reason of any default by the mortgagor.———

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the———————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,——————

hipotecario como agente cobrador del tenedor del mismo.——————————————
as collection agent for the holder.—————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal——————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by——————————————

reglamentos de la Administración de Hogares de Agricultores.——————————
regulations of the Farmer's Home Administration.—————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less—

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.———————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held—

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite———————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——————

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————
by the mortgagee for the account of the mortgagor.——————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————

párrafo devengará intereses a razón del  Ocho y Cinco Octavos ——————————
subparagraph shall bear interest at the rate of    Eight and Five Eighth ——————

——————————  por ciento (  8 5/8   °/o)——————————————
——————————  per cent  (  8 5/8   °/o)——————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————————
to the mortgagee.—————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,———

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,——————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——————



Forma FmHA 427-1PR
( 10-82 )

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgage

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



- 6 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.————————————————————————————
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administation, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.————————————————————————
or  lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the——

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations——

que afecten los bienes o su uso.————————————————————
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not——

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened——

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the——————————————

deudor hipotecario de los convenios de esta hipoteca.———————————
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession——

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option——————————————




podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments,

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine,

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

- 8 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)



dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren.cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,————————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is—————————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to—————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as ———————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,—————————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property———

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.————————————————————————————
request the protection of the law.—————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee————————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements—————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————————

rarios de abogado.———————————————————————————————————
attorney's fees,——————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness————————————————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgage is hereby authorized and empowered at————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation————————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)—————————





- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

- 10 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)



el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de DOSCIENTOS DIECINUEVE MIL SEISCIENTOS SETENTICINCO CON 12/100
of TWO HUNDRED NINETEEN THOUSAND SIX HUNDRED SEVENTY FIVE DOLLARS
   ($219,675.12).
and 12/100 ($219,675.12).

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré   VEINTICINCO MIL
should assign this mortgage without insurance of the note,   TWENTY FIVE THOUSAND

                                                    DOLARES ($ 25,000.00  )
                                                    DOLLARS ($ 25,000.00  )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

Ocho y Cinco Octavos ————————— por ciento ( 8 5/8 ——— º/o) anual;
Eight and Five Eighth ————————— per cent ( 8 5/8 ——————º/o) per annum;



- 11

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)  VEINTICINCO MIL ------------------------------------------
(A)  TWENTY FIVE THOUSAND ------------------------------------

--------------------------------------- DOLARES ($ 25,000.00 ---
--------------------------------------- DOLLARS ($ 25,000.00 -- )

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,-----------

Tercero;----------------------------------------------------------
Three;-------------------------------------------------------------

(B)  TREINTA Y SIETE MIL QUINIENTOS --------------------------
(B)  THIRTY SEVEN THOUSAND FIVE HUNDRED ----------------------

--------------------------------------- DOLARES ($ 37,500.00 - )
--------------------------------------- DOLLARS  ($ 37,500.00 -- )

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------

sufrir bajo su seguro de pago del pagaré.-------------------------
sustain under its insurance of payment of the note;--------------------

Tres. En cualquier caso y en todo tiempo;--------------------------
Three. In any event and at all times whatsoever:--------------------

(A)  DIEZ MIL -----------------------------------------------------
(A)  TEN THOUSAND -------------------------------------------------

($  10,000.00 ------ ) para intereses después de mora:-------------
($  10,000.00 ------ ) for default interest;-----------------------

(B)  CINCO MIL ----------------------------------------------------
(B)  FIVE THOUSAND ------------------------------------------------

( $5,000.00 -------- ) para contribuciones, seguro y otros adelantos para la con-
( $5,000.00 -------- ) for taxes, insurance and other advances for the preservation----

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph------

SEXTO, Tercero;----------------------------------------------------
SIXTH, Three;------------------------------------------------------

(C)  DOS MIL QUINIENTOS -------------------------------------------
(C)  TWO THOUSAND FIVE HUNDRED ------------------------------------

($  2,500.00 ------------ ) para costas, gastos y honorarios de abogado en caso
($  2,500.00 -------- ) for costs, expenses and attorney's fees in case------------

de ejecución;-----------------------------------------------------
of foreclosure;---------------------------------------------------

(D)  DOS MIL QUINIENTOS -------------------------------------------
(D)  TWO THOUSAND FIVE HUNDRED ------------------------------------

($  2,500.00 -------- ) para costas y gastos que incurriere el acreedor hipoteca-
($  2,500.00 -------- ) for costs and expenditures incurred by the mortgagee in----

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as------------

se consigna en el párrafo SEXTO, Trece.--------------------------
provided in paragraph (SIXTH, Thirteen.---------------------------



Forma FmHA 427-1(S) PR
(Rev. 10-82)





DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD————————————————

de esta hipoteca es (son) descrito(s) como sigue:———————————————————
of this mortgage is(are) described as follows:————————————————————

"Pagaré otorgado en el caso número  sesentitres - doce - cinco ocho tres
"Promissory note executed in case number  sixty three - twelve - five eight —

cinco cuatro - siete siete cinco dos ——— fechado el día  veintiuno
three - five four - seven seven five two — dated the  twenty first -

——————————— de  mayo ——————————— de mil novecientos———————
——————————— day of  May  —————————— nineteen hundred and —————————

ochenta y seis ————————— por la suma de  Veinticinco Mil ——————
eighty six ——————————— in the amount of  Twenty Five Thousand ————

—————————————————————————————— dólares de principal más
Dollars ————————————————————————————— of principal plus

intereses sobre el balance del principal adeudado a razón del  Ocho y Cinco ————
interest over the unpaid balance at the rate of  Eight and Five Eighth ————————

Octavos ——————————————————————— ( 8 5/8 —————— ) por ciento anual,
——————————————————————————————— ( 8 5/8 ————— ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,——————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed——————————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the——————

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due————————————————

a los  SIETE (7) ——————————————————————————————————
and payable  SEVEN (7) ——————————————————————————————

años de la fecha de este pagaré.————————————————————————————
years from the date of this promissory note.——————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the———————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United————————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act——————————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as—————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——————————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the———————————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.————

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which——————————————

constituye Hipoteca Voluntaria, se describe como sigue:————————————————————
voluntary mortgage is constituted, is described as follows:——————————————————

RUSTICA:  Predio de terreno compuesto de Doce Cuerdas equivalentes
RUSTIC:  Lot of land with an area of Twelve Cuerdas equivalent to

a cuatro hectáreas, sesenta y una áreas, sesenta y cuatro centi--
four hectare, sixty one area, sixty four centiare and sixty eight

áreas y sesenta y ocho miliáreas, sita en el Barrio Barrancas de
miliare, located in Barrancas Ward of Barranquitas, and bounded

Barranquitas, y en lindes por el Norte, con Pedro Torres, por el
bu the North with Pedro Torres;  by the South, East, and West --

Sur, Este y Oeste con la finca principal de la cual se segrega. --
with the principal lot from which this was formed. --------------

Enclavan las siguientes estructuras:  Casa construída en concreto
In this lot there are the following buildings: A concrete

dedicada a vivienda de treintidos pies ocho pulgadas por treinti-
dwelling that measures thirty two feet eight inches by thirty se-

dos pies ocho pulgadas por treintisiete pies diez pulgadas.  Tan-
ven feet ten inches.  Water tank that measures twelve feet by --

que de agua de doce pies por doce pies por siete pies.  Caja de -
twelve feet by seven feet.  Caja de medicar.  Two Poultry Barns--

medicar de cinco pies por cinco pies por cuatro pies.  Dos ranchos
that measures two hundred fifty feet by forty feet each. One Poul-

para pollos de doscientos cincuenta pies por cuarenta pies cada -
try barn that measures three hundred feet by forty feet with ----

uno  y otro de trescientos pies por cuarenta pies con equipo. ---
equipment. ------------------------------------------------------

Adquirió el prestatario la descrita finca por  compra --------------------
Borrower acquired the described property by  purchase --------------------

según consta de la Escritura Número  Veintiseis (26)  --------------------
pursuant to Deed Number  Twenty Six (26) --------------------

de fecha  dos de abril de mil novecientos ochenta --------------------
dated  April second, nineteen eighty --------------------

otorgada en la ciudad de  Barranquitas, Puerto Rico --------------------
executed in the city of  Barranquitas, Puerto Rico --------------------

ante el Notario  Eileen Sutton de Zayas Green --------------------
before Notary  Eileen Sutton de Zayas Green --------------------

Dicha propiedad se encuentra  afecta a las cargas que detallamos al fi-
Said property is  subject to the encumbrances set forth at the end of -

de esta escritura.  Inscrita al folio ciento trece (113) del tomo -
this deed.  Registered at page one hundred thirteen (113) of volu-

setenticuatro (74) de Barranquitas, finca número tres mil ciento -
me seventy four (74) of Barranquitas, lot three thousand one hun-

treinticuatro (3,134). --------------------------------------------
dred thirty four (3,134). -----------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ----------------

carios  ANGEL ANTONIO ALICEA SANTIAGO e HILDA VIDAURE RIVERA HOYOS,
are  ANGEL ANTONIO ALICEA SANTIAGO and HILDA VIDAURE RIVERA HOYOS,

mayores de edad, casados entre sí, propietarios y vecinos de -----
of legal age, married to each other, property owners and residents

Barranquitas, Puerto Rico. --------------------------------------

cuya dirección postal es: Apartado seiscientos cincuenta y tres (653),
whose postal address is: Box six hundred fifty three (653), Barranquitas,

Barranquitas, Puerto Rico cero cero seiscientos dieciocho (00618)
Puerto Rico cero cero six hundred eighteen (00618). -------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used----------

Forma FmHA 427--1PR
( 10--82 )

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical——

físicas en la finca(s) descrita(s).——————————
installations on the described farm(s).——

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure——

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan——

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless——

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as——

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause——

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the——

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to——

ejecución de la hipoteca.——————————
the foreclosure of the mortgage.——

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction——

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,——

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the——

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present——

dueños deudores o por sus cesionarios o causahabientes.——————
owners or by their assignees or successors.——

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and——

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or——

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)——

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future——

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings——

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted——

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen——

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31——

L.P.R.A. 1851)——————————————
L.P.R.A. 1851).——

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any——

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——




- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

Forma FmHA 427–1PR
( 10–82 )



DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)





Form FmHA 427-1PR
(10-92)

—————————————ACEPTACION———————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once———————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties) —————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.—————————————————————————————————————————
I advised him (them).—————————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its—————————

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed———————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES—————

FE de todo el contenido de esta escritura.——————————————————————————
FAITH to everything contained in this deed.——————————————————————————

En este estado del otorgamiento se hace constar que la finca obje-
The parties states that the property subject to this mortgage is

to de esta hipoteca está afecta a cuatro hipoteca a favor de los
subject to four mortgages in favor of United States of America:

Estados Unidos de América, una por la suma de Veintitres Mil —————
One for Twenty Three Thousand Dollars ($23,000.00), another for ——

Dólares ($23,000.00), otra por la suma de Setentitres Mil Quinien-
Seventy Three Thousand Five Hundred Dollars reamortized for the -

tos Dólares que fue reamortizada a la suma de Ciento Cuatro Mil ——
amount of One Hundred Four Thousand Five Hundred Sixty Three —————

Quinientos Sesentitres Dólares con Noventiun Centavos ($104,563.91)
Dollars and Ninety One Cents ($104,563.91) and another for ———————

otra por la suma de Dieciocho Mil Setecientos Cuarenta Dólares con
Eighteen Thousand Seven Hundred Forty Dollars and Fifty Cents ———

Cincuenta Centavos ($18,740.50) y la otra por la suma de Cuarenta
($18,740.50) and another for Forty Eight Thousand Three Hundred ——

y Ocho Mil Trescientos Setenta Dólares con Setentiun Centavos ————
Seventy Dollars and Seventy One Cents ($48,370.71). I REPEAT ———

($48,370.71). REPITO LA FE. ——————————————————————————————
THE NOTARIAL FAITH. ———————————————————————————————————

Firmados: Angel Antonio Alicea Santiago, Hilda Vidaure Rivera ——
Hoyos. ————————————————————————————————————————————



17

FIRMADO, SIGNADO, RUBRICADO Y SELLADO.
CARLOS E. BERRIOS ROJAS. NOTARIO PUBLICO
HAY CANCELADOS LOS CORRESPONDIENTES
SELLOS DE RENTAS INTERNAS E IMPUESTO
NOTARIAL. Y DEBIDAMENTE ESTAMPADAS LAS
INICIALES DE LOS OTORGANTES AL MARGEN DE
TODOS Y CADA UNO DE LOS FOLIOS DEL ORIGINAL.
CERTIFICO QUE LA QUE PRECEDE ES PRIMERA
COPIA FIEL Y EXACTA DE SU ORIGINAL QUE BAJO
EL NUMERO ANTES INDICADO OBRA EN MI PROTOCOLO
CORRIENTE, PARA ENTREGAR _____
EXPIDO LA PRESENTE EN _____ SITIOT___ DE
DIA DE SU OTORGAMIENTO. _____

_Registrada al 8-_

_folio :- 290_

_tomo :- 152 de Bqtas._

_finca :- 3134_

_ins :- 9na._

_Cargas :- 5 Hipotecas a favor de_
_E.U.A. por $23,000.00; por $73,500.00_
_reamortizada a $104,563.91; $16,740.50; por_
_$48,370.71; y la que por ésta se constituye._
_Bqtas, ca 27 de mayo de 1986._
_Sin dras-_

_Carmen I. ___ Mercado_
_Rgo._

_Ver. ok ___ 11/7/86_

Form FmHA 1940-17(S)
(Rev. 11-1-78)

RESCHEDULED *12/27/89*   *Reamortized 1-5961* [Illegible]

44-26

**UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION**

44-33   **PROMISSORY NOTE**

RESCHEDULED
*on*
05-28-93

| TYPE OF LOAN |
|---|
| Type: O.L. CONSOLIDATED |
| In accordance with: |
| ☒ Consolidated Farm and Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name | | |
|---|---|---|
| ANGEL ANTONIO ALICEA SANTIAGO | | |
| State | Office | |
| PUERTO RICO | BARRANQUITAS | |
| Case Number | Date | |
| 63-12-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 | SEPTEMBER 30, 1987 | |

| ACTION REQUIRING NOTE: | |
|---|---|
| ☐ Initial Loan | ☐ New Payment Plan |
| ☐ Subsequent Loan | ☐ Re-amortization |
| ☒ Consolidation and | ☐ Sale on Credit |
| Subsequent Loan | ☐ Deferred Payments |
| ☐ Consolidation | |

**FOR VALUE RECEIVED**, the undersigned Borrower(s) and any other co-signer do jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (hereinafter referred to as the "Government"), or its assignee at its office in BARRANQUITAS, PUERTO RICO, or another place designated by the Government in writing, the principal amount of SIXTY-EIGHT THOUSAND THIRTY-SIX DOLLARS AND TWELVE CENTS dollars ($68,036.12) plus interest on the unpaid principal at FIVE AND THREE QUATERS PERCENT (5.75%) per annum. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis, and shall notify Borrower by mail to his/her last known address with thirty (30) days advance notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 15 installments, as stated below, unless modified by a different interest rate, on or before the following dates:

$ 997.00       on January 1, 1988    ;    $ _____ on January 1, 19
$ _____ on January 1, 19    ;    $ _____ on January 1, 19
$ _____ on January 1, 19    ;    $ _____ on January 1, 19
$ _____ on January 1, 19    ;    $ _____ on January 1, 19
$ _____ on January 1, 19    ;    $ _____ on January 1, 19

and $ 6,892.00       subsequently on January 1st of each year thereafter until the principal and interests are fully paid, except the final payment of the debt established herein, which, if not sooner paid, shall be due and payable 15 years from the date of this promissory note, with the exception that advance payments may be made as provided below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not advanced by the loan closing, the loan will be forwarded to Borrower, in accordance with Borrower's request and subject to approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interest will accrue on the amount of each advance beginning on the effective date of each, as shown in the Advance Payment Log at the end of this note. Borrower authorizes the Government to record the amount(s) and date(s) of any advance(s) in the Advance Payment Log.

For any each re-amortized or consolidated promissory note, or for a new payment plan, accumulated interest as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate established herein.

Any payment made on any debt established by this promissory note shall be applied first to interest accumulated as of the effective date of payment and then to the principal.

*Position 2*

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's convenience. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collection agent of the holder

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder or, except for the final payment, such payments may be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of any payment made by the Borrower, except for payments retained and transferred by the Government to the holder based on the date of the annual installment is due, shall be the date of the United States Treasury check paid by the Government to the holder. The effective date of any advance payment retained and transferred by the Government to the holder based on the date the annual installment is due shall be the date of Borrower's advance payment and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan established herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt established herein and shall be immediately due and payable by the Borrower to the Government without need for a formal request.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan," "Consolidation," "Re-amortization," or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is granted to consolidate, re-amortize the note or as evidence of a new payment plan, but not in satisfaction of the principal and interest of the following promissory note(s) or subrogation agreement(s) (new terms):

| AMOUNT OF NOTE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

The security documents taken pertaining to the loans established by these promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans established by said promissory notes shall continue to guarantee the loan established by this promissory note and by any other related obligations.

**REFINANCING AGREEMENT**: If at any time the Government determines that Borrower may obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**DEFAULT:** Failure to pay any debt established herein when due or violation of any condition or agreement hereunder shall constitute default under any other instrument establishing a debt of the Borrower insured or guaranteed by the Government or otherwise relating to such a debt; default under any other such instrument shall constitute default hereunder. **UPON ANY SUCH DEFAULT**, the Government, at its convenience, may declare all or any part of any such debt immediately due and payable.[1]

---

[1] Translator's Note: A cut-off portion of the text from the following page is photocopied at the end of this page on the Spanish language original.

This Note is granted as evidence of a loan to Borrower that is made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box titled "**TYPE OF LOAN**" above. This promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.[2]

Presentation, protest, and notice are hereby expressly waived.

[Signature]
ANGEL ANTONIO ALICEA SANTIAGO          (*Borrower*)

[Signature]
HILDA VIDAURE RIVERA HOYOS             (*Borrower*)

P.O. BOX 653
                    (Borrower's Address)
BARRANQUITAS, P.R. 00618

## ADVANCE PAYMENT REGISTRY

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ |  |  |  |  |  |
| $ |  |  |  |  |  |
| $ |  |  |  |  |  |
| $ |  |  | TOTAL | $ |  |

*Position 2*

date of

---

[2] Translator's Note: A cut-off portion of the text from the preceding page is photocopied at the top of this page on the Spanish language original.

ANNEX

The amount of this promissory note and the mortgage that guarantees it, re-amortized on December twenty-seven of nineteen eighty-nine, results in a total balance owed of SIXTY-EIGHT THOUSAND FIVE HUNDRED SEVENTY-TWO DOLLARS AND TWO CENTS ($68,572.05), that is, Sixty-Four Thousand Two Hundred Seventy-Eight dollars and Seventy-Eight cents ($64,278.78) of principal, accruing interest at a rate of five and a half percent per annum, and Four Thousand Two Hundred Ninety-Three dollars and Twenty-Seven cents ($4,293.27) of interest that may not be capitalized, which debt has been reduced to the amount of FORTY-THREE THOUSAND NINE HUNDRED TWENTY-THREE DOLLARS AND TWENTY-FOUR CENTS ($43,923.24) in consideration of the reduction of the debt and the restructuring of the loan by Farmers Home Administration, and which shall be paid as follows: Four Thousand Three Hundred Seventy-Seven dollars ($4,377.00) on or before December twenty-seven of nineteen ninety, Four Thousand Three Hundred Seventy-Seven dollars on or before December twenty-seven of nineteen ninety-one, and Four Thousand Three Hundred Seventy-Seven dollars on or before December twenty-seven each subsequent year, except that the final payment of the debt herein assumed shall be made on or before December twenty-seven of two thousand and four, according to re-amortization of mortgage loan, partial cancellation, and mortgage modification deed number two hundred twelve, dated December twenty-seven of nineteen eighty-nine, before the notary Carlos E. Berríos Rojas, I DO ATTEST.

In Barranquitas, Puerto Rico, on December 27, 1989.

       [Seal]

                      [Signature]
                Carlos E. Berríos Rojas
                Notary Public

The amount of this promissory note and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, results in a total balance owed of FORTY-TWO THOUSAND FORTY-FIVE DOLLARS AND SEVENTY-THREE CENTS ($42,045.73) with interest at FIVE percent (5.00%) per annum and which shall be paid as follows: FOUR THOUSAND FIFTY-TWO DOLLARS ($4,052.00) on or before May twenty-eight of nineteen ninety-four and FOUR THOUSAND FIFTY-TWO DOLLARS ($4,052.00) on May twenty-eight of each subsequent year, except that the final payment of the debt herein assumed shall be made on or before May twenty-eight of two thousand eight, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated May twenty-eight of nineteen ninety-three, before the notary Carlos E. Berríos Beauchamp, I DO ATTEST.

  In Barranquitas, Puerto Rico, May twenty-eight, nineteen ninety-three.

       [Seal]

                      [Signature]
              Carlos E. Berríos Beauchamp
                Notary Public

Annex[3]

1-5-96

The amount of this promissory note and the mortgage that guarantees it, re-amortized on January five of nineteen ninety-six, resulting in a total balance owed of FORTY-THREE THOUSAND THREE HUNDRED TWENTY-FOUR DOLLARS AND FIFTY-THREE CENTS ($43,324.53) with interest at FIVE percent (5.00%) per annum and which shall be paid as follows: FOUR THOUSAND ONE HUNDRED SEVENTY-FIVE DOLLARS ($4,175.00) on or before the first of January of nineteen ninety-seven and FOUR THOUSAND ONE HUNDRED SEVENTY-FIVE DOLLARS ($4,175.00) on or before the first of January of each subsequent year, except that the final payment of the debt herein assumed shall be made on or before the first of January of two thousand eleven, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two (2), dated January five of nineteen ninety-six, before the notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on January five, nineteen ninety-six.

[Seal]

[Signature]
Carlos E. Berríos Beauchamp
NOTARY PUBLIC

---

[3] Translator's Note: A cut-off portion of the text from the preceding page is photocopied at the top of this page on the Spanish language original.

Forma FmHA 1940-17 (S)
(Rev. 11-1-78).

**RESCHEDULE** 12/27/89 *Reamortized 1-5-96* 44-26

RESCHEDULED 05-28-93

## DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
## ADMINISTRACION DE HOGARES DE AGRICULTORES

### PAGARE

| CLASE DE PRESTAMO |
|---|
| Tipo: O.L. CONSOLIDATED |
| De acuerdo a: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre |
|---|
| ANGEL ANTONIO ALICEA SANTIAGO |

| Estado | Oficina |
|---|---|
| PUERTO RICO | BARRANQUITAS |

| Caso Núm. | Fecha |
|---|---|
| 63-12-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 | 30 SEPTIEMBRE 1987 |

| ACCION QUE REQUIERE PAGARE: |  |
|---|---|
| ☐ Préstamo Inicial | ☐ Nuevo Plan de Pago |
| ☐ Préstamo Subsiguiente | ☐ Reamortización |
| ☒ Consolidación y préstamo subsiguiente | ☐ Venta a Crédito |
| ☐ Consolidación | ☐ Pagos Diferidos |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en BARRANQUITAS, PUERTO RICO

o en otro sitio designado por el Gobierno por escrito, la suma principal de SESENTIOCHO MIL TREINTAISEIS DOLARES

CON DOCE CENTAVOS————— dólares ($ 68,036.12 ) más intereses sobre el principal adeudado al

CINCO Y TRES CUARTOS——————————— POR CIENTO ( 5.75 %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificado por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ___15___ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | | |
|---|---|---|---|---|
| $ 997.00 | en enero 1, 1988 | $ | | en enero 1, 19  ; |
| $ | en enero 1, 19  ; | $ | | en enero 1, 19  ; |
| $ | en enero 1, 19  ; | $ | | en enero 1, 19  ; |
| $ | en enero 1, 19  ; | $ | | en enero 1, 19  ; |
| $ | en enero 1, 19  ; | $ | | en enero 1, 19  ; |

y $ 6,892.00 , subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en ___15___ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARÉ | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte

Este Pagaré se otorga ......... mo evidencia de un préstamo al Prestatario ..........
conformidad con la Cons......... ...

evidenciando una deuda del crédito
con dicha deuda; el incumplimiento bajo cualquier otro instrumento
documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción...

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

FIRMADO:   ANGEL ANTONIO ALICEA SANTIAGO *(Prestatario)*

FIRMADO:   HILDA VIDAURE RIVERA HOYOS *(Prestatario)*

APTDO. 653

BARRANQUITAS, P.R.   00618

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ | |

la fecha de

ANEJO

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veinte-
siete de diciembre de mil novecientos ochenta y nueve, dio un saldo deudor montante
a SESENTA Y OCHO MIL QUINIENTOS SETENTA Y DOS DOLARES CON CINCO CENTAVOS
($68,572.05), esto es, Sesenta y Cuatro Mil Doscientos Setenta y Ocho Dólares con
Setenta y Ocho Centavos ($64,278.78) de principal, devengando intereses a razón del
cinco y medio por ciento anual y Cuatro Mil Doscientos Noventa y Tres Dólares con
Veintisiete Centavos ($4,293.27) de intereses no capitalizables, cuya deuda ha que-
dado redicida a la suma de CUARENTA Y TRES MIL NOVECIENTOS VEINTITRES DOLARES CON
VEINTICUATRO CENTAVOS ($43,923.24) en consideración a la reducción de la deuda y la
restructuración del préstamo hecho por la Administración de Hogares de Agricultores
y la cual habrá de ser pagada en la siguiente forma:  Cuatro Mil Trescientos Setenta
y Siete Dólares ($4,377.00) en o antes del veintisiete de diciembre de mil novecien-
tos noventa, Cuatro Mil Trescientos Setenta y Siete Dólares en o antes del día
veintisiete de diciembre de mil novecientos noventa y uno, y Cuatro Mil Trescientos
Setenta y Siete Dólares en diciembre veintisiete de cada año subsiguiente excepto
el pago final del total de la deuda aquí evidenciada, se hará en o antes del veinti-
siete de diciembre del año dos mil cuatro, según resulta de la escritura número
doscientos doce, de reamortización de préstamo hipotecario, cancelación parcial y modi-
ficación de hipoteca, de fecha veintisiete de diciembre de mil novecientos ochenta y
nueve, ante el notario Carlos E. Berríos Rojas, DOY FE.

En Barranquitas, Puerto Rico, a 27 de diciembre de 1989.

Carlos E.  Berríos Rojas
Notario Público

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veinti-
ocho de mayo de mil novecientos noventa y tres, dio un saldo deudor montante
a CUARENTA Y DOS MIL CUARENTA Y CINCO DOLARES CON SETENTA Y TRES CENTAVOS ---------
($42,045.73) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de
ser pagada en la siguiente forma:  CUATRO MIL CINCUENTA Y DOS DOLARES ($4,052.00)
en o antes del veintiocho de mayo de mil novecientos noventa y cuatro y CUATRO MIL
CINCUENTA Y DOS DOLARES ($4,052.00) en mayo veintiocho de cada año subsiguiente
excepto el pago final del total de la deuda aquí asumida, se hará en o antes del
día veintiocho de mayo del año dos mil ocho, según resulta de la escritura -----
número Doscientos Siete (207) de Reamortización de Préstamo Hipotecario y Modifi-
cación de Hipoteca, de fecha veintiocho de mayo de mil novecientos noventa y tres
ante el Notario Carlos E. Berríos Beauchamp, DOY FE.

En Barranquitas, Puerto Rico, a veintiocho de mayo de mil novecientos noventa y
tres.

Carlos E. Berríos Beauchamp
Notario Público

o de este pagaré y la hipoteca que lo garantiza, reamortizado al venci-
y novecientos ochenta y nueve, dio un saldo deudor montante
n novecientos ochenta y nueve, CON CINCO CENTAVOS
y DOS DOLARES CON CINCO CENTAVOS y Ocho Dólares con
Setenta y Ocho Dólares con
la razón del

ANEJO

El importe de este pagaré y la hipoteca que lo garantiza, ----
reamortizado al cinco de enero de mil novecientos noventa y --
seis, dio un saldo deudor montante a CUARENTA Y TRES MIL -----
TRESCIENTOS VEINTICUATRO DOLARES CON CINCUENTA Y TRES CENTAVOS
($43,324.53) con intereses al CINCO por ciento (5.00%) anual y
la cual habrá de ser pagada en la siguiente forma: CUATRO MIL
CIENTO SETENTA Y CINCO DOLARES ($4,175.00) en o antes del ----
primero de enero de mil novecientos noventa y siete y CUATRO -
MIL CIENTO SETENTA Y CINCO DOLARES ($4,175.00) en enero -----
primero de cada año subsiguiente excepto el pago final del --
total de la deuda aquí asumida, se hará en o antes del día ---
primero de enero del año dos mil once, según resulta de la ---
escritura número Dos (2) de Reamortización de Préstamo -------
Hipotecario y Modificación de Hipoteca, de fecha cinco de ----
enero de mil novecientos noventa y seis, ante el Notario -----
Carlos E. Berríos Beauchamp, DOY FE. ------------------------

En Barranquitas, Puerto Rico, a cinco de enero de mil nove----
cientos noventa y seis. ------------------------------------

CARLOS E. BERRIOS BEAUCHAMP
Notario Público

Exibit 7

Forma FmHA 427-1(S) PR
(Rev. 10-82)

Expedí  primera

Copia Certificada a favor de

FmHA

en la misma fecha de su otor-
ganiento

Notario Público

---------------NUMERO SESENTINUEVE---------------
                    NUMBER
-----------------SIXTY NINE (69)-----------------

------------HIPOTECA VOLUNTARIA------------
              VOLUNTARY MORTGAGE

En Barranquitas, Puerto Rico, a Treinta de septiembre de
Barranquitas, Puerto Rico, This Thirtieth day of Sep-
Mil Novecientos Ochentisiete (1987).------------------
tember Nineteen Hundred Eighty Seven (1987),---------
------------------------------------ANTE MI
                                    BEFORE ME

---ELOY APONTE COLON,----------------------------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Barranqui-
Attorney and Notary Public for the Island of Puerto Rico, with residence in  Barranqui
tas, Puerto Rico, y oficina en  Barranquitas, Puerto Rico.-
tas, Puerto Rico,    and office in    Barranquitas,    Puerto Rico.

------------------COMPARECEN------------------
                   APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage-----------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances-------------

aparecen de dicho párrafo.--------------------------------
appear from said paragraph.-----------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
Notary, attest to the personal knowledge of the appearing parties, as well as to their---

de su edad, estado civil, profesión y vecindad.------------
statement which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of the property, and they have, in my judgment, the necessary legal capacity to grant this

miento.---------------------------------------------------
voluntary mortgage.-------------------------------------

------------------EXPONEN------------------
              WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same-----

denominada de aquí en adelante "los bienes".-------------
hereinafter referred to as "the property".--------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein, is subject to the liens---------------

se especifican en el párrafo UNDECIMO.-----------------
specified in paragraph ELEVENTH, herein.--------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States-------------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,---------------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with---

-2-

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property.

CUARTO: Se sobreentiende que:
FOURTH: It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual"
ments on the note, to be designated the "annual charge"

(Cinco) Una condición del aseguramiento del pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dot cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any

-2-

Forma FmHA 427-1(S) Pr
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any

cualquier convenio suplementario por parte del deudor.—————————————
supplementary agreement.—————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, ésta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt, evidenced thereby, but as to the note and such debt

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default

plimiento por parte del deudor hipotecario.—————————————
by the mortgagor.—————————————

QUINTO: Que en consideración a (préstamo y (a) en todo tiempo que el pagaré
FIFTH: That in consideration of said loan and (a) at all times when the note

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note, as specified in subparagraph (one) of paragraph NINTH

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note, and any renewals and extensions thereof and any agreements contained therein,

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 2Two of paragraph NINTH hereof

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in

-3-

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the—————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor——————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor—————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,——————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to——————————————

ín limite o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the limit and all payments at any time owing to the mortgagor——————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or——————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest—————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—

las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and—————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the————————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and—————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of—————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————————

adicional especificada en el párrafo NOVENO de este documento.————————————
amounts as specified in paragraph NINTH hereof.————————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————————
SIXTH: That the mortgagor specifically agrees as follows:————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————————————————

-4-

Forma FmHA 427-1 (S)-PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note, and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario, tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del CINCO Y TRES CUARTOS
subparagraph shall bear interest at the rate of FIVE AND THREE FOURTH

por ciento ( 5.75 %)
per cent ( 5.75 %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum, from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

y todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determine.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put thereon in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

apruebe el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repair for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

- 6 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property, nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as is identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
determine, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option,

- 8 -        - 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its——————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said——————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered——————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause———————————

para adelantos, gastos y otros pagos.——————————————————————
for advances, expenditures and other payments.————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect——————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————

res para tomar posesión de los bienes; arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect——————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————

costo de cobro y administración y en segundo término al pago de la deuda eviden-
cost of collection and administration and secondly to the payment of the debt evidenced—

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,——————————

en el orden y manera que el acreedor hipotecario determinare.
in whatever order and manner mortgagee may determine.——————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) Any time that mortgagee determines that mortgagor——————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
of a Federal Bank or other responsible source, cooperative or private, at a——————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.——

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured——

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared or be declared——————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of———————

Forma FmHA 427-1(S) PR.
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interes en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

requiere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
required in this mortgage, including taxes, assessments, insurance premium,

seguro u cualquier otro pago o gasto para la protección y conservación de los bienes
insurance or any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
to request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituida u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario (y) el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

Forma FmHA 427-1 (S) P
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de DOSCIENTOS DIECISEIS MIL NOVECIENTOS CINCUENTITRES DOLARES
of CON CATORCE CENTAVOS ($216,953.14).

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré, SESENTIOCHO MIL
should assign this mortgage without insurance of the note, SIXTY EIGHT THOUSAND

TREINTISEIS DOLARES CON DOCE CENTAVOS      DOLARES ($ 68,036.12 )
THIRTY SIX DOLLARS AND TWELVE CENTS      DOLLARS ($ 68,036.12 )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

CINCO Y TRES CUARTOS      por ciento ( 5.75      o/o) anual;
FIVE AND THREE FOURTH      per cent ( 5.75      o/o) per annum;

· 11 ·

**Dos.** En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
**Two.** At all times when said note is held by an insured lender:

**(A)** SESENTIOCHO MIL TREINTISEIS DOLARES CON DOCE CENTAVOS————
**(A)** SIXTY EIGHT THOUSAND THIRTY SIX DOLLARS AND TWELVE CENTS————

DOLARES ($ 68,036.12)————
DOLLARS ($ 68,036.12)————

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,————

**Tercero;————**
**Three;————**

**(B)** CIENTO DOS MIL CINCUENTA Y CUATRO DOLARES CON DIECIOCHO————
**(B)** ONE HUNDRED TWO THOUSAND FIFTY FOUR DOLLARS WITH EIGHTEEN CENTS

DOLARES ($ 102,054.18)————
DOLLARS ($ 102,054.18)————

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might————

sufrir bajo su seguro de pago del pagaré.————
sustain under its insurance of payment of the note.————

**Tres.** En cualquier caso y en todo tiempo;————
**Three.** In any event and at all times whatsoever:————

**(A)** VEINTISIETE MIL DOSCIENTOS CATORCE DOLARES CON CUARENTICUATRO
**(A)** TWENTY SEVEN THOUSAND TWO HUNDRED FOURTEEN DOLLARS WITH FORTYFOUR
CENTAVOS————

($ 27,214.44) para intereses después de mora;————
($ 27,214.44) for default interest;————

**(B)** TRECE MIL SEISCIENTOS SIETE DOLARES CON VEINTIDOS CENTAVOS————
**(B)** THIRTEEN THOUSAND SIX HUNDRED SEVEN DOLLARS WITH TWENTY TWO CENTS

($ 13,607.22) para contribuciones, seguro y otros adelantos para la con-
($ 13,607.22) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage with interest at the rate stated in paragraph————

SEXTO, Tercero;————
SIXTH, Three;————

**(C)** SEIS MIL OCHOCIENTOS TRES DOLARES CON SESENTIUN CENTAVOS————
**(C)** SIX THOUSAND EIGHT HUNDRED THREE DOLLARS WITH SIXTY ONE CENTS

($ 6,803.61) para costas, gastos y honorarios de abogado en caso
($ 6,803.61) for costs, expenses and attorney's fees in case

de ejecución;————
of foreclosure;————

**(D)** SEIS MIL OCHOCIENTOS TRES DOLARES CON SESENTIUN CENTAVOS————
**(D)** SIX THOUSAND EIGHT HUNDRED THREE DOLLARS WITH SIXTY ONE cents

($ 6,803.61) para costas y gastos que incurriere el acreedor hipoteca-
($ 6,803.61) for costs and expenditures incurred by the mortgagee in————

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with————

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as————

se consigna en el párrafo SEXTO, Trece.————
provided in paragraph (SIXTH, Thirteen.————

- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————————

de esta hipoteca es (son) descrito(s) como sigue:—————————————————————
of this mortgage is(are) described as follows:——————————————————————

"Pagaré otorgado en el caso número Seis Tres – Uno Dos – Cinco Ocho Tres–
"Promissory note executed in case number Six Three – One Two – Five Eight Three

Cinco Cuatro – Siete Siete Cinco Dos————— fechado el día Treinta——
Five Four – Seven Seven Five Two———————— dated the Thirtieth———

——————————— de septiembre———————de mil novecientos——————
——————————— day of September——————— nineteen hundred and ———

Ochentisiete (1987)——————— por la suma de SESENTIOCHO MIL TREINTISEIS
Eighty Seven (1987)——————— in the amount of SIXTY EIGHT THOUSAND THIRTY

DOLARES CON DOCE CENTAVOS————————— dólares de principal más —
SIX DOLLARS WITH TWELVE CENTS———————— of principal plus ——————

intereses sobre el balance del principal adeudado a razón del  CINCO Y TRES CUARTOS
interest over the unpaid balance at the rate of FIVE AND THREE FOURTH ——————

———————————————————— { 5.75 .%——— por ciento anual,
———————————————————— { 5.75% ——— percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed—————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the——

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
herein debt hereby evidenced, if not sooner paid, will be due——————————————

los  QUINCE ——————————
and payable FIFTEEN ——————

años de la fecha de este pagaré.———————————————————————————
years from the date of this promissory note.——————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the—————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act—————

of, 1961", o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949,——————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the—————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which——————————————

constituye Hipoteca Voluntaria, se describe como sigue:——————————————————
voluntary mortgage is constituted, is described as follows:—————————————————
RUSTICA: Predio de terreno compuesto de DOCE CUERDAS, equivalentes
RUSTIC: Lot of land with an area of Twelve ACRES, equivalent to———

a c o l áreas, sesentiuna áreas, sesen i o centiáreas y se-
four hectare, sixty one area, sixty four centiare and sixty eight mi-

sentiocho miliáreas, sita en el Barrio Barrancas de Barranquitas; y-
liarea, located in Barrancas Ward of Barranquitas, and bounded by the

en lindes por el NORTE, con Pedro Torres; por el SUR, ESTE, Y OESTE,-
NORTH, with Pedro Torres; by the SOUTH, EAST AND WEST, with the prin-

con la finca principal de la cual se segrega. Enclavan las siguien-
cipal lot from which this was formed. In this lot there are the fo-

tes estructuras: Casa construida en concreto dedicada a vivienda de
llowing buildings: A concrete dwelling that measures thirty two feet

treintidos pies ocho pulgadas por treintidos pies ocho pulgadas por-
eight inches by thirty seven feet ten inches. Water tank that measu-

treintisiete pies diez pulgadas. Tanque de agua de doce pies por —
res twelve feet by twelve feet by seven feet. Caja de medicar. Two

doce pies por siete pies. Caja de medicar de cinco pies por cinco-
Poultry Barns that measures two hundred fifty feet by forty feet each.

pies por cuatro pies. Dos ranchos para pollos de doscientos cin-
One Poultry barn that measures three hundred feet by forty feet with-

cuenta pies por cuarenta pies cada uno y otro de trescientos pies por
equipment.

cuarenta pies con equipo.

**Adquirió el prestatario la descrita finca por** compra
Borrower acquired the described property by: purchase

según consta de la Escritura Número Veintiseis
pursuant to Deed Number: Twenty Six

de fecha dos de abril de mil novecientos ochenta
dated the Second day of April Nineteen Hundred Eighty

otorgada en la Ciudad de Barranquitas, Puerto Rico
executed in the city of Barranquitas, Puerto Rico

ante el Notario Eileen Sutton de Zayas Green
before Notary Eileen Sutton de Zayas Green

**Dicha propiedad se encuentra afecta a las cargas que surgen del Registro.**
Said property is

Inscrita al folio Doscientos Noventa (290) del tomo Ciento Cincuenti
Inscribed in page Two Hundred Ninety of the volume One Hundred Fifty

dos (152) de Barranquitas, finca número Tres Mil ciento Treinticuatro
Two of Barranquitas property number Three Thousand One Hundred

Thirty Four (3134).

**DUODECIMO: Que comparecen en la presente como Deudores Hipote-**
TWELFTH: The parties appearing in the present deed as Mortgagors

carios ANGEL ANTONIO ALIC SANTIAGO Y HILDA VIDAURE RIVERA HOYOS, ma-
are ANGEL ANTONIO ALICEA SANTIAGO AND HILDA VIDAURE RIVERA HOYOS, of

yores de edad, casados entre sí propietarios y vecinos de Barran-
legal age, married to each other, property owners and residents of-

quitas, Puerto Rico.
Barranquitas, Puerto Rico

cuya dirección postal es: Apartado Seiscientos cincuentitres (653)
whose postal address is: Box Six Hundred Fifty Three (653)

Barranquitas, Puerto Rico.
Barranquitas, Puerto Rico.

**DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado**
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used



Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical——

físicas en la finca(s) descrita(s).——
installations on the described farm(s).——

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure——

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan——

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless——

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as——

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause——

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the——

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to——

ejecución de la hipoteca.——
the foreclosure of the mortgage.——

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction——

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,——

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the——

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present——

dueños deudores o por sus cesionarios o causahabientes.——
owners debtors or by their assignees or successors.——

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and——

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or——

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)——

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future——

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings——

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted——

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen——

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31——

L.P.R.A. 1851)——
L.P.R.A. 1851).——

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any——

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part------

de la propiedad gravada por esta Hipoteca.------
of the property encumbered by this Mortgage.------

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move------

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty------

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances------

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will------

notificará por escrito al Supervisor Local.------
notify it in writing to the County Supervisor.------

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed------

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous------

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgage in accordance with present regulations------

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and------

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern------

estos tipos de préstamos.------
these types of loans.------

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of------

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the------

por el Gobierno de acuerdo con las disposiciones del Título Cuarentos del Código
Government pursuant to Forty-Two------

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)------
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)------

16

Forma FmHA 427-1(S) PR
(Rev. 10-82)

————————————————ACEPTACION——————————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez——————
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.——————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.————————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)————
So they say and execute before me, the authorizing Notary, the appearing party (parties)————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que———
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.————————————————————————————————————————————
I advised him (them).——————————————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)————
After this deed was read by the appearing party(parties) he (they) ratify its————————

en su contenido, pone(n) sus iniciales en cada uno de sus fólios de esta escritura——
contents, place(s) his (their) initials on each of the folios of this deed————————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY————
including the last one, and all sign before me, the authorizing Notary who GIVES————————

FE de todo el contenido de esta escritura.————————————————————————————
FAITH to everything contained in this deed.——————————————————————————————

———SALVEDAD:  Se hace constar que los comparecientes——

fueron debidamente identificados por mí, de la siguien

te forma:  a DON ANGEL ANTONIO ALICEA SANTIAGO, median-

te Tarjeta Electoral Número

——————————————————————————

a DOÑA HILDA VIDAURE RIVERA HOYOS, mediante Licencia de——

Conductor Número                                        ————

siendo el número de Seguro social de Don Angel Antonio

Alicea Santiago, el (

c                                                    y el-

Número de Seguro Social de Hilda Vidaure Rivera Hoyos,

el                                                      -

Cer                                                    --

REPITO LA FE. *Angel Antonio Alicea Santiago*————

*Hilda Vidaure Rivera Hoyos*————

FIRMADOS:  ANGEL ANTONIO ALICEA SANTIAGO Y HILDA
VIDAURE RIVERA HOYOS—————————————————————————
Firmado, signado, sellado y rubricado, ELOY APONTE COLON,
Notario Público. En el original hay cancelados los correspon-
dientes sellos de rentas internas y el sello notarial, constan
en todos los fólios las iniciales de los otorgantes firmante —
Es copia fiel y exacta a su original correspondiente a mi pro-
tocolo del año 1987

Es    primera    copia certificada expedida a favor de
FMHA
en el mismo sitio y fecha de su otorgamiento.

De todo lo que DOY FE.

NOTARIO PUBLICO

REGISTRADO AL 0
Folio 391
Tomo 152 de Bajas
Finca #3134 Inscripción II ma
Caguas. P.R. q de hipotecas a favor de
E.U.A. por $23,000.00 - $23,500.00 la
cual fue reanortizada a $104,563.91
y por $95,000.00 la cual fue reanor-
tizada a $21,353.21 y a la hipoteca
que por este documento se consti-
tuye por $68,036.12.
Bajas, 5 de Octubre de 1987
Sin Otros

Carmen D. Milián Mercado
Reg



Form FmHA 1940-17 (S)
(Rev. 2-88)

44-27          *Reamortized 1-5-86*          (44-18)

RESCHEDULED
12-27-89

**UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION**

**PROMISSORY NOTE**

RESCHEDULED
*on*
05-28-93

| TYPE OF LOAN | |
|---|---|
| | ☐ Regular |
| Type: OL | ☐ Limited Resources |
| In accordance with: | |
| ☒ Consolidated Farm and Rural Development Act | |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 | |

**Action Requiring Note:**

| | |
|---|---|
| ☐ Initial Loan | ☐ Restructuring |
| ☒ Subsequent Loan | ☐ Re-amortization |
| ☐ Consolidation and | ☐ Sale on Credit |
| Subsequent Loan | ☐ Deferred Payments |
| ☐ Consolidation | |

| Name | |
|---|---|
| ANGEL ANTONIO ALICEA SANTIAGO | |

| State | Office |
|---|---|
| PUERTO RICO | BARRANQUITAS |

| Case Number | Date |
|---|---|
| 63-12-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 | August 17, 1988 |

| Fund Code | Loan Number |
|---|---|
| 44 | 34 |

**FOR VALUE RECEIVED**, the undersigned Borrower(s) and any other co-signer do jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (hereinafter referred to as the "Government") or its assignee at its office in BARRANQUITAS, PUERTO RICO, or at another place designated by the Government in writing, the principal amount of ELEVEN THOUSAND FOUR HUNDRED dollars ($11,400.00) plus interest on the unpaid principal at EIGHT AND A HALF PERCENT (8 1/2 %) per annum. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis, and shall notify Borrower by mail at his/her last known address thirty (30) days in advance. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interest shall be paid in 8 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

| | | | |
|---|---|---|---|
| $ 2,228.00 on January 1, 1989 ; | $ on January 1, 19 ; |
| $ on January 1, 19 ; | $ on January 1, 19 ; |
| $ on January 1, 19 ; | $ on January 1, 19 ; |
| $ on January 1, 19 ; | $ on January 1, 19 ; |
| $ on January 1, 19 ; | $ on January 1, 19 ; |
| $ on January 1, 19 ; | $ on January 1, 19 ; |

and $ 2,228.00 on January 1 of each year thereafter until the principal and interests are fully paid, except that the final payment of the debt established herein, which, if not sooner paid, shall mature and become due and payable 7 years from the date of this promissory note, with the exception that advance payments may be made as provided below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the closing date, the loan shall be forwarded to Borrower, as requested by the Borrower and approved by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interest shall accrue on the amount of each advance starting on the effective date of each, as shown in the Advance Payment Log at the end of this promissory note. Borrower authorizes the Government to record the amount(s) and date(s) of such advance payment(s) in the Advance Payment Log.

Interest accumulated on each re-amortized, consolidated, or re-structured promissory note must be added to the principal and this new principal shall accrue interest at the percentage rate established by this document.

All payments made on any debt represented by this promissory note shall be applied first to the interest calculated as of the effective date of payment and then to the principal.

**Position 2**          Form FmH1 1940-17 (S)

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government does assign this promissory note and insure payment of the same, Borrower shall continue making payments to the Government as the holder's collection agent.

Whenever this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder or, except for the final payment, such payments may be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of each payment made by the borrower, except payments retained by the Government and transferred to the holder based on the date the annual installment is due shall be the date of the Treasury check remitted by the Government to the holder. The effective date of any payment retained by the Government and transferred to the holder based on the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled that accrues between the effective date of such advance payments and the date of the Treasury check remitted to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or invested in any way under the terms of any security agreement or other instrument granted in relation to the loan herein established shall, at the Government's option, become part of the loan and shall accrue interest at the same rate as the principal of the debt herein established and shall be immediately due and payable by the Borrower to the Government without need of payment order.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without previous written consent from the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this loan is to a Farm Owner (FO).

If "Consolidation and Subsequent Loan," "Consolidation," "Re-amortization" or "Restructuring" is marked in the upper box of the first page under the section "Action Requiring Note," this promissory note is granted to consolidate, re-amortize or show a restructuring, but not in satisfaction of the principal and interest of the following promissory note(s) or subrogation agreement(s) (new terms):

| PROMISSORY NOTE VALUE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

The security documents taken in relation to the loans established by these described promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or restructuring. These security instruments shall remain in effect and the security offered for the loans established by the described promissory notes shall remain as guaranty for the loan established by this promissory note and for any other related obligations.

**REFINANCING AGREEMENT**: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at an interest rate and on terms deemed reasonable for loans of similar purposes time periods and considerations, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**CONSERVATION AGREEMENT FOR HIGHLY-ERODIBLE SOILS AND WETLANDS**: The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, subsection G of Part 1940 of 7CFR. If (1) the loan period extends beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower attempts to produce crops on highly-erodible soils exempt from the restrictions under Exhibit M until January 1, 1990, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the borrower's farm, whichever occurs later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must show that he/she is actively applying a soil conservation plan on the highly-erodible land that has been approved by the Soil Conservation Service (SCS) or by the corresponding Soil Conservation District if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he/she must show that any crop production on highly-erodible land after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or the Conservation District, in accordance with the requirements of the Soil Conservation Service.

**DEFAULT**: Failure to pay any debt established herein when due or violation of any condition or...........

**DEFAULT:** Failure to pay any debt established herein when due or violation of any condition or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default under the terms of this document. **UPON ANY SUCH DEFAULT,** the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box **"TYPE OF LOAN"** above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
ANGEL ANTONIO ALICEA SANTIAGO            (Borrower)

**(SEAL)**

[Signature]
HILDA VIDAURE RIVERA HOYOS            (Borrower)

**(SEAL)**

P.O. BOX 653
BARRANQUITAS, P.R. 00618

## ADVANCE PAYMENT REGISTRY

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $11,400.00 | 8-17-88 | | | | |
| $ | | | | | |
| $ | | | | | |
| $ | | | TOTAL | $ | |

Form FmH1 1940-17 (S)
(Rev. 2-88)

The amount of this promissory note and the mortgage that guarantees it, re-amortized on December twenty-seven of nineteen eighty-nine, results in a total balance owed of TEN THOUSAND FORTY-SIX DOLLARS AND FORTY-TWO CENTS ($10,046.42), that is, Nine Thousand Two Hundred Forty-Three dollars and Sixty-Eight cents ($9,243.68) of principal, accruing interest at a rate of five and a half per cent per annum and Eight Hundred Two dollars and Seventy-Four cents ($802.74) of interest that may not be capitalized and which shall be paid as follows: Nine Hundred Seventy-Six Dollars on or before December twenty-seven of nineteen ninety, Nine Hundred Seventy-Six Dollars on or before December twenty-seven of nineteen ninety-one, and Nine Hundred Seventy-Six Dollars on or before December twenty-seven of each subsequent year, except that the final payment of the debt herein assumed shall be made on or before December twenty-seven of two thousand and four, according to re-amortization of mortgage loan, partial cancellation, and mortgage modification deed number two hundred twelve, dated December twenty-seven of nineteen eighty-nine, before the notary Carlos E. Berríos Rojas, I DO ATTEST.

In Barranquitas, Puerto Rico, on December 27, 1989.

[Seal]

[Signature]
Carlos E. Berríos Rojas
NOTARY PUBLIC

The amount of this promissory note and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, results in a total balance owed of NINE THOUSAND SIX HUNDRED NINETY-NINE DOLLARS AND THIRTY-NINE CENTS ($9,699.39) with interest at FIVE percent (5.00%) per annum and which shall be paid as follows: NINE HUNDRED THIRTY-FIVE DOLLARS ($935.00) on or before May twenty-eight of nineteen ninety-four and NINE HUNDRED THIRTY-FIVE DOLLARS ($935.00) on May twenty-eight of each subsequent year, except that the final payment of the debt herein assumed shall be made on or before May twenty-eight of two thousand eight, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated on May twenty-eight of nineteen ninety-three, before the notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, May twenty-eight of nineteen ninety-three.

[Seal]

[Signature]
Carlos E. Berríos Beauchamp
NOTARY PUBLIC

Annex

1-5-96

The amount of this promissory note and the mortgage that guarantees it, re-amortized on January five of nineteen ninety-six, results in a total balance owed of NINE THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND FIFTY-FOUR CENTS ($9,982.54) with interest at FIVE percent (5.00%) per annum and which shall be paid as follows: NINE HUNDRED SIXTY-TWO DOLLARS ($962.00) on or before the first of January of nineteen ninety-seven and NINE HUNDRED SIXTY-TWO DOLLARS ($962.00)on or before each the first of January of each year subsequent, except that the final payment on the debt herein assumed shall be made on or before the first of January of two thousand eleven, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two (2), dated on January five of nineteen ninety-six, before the notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on January five, nineteen ninety-six.

[Signature]
Carlos E. Berríos Beauchamp
Notary Public

Formulario FmHA 1940-17 (S)
(Rev. 2-88)

*44-27* *Reamortized 1-5-86* *(lk-18)*

**RESCHEDULED**
*12-27-89*

DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS

ADMINISTRACION DE HOGARES DE AGRICULTORES

RESCHEDULED on *05-28-93*

**PAGARE**

| **CLASE DE PRESTAMO** | | |
|---|---|---|
| Tipo: __OL-S__ | ☐ Regular | |
| | ☐ Recursos Limitados | |
| **De acuerdo a:** | | |
| ☒ Consolidated Farm & Rural Development Act | | |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 | | |

**Nombre**
ANGEL ANTONIO ALICEA SANTIAGO

| **Estado** PUERTO RICO | **Oficina** BARRANQUITAS |
|---|---|
| **Caso Num.** 63-12-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 | **Fecha** 17 DE AGOSTO DE 1988 |
| **Clave de Fondos** *44* | **Num. de Préstamo** *24* |

| **ACCION QUE REQUIERE PAGARÉ:** | |
|---|---|
| ☐ Prestamo inicial | ☐ Restructuracion |
| ☒ Préstamo Subsiguiente | ☐ Reamortizacion |
| ☐ Consolidacion y prestamo subsiguiente | ☐ Venta a Credito |
| ☐ Consolidacion | ☐ Pagos Diferidos |

**POR VALOR RECIBIDO,** el Pretatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos

(denominado en adelante el "Gobierno") o su cesionario en su oficina en __BARRANQUITAS, PUERTO RICO__

_____ , o en otro sitio designado por el Gobierno por escrito, la suma principal de

__ONCE MIL CUATROCIENTOS__ ————————————————————————————— dolares

($ __11,400.00__ ———————————————————) mas intereses sobre el principal adeudado al _____

__OCHO Y MEDIO__ ——————————— **POR CIENTO** ( __8 1/2 --__ %) anual  Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"). el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES,** de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su ultima dirección  El nuevo tipo de interés no deberá exceder el porciento de interés mas alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado

Principal e intereses serán pagados en _____8_____ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas.

| | | | |
|---|---|---|---|
| $ __2,228.00__ en enero 1, 19__89__ ; | $ _____ en enero 1, 19_____ |
| $ _____ en enero 1 19_____ , | $ _____ en enero 1, 19_____ |
| $ _____ en enero 1, 19_____ , | $ _____ en enero 1 ,19_____ |
| $ _____ en enero 1, 19_____ ; | $ _____ en enero 1, 19_____ |
| $ _____ en enero 1, 19_____ ; | $ _____ en enero 1, 19_____ |
| $ _____ en enero 1, 19_____ ; | $ _____ en enero 1, 19_____ |

y $ __2,228.00__ _____ , subsiguientemente en enero 1 de cada año hasta que el principal  e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en ___7___ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo  La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el prestamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno  La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno  Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré  El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos

En cada pagaré reamortizado, consolidado, o restructurado, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razon del porciento evidenciado por este instrumento

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario  Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951 8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicaran a los últimos plazos a vencer bajo este pagare y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré.  Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuara haciendo los pagos al Gobierno como agente cobrador del tenedor

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido.  La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor.  La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido  será la fecha del pago adelantado por el Prestatario y el Gobierno pagara los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la  fecha del cheque del Tesoro remitido al tenedor

Cualquier cantidad adelantada  o  invertida  por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía  u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento

La Propiedad construida, mejorada, comprada  o  refinanciada en total  o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida  o  gravada voluntariamente  de otra forma, sin el previo consentimiento por escrito del Gobierno   A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca  (FO)

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o una "Restructuración" es indicado en el encasillado superior de la primera pagina "Acción que Requiere Pagare", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagare(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |

Los documentos de garantía tomados en relación con los prestamos evidenciados por estos pagares descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración   Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permaneceran como garantía para el préstamo evidenciado por este pagare y por cualquier otra obligación relacionada

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de credito privada  a un tipo de interes y terminos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptara el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa

**CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS:** El Prestatario reconoce que el préstamo descrito en este pagaré estara en incumplimiento si alguna parte del préstamo es usado para un proposito que contribuya a la erosión excesiva de terreno altamente erodable  o  para la conversión de terreno pantanoso para producir una cosecha agricola según explicado en el Exhibit M de la subparte G de la parte 1940 del 7CFR   Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terrenos altamente erodables, según la parte 12 del 7CFR, el Prestatario deberá demostrar estar activamente aplicando en el terreno altamente erodable, un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro de enero de 1995  El Prestatario además conviene en que debera demostrar antes del 1ro de enero de 1995 que cualquier producción de cosechas en terreno altamente erodable después de esa fecha se hara de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS)  o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada  o  el incumplimiento de cualquier condición o acuerdo bajo este documento, constituira una

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda, el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento  **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado **"CLASE DE PRESTAMO"** más arriba  Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas

Presentación, protesto y aviso son por la presente expresamente renunciados

(SELLO)

ANGEL ANTONIO ALICEA SANTIAGO                    (Prestatario)

HILDA VIDAURE RIVERA HOYOS                         (Prestatario)

(SELLO)

APARTADO 653

BARRANQUITAS, P. R. 00618

## REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ 11,400.00 | 8-17-88 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | TOTAL $ | |

Posición 2

Formulario FmHA  1940-17 (S)
(Rev. 2-88)

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veintisiete de diciembre de mil novecientos ochenta y nueve, dio un saldo deudor montante a DIEZ MIL CUARENTA Y SEIS DOLARES CON CUARENTA Y DOS CENTAVOS ($10,046.42), esto es, Nueve Mil Doscientos Cuarenta y Tres Dólares con Sesenta y Ocho Centavos ($9,243.68) de principal, devengando intereses a razón del cinco y medio por ciento anual y Ochocientos Dos Dólares con Setenta y Cuatro Centavos ($802.74) de intereses no capitalizables y la cual habrá de ser pagada en la siguiente forma:  Novecientos Setenta y Seis Dólares en o antes del veintisiete de diciembre de mil novecientos noventa, Novecientos Setenta y Seis Dólares en o antes del veintisiete de diciembre de mil novecientos noventa y uno, y Novecientos Setenta y Seis Dólares el veintisiete de diciembre de cada año subsiguiente, excepto el pago final del total de la deuda aquí asumida se hará en o antes del veintisiete de diciembre del año mil novecientos noventa y cuatro, según resulta de la escritura número doscientos doce, de reamortización de préstamo hipotecario, cancelación parcial y modificación de hipoteca, de fecha veintisiete de diciembre de mil novecientos ochenta y nueve, ante el notario Carlos E. Berríos Rojas, DOY FE.

En Barranquitas, Puerto Rico, a 27 de diciembre de 1989.

Carlos E. Berríos Rojas
Notario Público

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veintiocho de mayo de mil novecientos noventa y tres, dio un saldo deudor montante a NUEVE MIL SEISCIENTOS NOVENTA Y NUEVE DOLARES CON TREINTA Y NUEVE CENTAVOS ($9,699.39) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la -- siguiente forma:  NOVECIENTOS TREINTA Y CINCO DOLARES ($935.00) en o antes del --- veintiocho de mayo de mil novecientos noventa y cuatro y NOVECIENTOS TREINTA Y --- CINCO DOLARES ($935.00) en mayo veintiocho de cada año subsiguiente excepto el --- pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil ocho, según resulta de la escritura número Doscientos Siete (207), de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha veintiocho de mayo de mil novecientos noventa y tres, ante el Notario Carlos E. Berríos Beauchamp, DOY FE.

En Barranquitas, Puerto Rico, a veintiocho de mayo de mil novecientos noventa y tres.

Carlos E. Berríos Beauchamp
Notario Público

ANEJO

El importe de este pagaré y la hipoteca que lo garantiza, ----
reamortizado al cinco de enero de mil novecientos noventa y --
seis, dio un saldo deudor montante a NUEVE MIL NOVECIENTOS --
OCHENTA Y DOS DOLARES CON CINCUENTA Y CUATRO CENTAVOS --------
($9.982.54) con intereses al CINCO por ciento (5.00%) anual y
la cual habrá de ser pagada en la siguiente forma: ----------
NOVECIENTOS SESENTA Y DOS DOLARES ($962.00) en o antes del ---
primero de enero de mil novecientos noventa y siete y --------
NOVECIENTOS SESENTA Y DOS DOLARES ($962.00) en enero primero -
de cada año subsiguiente excepto el pago final del total de la
deuda aquí asumida, se hará en o antes del día primero de ----
enero del año dos mil once, según resulta de la escritura ----
número Dos (2) de Reamortización de Préstamo Hipotecario y ---
Modificación de Hipoteca, de fecha cinco de enero de mil nove-
cientos noventa y seis, ante el Notario Carlos E. Berríos ----
Beauchamp, DOY FE. --------------------------------------------

En Barranquitas, Puerto Rico, a cinco de enero de mil --------
novecientos noventa y seis. -----------------------------------

                                   CARLOS E. BERRIOS BEAUCHAMP
                                        Notario Público

Forma FmHA 427-1(S) PR
(Rev. 10-82)

```
-----------------NUMERO DOSCIENTOS SIETE------------------
-----------------NUMBER TWO HUNDRED SEVEN------------------
```

```
---------------------HIPOTECA VOLUNTARIA-----------------
                      VOLUNTARY MORTGAGE
```

En Barranquitas, Puerto Rico, a los diecisiete días del mes de --
In Barranquitas, Puerto Rico, this seventeenth day of August, ---

agosto de mil novecientos ochenta y ocho. ------------------------
nineteen hundred eighty eight.

```
------------------------ANTE MI--------------------------
                          BEFORE ME
```

```
------------ CARLOS E. BERRIOS ROJAS ------------------
```

**Abogado y Notario Público de la Isla de Puerto Rico con residencia en Barranquitas,**
Attorney and Notary Public for the Island of Puerto Rico, with residence in  Barranquitas, -

Puerto Rico --------- y oficina en  Barranquitas, Puerto Rico. -------
Puerto Rico --------- and office in  Barranquitas, -------- Puerto Rico.

```
-----------------------COMPARECEN-----------------------
                          APPEAR
```

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage--------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances-----------

aparecen de dicho párrafo.------------------------------------------
appear from said paragraph.--------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their---

de su edad, estado civil, profesión y vecindad.----------------------
statements which I believe to be true of their age, civil status, profession and residence.--------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this ---

miento.------------------------------------------------------------
voluntary   mortgage.--------------

```
-----------------------EXPONEN--------------------------
                         WITNESSETH:
```

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same ----

denominada de aquí en adelante "los bienes".-----------------------
hereinafter referred to as "the property".--

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.-----------------------------
specified in paragraph ELEVENTH herein.--

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with------



un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)———

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by———

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the———

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges———

hayan estimado sobre la propiedad hipotecada.———
estimated against the property.———

CUARTO: Se sobreentiende que:———
FOURTH:  It is understood that:———

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One)  The note evidences a loan or loans to the mortgagor in the———

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention———

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and———

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One———

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of———

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.———

das.———

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two)  When payment of the note is guaranteed by the mortgagee———

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,———

prestamista asegurado.———
will be the insured lender.———

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three)  When payment of the note is insured by the mortgagee, the———

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along———

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal———

tereses de dicho pagaré.———
and interest.———

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four)  At all times when payment of the note is insured by the mortgagee,———

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender———

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".———
ments on the note, to be designated the "annual charge".———

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five)  A condition of the insurance of payment of the note will be that the holder———

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any———





CARLOS E. BERRIOS-ROJAS

E B R

Abogado - Notario

Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.————————————
supplementary agreement.————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————

plimiento por parte del deudor hipotecario.————————————————————
by the mortgagor.————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9 Two of paragraph NINTH hereof————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————





- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest



ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional

adicional especificada en el párrafo NOVENO de este documento.
amounts as specified in paragraph NINTH hereof.

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:
SIXTH: That the mortgagor specifically agrees as follows:

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness



Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.——————

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,——————

hipotecario como agente cobrador del tenedor del mismo.————————————
as collection agent for the holder.————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by——————

reglamentos de la Administración de Hogares de Agricultores.————————————
regulations of the Farmer's Home Administration.——————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,——————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite——————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——————

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————
by the mortgagee for the account of the mortgagor.——————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————————

párrafo devengará intereses a razón del   OCHO Y MEDIO ——————————
subparagraph shall bear interest at the rate of   EIGHT AND A HALF ——————————

—————————————— por ciento ( 8 1/2  º/o)——————————————
                    per cent  ( 8 1/2  º/o)——————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————
to the mortgagee.————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,——————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,——————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——————





- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————
until repaid to the mortgagee.————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————

hipotecario determinare.————————————————————————
determines.————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————————

los propósitos autorizados por el acreedor hipotecario.————————————
for purposes authorized by mortgagee.————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee————

tecario bajo los términos de esta hipoteca.————————————————
under the terms of this mortgage.————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————

aprobare el acreedor hipotecario.————————————————————
approved by mortgagee.————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish





Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option





- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of





Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as



conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgage to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)



- 9 -



negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee



Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago de
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de DOSCIENTOS VEINTICUATRO MIL TRESCIENTOS CINCUENTITRES DOLARES
of TWO HUNDRED TWENTY FOUR THOUSAND THREE HUNDRED FIFTY THREE

DOLLARS ($224,353.00).

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinb. fore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré ONCE MIL CUATROCIEN-
should assign this mortgage without insurance of the note, ELEVEN THOUSAND FOUR



TOS                                                        DOLARES ($ 11,400.00   )
HUNDRED                                                    DOLLARS  ($ 11,400.00   )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

OCHO Y MEDIO ———————————————— por ciento ( 8 1/2 ——— o/o) anual;
EIGHT AND A HALF ———————————————— per cent  ( 8 1/2 ——— o/o) per annum;

CARLOS R. BERRIOS-ROJAS
EBR
Abogado · Notario

- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)   ONCE MIL CUATROCIENTOS
(A)   ELEVEN THOUSAND FOUR HUNDRED
DOLARES ($ 11,400.00)
DOLLARS ($ 11,400.00)

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,

Tercero;
Three;

(B)   DIECISIETE MIL CIEN
(B)   SEVENTEEN THOUSAND ONE HUNDRED
DOLARES ($ 17,100.00)
DOLLARS ($ 17,100.00)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré.
sustain under its insurance of payment of the note;

Tres. En cualquier caso y en todo tiempo;
Three. In any event and at all times whatsoever;

(A)   CUATRO MIL QUINIENTOS SESENTA DOLARES
(A)   FOUR THOUSAND FIVE HUNDRED SIXTY DOLLARS

($ 4,560.00          ) para intereses después de mora;
($ 4,560.00          ) for default interest;

(B)   DOS MIL DOSCIENTOS OCHENTA DOLARES
(B)   TWO THOUSAND TWO HUNDRED EIGHTY DOLLARS

($2,280.00          ) para contribuciones, seguro y otros adelantos para la con-
($2,280.00          ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph

SEXTO, Tercero;
SIXTH, Three;

(C)   MIL CIENTO CUARENTA DOLARES
(C)   ONE THOUSAND ONE HUNDRED FORTY DOLLARS

($ 1,140.00          ) para costas, gastos y honorarios de abogado en caso
($ 1,140.00          ) for costs, expenses and attorney's fees in case

de ejecución;
of foreclosure;

(D)   MIL CIENTO CUARENTA DOLARES
(D)   ONE THOUSAND ONE HUNDRED FORTY DOLLARS

($ 1,140.00          ) para costas y gastos que incurriere el acreedor hipoteca-
($ 1,140.00          ) for costs and expenditures incurred by the mortgagee in

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as

se consigna en el párrafo SEXTO, Trece.
provided in paragraph (SIXTH, Thirteen.





- 12 -

'R

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD————————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————
of this mortgage is(are) described as follows:————————————————

"Pagaré otorgado en el caso número   sesentitres – doce – cinco ocho tres
"Promissory note executed in case number   sixty three – twelve – five eight ––

cinco cuatro – siete siete cinco dos ————   fechado el día diecisiete
three – five four – seven seven five two ––   dated the   seventeenth ––

————————————— de   agosto ————————— de mil novecientos————
————————————— day of   August ————— nineteen hundred and ————

ochenta y ocho ————————— por la suma de   ONCE MIL CUATROCIENTOS –
eighty eight —————————— in the amount of   ELEVEN THOUSAND FOUR ––

($11,400.00) ————————————————————— dólares de principal más
HUNDRED DOLLARS ($11,400.00) ——————————— of principal plus ————

intereses sobre el balance del principal adeudado a razón del   OCHO Y MEDIO ——————
interest over the unpaid balance at the rate of   EIGHT AND A HALF ——————————

————————————————————— (   8 1/2 —————) por ciento anual,
————————————————————— {   8 1/2 ————— ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los   SIETE (7) ——————————————————————————————————
and payable   SEVEN (7) —————————————————————————————

años de la fecha de este pagaré.——————————————————————————
years from the date of this promissory note.————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the ————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United ———

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act ———

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as———————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the —— ———

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which ————

constituye Hipoteca Voluntaria, se describe como sigue:————————————————
voluntary mortgage is constituted, is described as follows:————————————————

RUSTICA:   Predio de terreno compuesto de Doce Cuerdas equivalentes
RUSTIC:   Lot of land with an area of Twelve Cuerdas equivalent to



a cuatro hectáreas, sesenta y una áreas, sesenta y cuatro centiáreas
four hectare, sixty one area, sixty four centiare and sixty eight --

y sesenta y ocho miliáreas, sita en el Barrio Barrancas de Barranqui
miliare, located in Barrancas Ward of Barranquitas, and bounded by -

tas, y en lindes por el Norte, con Pedro Torres;  por el Sur, Este y
the North with Pedro Torres;  by the South, East, and West with the

Oeste con la finca principal de la cual se segrega.  Enclavan las -
principal lot from which this was formed.  In these lot there are --

siguientes estructuras:  Casa construída en concreto dedicada a vi--
the following buildings:  A concrete dwelling that measures thirty

vienda de treintidos pies ocho pulgadas por treintisiete pies diez
two feet eight inches by thirty seven feet ten inches.  Water tank

pulgadas.  Tanque de agua de doce pies por doce pies por siete pies.
that measures twelve feet by twelve feet by seven feet.  Caja de --

Caja de medicar de cinco pies por cinco pies por cuatro pies.  Dos
medicar that measures five feet by five feet by four feet.  Two ----

ranchos para pollos de doscientos cincuenta pies por cuarenta pies
Poultry barns that measures three hundred feet by forty feet and -

cada uno y otro de trescientos pies por cuarenta pies con equipo. -
another that measures three hundred feet by forty feet with equip--

ment. -------------------------------------------------------------

**Adquirió el prestatario la descrita finca por**  compra -----------------------
Borrower acquired the described property by  purchase ----------------------

**según consta de la Escritura Número**  Veintiseis (26)  ---------------------
pursuant to Deed Number  Twenty Six (26)  ------------------------------

**de fecha**  dos de abril de mil novecientos ochenta ----------------------
dated  April two, nineteen eighty -------------------------------------

**otorgada en la ciudad de**  Barranquitas, Puerto Rico --------------------
executed in the city of  Barranquitas, Puerto Rico ----------------------

**ante el Notario**  Eileen Sutton de Zayas Green -------------------------
before Notary  Eileen Sutton de Zayas Green -------------------------

**Dicha propiedad se encuentra**  afecta a las cargas que detallamos al fi-
Said property is  subject to the encumbrances set forth at the end of ---

nal de esta escritura.  Inscrita al folio ciento trece (113) del ---
this deed.  Registered at page one hundred thirteen (113) of volume

tomo setenticuatro (74) de Barranquitas, finca número tres mil cien-
seventy four (74) of Barranquitas, lot number three thousand one --

to treinticuatro (3,134). ----------------------------------------
hundred thirty four (3,134). -------------------------------------

**DUODECIMO:** Que comparecen en la presente escritura como Deudores Hipote-
**TWELFTH:** The parties appearing in the present deed as Mortgagors ------------------

carios ANGEL ANTONIO ALICEA SANTIAGO Seguro Social Número ███████
are  ANGEL ANTONIO ALICEA SANTIAGO Social Security Number ███████

e HILDA VIDAURE RIVERA HOYOS Seguro Social Número ██████, mayo-
and HILDA VIDAURE RIVERA HOYOS Social Security Number ██████, of

res de edad, casados entre sí, propietarios y vecinos de Barranquitas
legal age, marrried to each other, property owner resident of -------

cuya dirección postal es:  Apartado seiscientos cincuenta y tres (653) --
whose postal address is:  Box six hundred fifty three (653), Barranquitas,

Barranquitas, Puerto Rico cero cero seiscientos dieciocho (00618).
Puerto Rico cero cero six hundred eighteen (00618). ---------------

-------------------------------------------------------------------

**DECIMO TERCERO:** E importe del préstamo aquí consignado se usó ó será usado
**THIRTEENTH:** The proceeds of the loan herein guaranteed was used or will be used----------





Forma FmHA #27-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical————

físicas en la finca(s) descrita(s).————————————————————————————
installations on the described farm(s).————

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure——————————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan————————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless————

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as————————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause————————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the————————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to—————

ejecución de la hipoteca.————————————————————————————
the foreclosure of the mortgage.————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction————————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,————

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the————————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present——

dueños deudores o por sus cesionarios o causahabientes.——————————————
owners or by their assignees or successors.————

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and—————————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or————————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)————————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently  or in the future————————————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings—————

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted—————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen————————

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31—————————

L.P.R.A. 1851)——————————————————————————————
L.P.R.A. 1851).————

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any·——————————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with————



- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construida previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)





16

Forma FmHA 427-1(S) PR
(Rev. 10-82)

------------------------------ACEPTACION------------------------------
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once----------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.-------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.-----------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-----

sin requerir la presencia de testigos después de renunciar su derecho á ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.---------------------------------------------------------------------
I advised him (them).---------------------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its--------------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed----------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES----------

FE de todo el contenido de esta escritura.--------------------------------
FAITH to everything contained in this deed.--------------------------------

En este estado del otorgamiento se hace constar que la finca obje-
The parties states that the property subject to this mortgage is

to de esta hipoteca está afecta a cuatro hipotecas a favor de los
subject to four mortgages in favor of United States of America:

Estados Unidos de América, una por la suma Veintitres Mil Dólares
One for Twenty Three Thousand Dollars ($23,000.00), another for --

($23,000.00), otra por la suma de Setentitres Mil Quinientos Dóla-
Seventy Three Five Hundred Dollars ($73,500.00 reamortized to One

res ($73,500.00) que fue reamortizada a Ciento Cuatro Mil Quinien-
Hundred Four Thousand Five Hundred Sixty Three Dollars and Ninety

tos Sesentitres Dólares con Noventiun Centavos ($104,563.91), otra
One Cents ($104,563.91), another for Twenty Five Thousand Dollars

por la suma de Veinticinco Mil Dólares ($25,000.00) que fue reamor-
($25,000.00) reamortized for the amount of Twenty One Thousand ---

tizada a Veintiun Mil Trescientos Cincuentitres Dólares con Veinti-
Three Hundred Fifty Three Dollars and Twenty One Cents ($21,353.21

un Centavos ($21,363.21) y otra de Sesenta y Cuatro Mil Treintiseis
and antoher for Sixty Four Thousand Thirty Six Dollars and Twelve

Dólares con Doce Centavos ($64,036.12).  REPITO LA FE.  ----------
Cents ($64,036.12).  I REPEAT THE NOTARIAL FAITH.  --------------

Firmados:  Angel Antonio Alicea Santiago, Hilda Vidaure Rivera --

Hoyos. -------------------------------------------------------------

El original de esta escritura consta de 7 folios escritos por ---
ambos lador y 1 folio escrito por un solo lado. ------------------





FIRMADO, SIGNADO, RUBRICADO Y SELLADO,
CARLOS E. BERRIOS ROJAS. NOTARIO PUBLICO
HAY CANCELADOS LOS CORRESPONDIENTES
SELLOS DE RENTAS INTERNAS E IMPUESTO
NOTARIAL, Y DEBIDAMENTE ESTAMPADAS LAS
INICIALES DE LOS OTORGANTES AL MARGEN DE
TODOS Y CADA UNO DE LOS FOLIOS DEL ORIGINAL.
CERTIFICO QUE LA QUE PRECEDE ES PRIMERA
COPIA FIEL Y EXACTA DE SU ORIGINAL QUE BAJO
EL NUMERO ANTES INDICADO OBRA EN MI PROTOCOLO
CORRIENTE. PARA ENTREGAR A
EXPIDO LA PRESENTE EN EL MISMO SITIO Y FE-
CHA DE SU OTORGAMIENTO. DOY FE.

Inscrito al folio 292
tomo 152 de Barranquitas
finca 3134 ins 12 ma
afecta a hipoteca por $23,000
a favor de Estados Unidos America
hipoteca por $73,500.00 reamortizada
hasta $104,563.21, hipoteca por $15,000
reamortizada hasta $21,353.21, hipoteca
por $68,036.12 y a la que se constituye
por este documento todos a favor de
Estados Unidos de America. Barranquitas
a 18 de agosto de 1988.
(Dno b) digo fin Dno

USDA-FmHA
Form FmHA 1940-17
(Rev. 8-88)

RESCHEDULED
on 05-28-43
43-24

PROMISSORY NOTE

| KIND OF LOAN |
| --- |
| Type: EM      ☐ Regular |
| ☐ Limited Resource |
| Pursuant to: |
| ☐ Consolidated Farm & Rural Development Act |
| ☒ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name | ANGEL ANTONIO ALICEA SANTIAGO | |
| --- | --- | --- |
| State   PUERTO RICO | County   BARRANQUITAS | ACTION REQUIRING NOTE |
| Case No.   63-12-583547752 | Date   December 27, 1989 | ☒ Initial loan      ☐ Rescheduling |
| Fund Code   43 | Loan No.   15 | ☐ Subsequent loan   ☐ Reamortization |

ACTION REQUIRING NOTE
☒ Initial loan        ☐ Rescheduling
☐ Subsequent loan     ☐ Reamortization
☐ Consolidated &      ☒ Credit sale
   subsequent loan     ☐ Deferred payments
☐ Consolidation       ☐ Debt write down
☐ Conservation
   easement

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in   BARRANQUITAS, PUERTO RICO

_____ , or at such other place as the Government may later designate in writing, the principal sum of

–ONE HUNDRED SIXTY ONE THOUSAND ––––––––––––––––––––––––––––––––––––––––––––– dollars

($ 161,000.00 ––––––––––––––––––––––), plus interest on the unpaid principal balance at the **RATE** of

–FOUR AND A HALF ––––––––––––––––––––––––––––––––––––– percent ( 4 1/2 –––– %) per annum and

_____ dollars ($_____) of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in _____ 30 _____ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

$ 9,886.00 _____ on 12-27-90 ; $ 9,886.00 _____ on 12-27-91 ;
$_____ on _____ ; $_____ on _____;
$_____ on _____ ; $_____ on _____;
$_____ on _____ ; $_____ on _____;
$_____ on _____ ; $_____ on _____;
$_____ on _____ ; $_____ on _____;
and $ 9,886.00 _____ thereafter on Dec. 27 of each year until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable 30 years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Records of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s)(new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

ANGEL ANTONIO ALICEA SANTIAGO                         (Borrower)

HILDA VIDAURE RIVERA HOYOS

BOX 653

BARRANQUITAS, PUERTO RICO    00618

## RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 100,000.00 | 12-27-89 | $ | | $ | |
| $ 61,000.00 | 01-16-90 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 161,000.00 | |

U S GOVERNMENT PRINTING OFFICE  1988-654-054/80008

*Position 2*                                    FmHA 1940-17 (Rev. 8-88)

5-28-93

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veintiocho de mayo de mil novecientos noventa y tres, dio un saldo deudor montante a CIENTO SETENTA MIL CUATROCIENTOS VEINTIOCHO DOLARES CON SESENTA Y OCHO ($170,478.68) con intereses al CUATRO Y MEDIO por ciento (4.50%) anual y la cual habrá de ser pagada en la siguiente forma:  TRESCIENTOS CUARENTA Y TRES DOLARES ($343.00) en plazos anuales consecutivos comenzando en mayo veintiocho de mil novecientos noventa y cuatro (1994) hasta mayo veintiocho de mil novecientos noventa y ocho -- (1998) y ONCE MIL CUATROCIENTOS SETENTA Y SIETE DOLARES --------- ($11,477.00) comenzando el día veintiocho de mayo de mil novecientos noventa y nueve (1999) y subsiguientemente al día veintiocho de mayo de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hara en o antes del día veintiocho de mayo del año dos mil veintinueve, según resulta de la escritura número Doscientos Siete (207) de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha veintiocho de mayo de mil novecientos noventa y tres, ante el notario Carlos E. Berríos Beauchamp, DOY FE.

En Barranquitas, Puerto Rico, a veintiocho de mayo de mil novecientos noventa y tres.

CARLOS E. BERRIOS BEAUCHAMP
Notario Público

The amount of this promissory note and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, results in a total balance owed of TWENTY-TWO THOUSAND EIGHT HUNDRED TEN DOLLARS AND NINETY-THREE CENTS ($22,810.93) with interest at a rate of FOUR AND A HALF percent (4.50%) per annum and which shall be paid as follows: ONE THOUSAND FIVE HUNDRED FORTY-FIVE DOLLARS ($1,545.00) on or before May twenty-eight of nineteen ninety-nine and ONE THOUSAND FIVE HUNDRED FORTY-FIVE DOLLARS ($1,545.00) on May twenty-eight of each year subsequent, except that the final payment on the total amount of the debt herein assumed shall be made on or before May twenty-eight of two thousand twenty-nine, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated May twenty-eight of nineteen ninety-three, before notary Carlos E. Berríos Beauchamp, I DO ATTEST.

In Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three.

[Seal]                          [Signature]
                                Carlos E. Berríos Beauchamp
                                     Notary Public

Forma FmHA 427-1(S) PR
(Rev. 10-82)

—————————————NUMERO  DOSCIENTOS TRECE —————————
—————————————NUMBER   TWO HUNDRED THIRTEEN ——————

—————————————HIPOTECA VOLUNTARIA—————————————
VOLUNTARY MORTGAGE

**En** Barranquitas, Puerto Rico, a los veintisiete días del mes de —
**In** Barranquitas, Puerto Rico, this twenty seventh day of ———————

diciembre de mil novecientos ochenta y nueve. —————————————
December, nineteen hundred eighty nine. ——————————————————

————————————————ANTE MI————————————————
BEFORE ME

———— CARLOS E. BERRIOS ROJAS ——————————————

**Abogado y Notario Público de la Isla de Puerto Rico con residencia en** Barranquitas,
**Attorney and Notary Public for the Island of Puerto Rico, with residence in** Barranquitas,

Puerto Rico ——————**y oficina en** Barranquitas, Puerto Rico, ————
Puerto Rico ——————**and office in** Barranquitas, —————— Puerto Rico.

———————————————COMPARECEN——————————————
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage——————————

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances——————

aparecen de dicho párrafo.————————————————————————
appear from said paragraph.——————————————————————

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their——

de su edad, estado civil, profesión y vecindad.————————————————
statements which I believe to be true of their age, civil status, profession and residence.——

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this——

miento.——————————————————————————————————
voluntary mortgage.——————————————————————————

———————————————EXPONEN————————————————
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in——————

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same ————

denominada de aquí en adelante "los bienes".————————————————
hereinafter referred to as "the property".——————————————————

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens ————————

se especifican en el párrafo UNDECIMO.————————————————————
specified in paragraph ELEVENTH herein.—————————————————

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States——————

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,————————————

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with——————————————



un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)——————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the——————

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——————

hayan estimado sobre la propiedad hipotecada.——————
estimated against the property.——————

CUARTO: Se sobrentiende que:——————
FOURTH: It is understood that:——————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the——————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention——————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One——————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of——————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——————

das.——————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,——————

prestamista asegurado.——————
will be the insured lender.——————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the——————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal——————

tereses de dicho pagaré.——————
and interest.——————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,——————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender——————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".——————
ments on the note, to be designated the "annual charge".——————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder——————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——————



Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit—————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor—————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any—————————

cualquier convenio suplementario por parte del deudor.————————————————
supplementary agreement.—————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,—————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the—————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured—————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to—————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt—————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee—————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default—————————

plimiento por parte del deudor hipotecario.————————————————————
by the mortgagor.—

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note—————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee—————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH—————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the—————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee—————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof—————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement—————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its—————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any—————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————



- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,———

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,—————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or —————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor—————————— 

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or —————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest ————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac ee
thereon before and after maturity until paid, losses sustained by the —————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and ————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account———

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgage all extensions and renewals of any of ——————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————

adicional especificada en el párrafo NOVENO de este documento.———————————
amounts as specified in paragraph NINTH hereof.——————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness——————————————————



Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.————

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the—————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,—————————

hipotecario como agente cobrador del tenedor del mismo.———————————————
as collection agent for the holder.————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal—————————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by———————————————

reglamentos de la Administración de Hogares de Agricultores.———————————
regulations of the Farmer's Home Administration.————————————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,—————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder—————————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.———————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.—————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——————————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite——————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——————————

por el acreedor hipotecario por cuenta del deudor hipotecario.—————————————
by the mortgagee for the account of the mortgagor.————————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this—————————————————

párrafo devengará intereses a razón del   Cuatro y Medio ———————————
subparagraph shall bear interest at the rate of   Four and a Half ———————————

————————————— por ciento (   4 1/2   º/o)————————————
————————————— per cent   (   4 1/2 —º/o)————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————————————
to the mortgagee.————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,—————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,———————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the—————————————



— 5 —

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————
until repaid to the mortgagee.————————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————————

hipotecario determinare.——————————————————————————————
determines.————————————————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————————————————

los propósitos autorizados por el acreedor hipotecario.——————————————————
for purposes authorized by mortgagee.—————————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens————————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee——————

tecario bajo los términos de esta hipoteca.——————————————————————
under the terms of this mortgage.————————————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-————————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions——————

aprobare el acreedor hipotecario.——————————————————————————
approved by mortgagee.————————————————————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all—————————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor——————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.——————————————————————————
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.——————————————————————————
or  lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.——————————————————————
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.——————————————
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option



podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgage may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of



Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse Mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)



negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgage

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee



'Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ------

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment ------------

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so ------------

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment ------

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this ------

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. ------
mortgage, and if any amount then remains, will pay such amount to mortgagor. ------------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case ------

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended, ------

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount ------

de TRESCIENTOS SESENTA Y DOS    MIL SETECIENTOS SESENTA Y SIETE --
of THREE HUNDRED SIXTY TWO   THOUSAND SEVEN HUNDRED SIXTY SEVEN -
DOLARES CON OCHENTA Y CINCO CENTAVOS ($362,767.85). ------------
DOLLARS AND EIGHTY FIVE CENTS ($362,767.85). ------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be ------

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the ------

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations ------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the ------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and ------

y aseguramiento del préstamo antes mencionado. ------
insuring of the loan hereinb. fore mentioned. ------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes: ------
NINTH: The amounts guaranteed by this mortgage are as follows: ------

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of ------

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee ------

hipotecario cediere esta hipoteca sin asegurar el pagaré  CIENTO SESENTA Y UN -
should assign this mortgage without insurance of the note,   ONE HUNDRED SIXTY ONE ---

MIL ------------ DOLARES ($ 161,000.00 )
THOUSAND ------------ DOLLARS ($ 161,000.00 )

el principal de dicho pagaré, con sus intereses según estipulados a razón del  ---
the principal amount of said note, together with interest as stipulated therein at the rate of  ---

Cuatro y Medio ------ por ciento (  4 1/2 ----o/o) anual;
Four and a Half ------ per cent (   4 1/2 --- o/o) per annum;

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)   CIENTO SESENTA Y UN MIL ------------------------------------
(A)   ONE HUNDRED SIXTY ONE THOUSAND -----------------------------

------------------------------------------------- DOLARES ($ 161,000.00) -
------------------------------------------------- DOLLARS ($ 161,000.00) -

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender-------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as-------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,-------------

Tercero;------------------------------------------------------------
Three;--------------------------------------------------------------

(B)   DOSCIENTOS CUARENTA Y UN MIL QUINIENTOS ---------------------
(B)   TWO HUNDRED FORTY ONE THOUSAND FIVE HUDNRED ------------------

------------------------------------------------ DOLARES ($ 241,500.00) -
------------------------------------------------ DOLLARS ($ 241,500.00) -

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might--------------

sufrir bajo su seguro de pago del pagaré.------------------------------------
sustain under its insurance of payment of the note;--------------------------

Tres. En cualquier caso y en todo tiempo;-----------------------------------
Three. In any event and at all times whatsoever:-----------------------------

(A)   SESENTA Y CUATRO MIL CUATROCIENTOS DOLARES --------------------
(A)   SIXTY FOUR THOUSAND FOUR HUNDRED DOLLARS ----------------------

($  64,400.00 -------- ) para intereses después de mora:-------------------
($  64,400.00 -------- ) for default interest;----------------------------

(B)   TREINTA Y DOS MIL DOSCIENTOS DOLARES ------------------------
(B)   THIRTY TWO THOUSAND TWO HUNDRED DOLLARS ---------------------

( $32,200.00 ------- ) para contribuciones, seguro y otros adelantos para la con-
( $32,200.00 ------- ) for taxes, insurance and other advances for the preservation-----

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph----------

SEXTO, Tercero;-----------------------------------------------------
SIXTH, Three;-------------------------------------------------------

(C)   DIECISEIS MIL CIEN DOLARES ----------------------------------
(C)   SIXTEEN THOUSAND ONE HUDNRED DOLLARS ------------------------

($  16,100.00 -----------) para costas, gastos y honorarios de abogado en caso
($  16,100.00 -----------) for costs, expenses and attorney's fees in case----

de  ejecución;-----------------------------------------------------
of  foreclosure:----------------------------------------------------

(D)   DIECISEIS MIL CIEN DOLARES ----------------------------------
(D)   SIXTEEN THOUSAND ONE HUNDRED DOLLARS ------------------------

($  16,100.00 -------- ) para costas y gastos que incurriere el acreedor hipoteca-
($  16,100.00 -------- ) for costs and expenditures incurred by the mortgagee in ------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with----------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as----------------

consigna en el párrafo SEXTO, Trece.--------------------------------------
ovided in paragraph (SIXTH, Thirteen.--------------------------------------





rma FmHA 427-1(S) PR
ev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD————————————————————

de esta hipoteca es (son) descrito(s) como sigue:—————————————————————————
of this mortgage is(are) described as follows:——————————————————————————————

"Pagaré otorgado en el caso número sesentitres – doce – cinco ocho tres
"Promissory note executed in case number   sixty three – twelve – five eight ———

cinco cuatro siete siete cinco dos ———————— fechado el día —————————
three five four seven seven five two ————— dated the   twenty ———

veintisiete ———— de   diciembre ——————————— de mil novecientos——————
seventh ———————— day of   December ————————— nineteen hundred and

ochenta y nueve ————————————por la suma de  Ciento Sesenta y Un Mil
eighty nine ————————————— in the amount of   One Hundred Sixty One —

————————————————————————————————————————— dólares de principal más ———
($161,000.00) ———————————————————————————————— of principal plus ——
Thousand Dollars ($161,000.00) ————————————————————————————————————

intereses sobre el balance del principal adeudado a razón del   Cuatro y Medio ————
interest over the unpaid balance at the rate of  . Four and a Half ——————————————

————————————————————————————————— { 4 1/2 —————— ) por ciento anual,
————————————————————————————————— { 4 1/2 —————— ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,——————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed————————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the————

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due———————————————————

a los   TREINTA (30) ———————————————————————————————————————————————
and payable   THIRTY (30) ———————————————————————————————————————————

años de la fecha de este pagaré.—————————————————————————————————————————
years from the date of this promissory note.————————————————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the—————————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United————————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act————————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as——————————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers—————————————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the——————————

Ley, de cuya descripción, yo, el Notario Autorizante, DOY FE.———————————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——————

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which—————————————————

constituye Hipoteca Voluntaria, se describe como sigue:———————————————————————
voluntary mortgage is constituted, is described as follows:—————————————————————

RUSTICA:  Predio de terreno compuesto de Doce Cuerdas equivalentes
RUSTIC:  Lot of land with an area of Twelve Cuerdas equivalent to

a cuatro hectáreas, se[...]ta y una áreas, sesenta y cuatro cent[...] eas
fourhectare, sixty one area, sixty four centiare and sixty eight ---

y sesenta y ocho miliáreas, sita en el Barrio Barrancas de Barranqui-
miliare, located in Barrancas Ward of Barranquitas, and bounded by -

tas. y en lindes por el Norte, con Pedro Torres; por el Sur, Este y
the North with Pedro Torres;  by the South, East, and West with the

Oeste, con la finca principal de la cual se segrega.  Enclavan las
principal lot from which this was formed.  In These lot there are ---

siguientes estructuras: Casa construída en concreto dedicada a vivien
the following buildings: A concrete dwelling thatmeasures thirty two

da de treintidos pies ocho pulgadas por treintisiete pies diez pulga-
feet eight inches by thirty seven feet ten inches. Water tank that -

das. Tanque de agua de doce pies por doce pies por siete pies. Caja -
measures twelve feet by twelve feet by seven feet. Caja de Medicar -

de medicar de cinco pies por cinco pies por cuatro pies. Dos ranchos
that measures five feet by five feet by four feet.  Two Poultry barns

para pollos de doscientos cincuenta pies por cuarenta pies cada uno
that measures three hundred feet by forty feet and another that ----

y otro de trescientos pies por cuarenta pies con equipo. ----------
measures three hundred feet by forty feet with equipment.  ---------

----------------------------------------------------------------

Adquirió el prestatario la descrita finca por  compra ---------------
Borrower acquired the described property by   purchase ---------------

según consta de la Escritura Número  Veintiseis (26) ----------------
pursuant to Deed Number  Twenty Six (26) ----------------------------

de fecha  dos de abril de mil novecientos ochenta ------------------
dated  April two, nineteen eighty ----------------------------------

otorgada en la ciudad de  Barranquitas, Puerto Rico ------------------
executed in the city of   Barranquitas, Puerto Rico -----------------

ante el Notario   Eileen Sutton de Zayas Green ----------------------
before Notary   Eileen Sutton de Zayas Green ------------------------

Dicha propiedad se encuentra  afecta a las cargas que detallamos al final
Said property is  subject to the encumbrances set forth at the end of this
de esta escritura. Inscrita al folio ciento trece (113) del tomo se-
deed. Registered at page one hundred thirteen (113) of volume seven-
tenticuatro (74) de Barranquitas, finca tres mil ciento treinticua-
ty four (74) of Barranquitas, lot three thousand one hundred thirty
tro (3,134).  -----------------------------------------------------
four (3,134).  -----------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ------

carios  ANGEL ANTONIO ALICEA SANTIAGO e HILDA VIDAURE RIVERA HOYOS,
are  ANGEL ANTONIO ALICEA SANTIAGO and HILDA VIDAURE RIVERA HOYOS, of
mayores de edad, casados entre sí, propietarios y vecinos de Barran-
legal age, married to each other, property owners and residents of
quitas, Seguro Social ████████ y ████████ respectivamente -------
Barranquitas, Social Security ████████ and ████████ -------------

cuya dirección postal es:   Apartado seiscientos cincuenta y tres (653)
whose postal address is:  Box six hundred fifty three, Barranquitas, Puerto

Barranquitas, Puerto Rico cero cero seiscientos dieciocho (00618) --
Rico cero cero six hundred eighteen (00618). ----------------------

----------------------------------------------------------------

?IMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
CTEENTH: The proceeds of the loan herein guaranteed was used or will be used------

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical——

físicas en la finca(s) descrita(s).——
installations on the described farm(s).——

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure——

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan——

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless——

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as——

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause——

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the——

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to——

ejecución de la hipoteca.——
the foreclosure of the mortgage.——

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction——

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,——

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the——

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present——

dueños deudores o por sus cesionarios o causahabientes.——
owners or by their assignees or successors.——

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and——

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or——

representantes a favor del acreedor (ADninistración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)——

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future——

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings——

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted——

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen——

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31——

L.P.R.A. 1851).——
L.P.R.A. 1851).——

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any——

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——



- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)



Forma FmHA 427-1(S) PR
(Rev. 10-82)

—————————————————————————ACEPTACION——————————————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once——————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.————————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.——————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.————————————————————————————————————————
I advised him (them).————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its——————————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed————————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES——————

FE de todo el contenido de esta escritura.————————————————————————
FAITH to everything contained in this deed.——————————————————————

En este estado del otorgamiento se hace constar que la finca obje-
The parties states that the property subject to this mortgage is

to de esta hipoteca está afecta a cinco hipotecas a favor de los
subject to five mortgages in favor of United States of América: -

Estados Unidos de América, una por la suma de Veintitres Mil Dóla-
One for Twenty Three Thousand Dollars ($23,000.00), another for --

res ($23,000.00), otra por la suma de Ciento Cuatro Mil Quinientos
One Hundred Four Thousand Five Hundred Sixty Three Dollars and --

Sesenta y Tres Dólares con Noventa y Un Centavos ($104,563.91) rea
Ninety One Cents ($104,563.91) reamortized to One Hundred Three --

mortizada a Ciento Tres Mil Seiscientos Cincuenta y Dos Dólares con
Thousnd Six Hundred Fifty Two Dollars and Fifty Three Cents ——————

Noventa y Tres Centavos ($103,652.53), otra de Veintiun Mil Tres--
($103,652.53) another for Twenty One Thousand Three Hundred Fifty

cientos Cincuenta y Tres Dólares con Veintiun Centavos ($21,353.21)
Three and Twenty One Cents ($21,353.21) reamortized to Twenty One

reamotizada a Veintiun Mil Ciento Cuarenta y Cinco Dólares con --
Thousand One Hundred Forty Five Dollars and Sixty Six Cents ——————

Sesenta y Seis Centavos ($21,145.66), otra de Sesenta y Ocho Mil -
($21,145.66) another for Sixty Eight Thousand Thirty Six Dollars

Treinta y Seis Dólares con Doce Centavos que fue reducida a Cuaren
and twelve cents ($68,036.12) reduced to Forty Three Thousand Nine

ta y Tres Mil Novecientos Veintitres Dólares con Veinticuatro Cen-
Hundred Twenty Three and twnety Four Cents ($43,923.24) and anothe

tavos ($43,923.24) y otra de Once Mil Cuatrocientos ($11,400.00)
for Eleven Thousand Four Hudred Dollars ($11,400.00) reamortized

reamortizada a Diez Mil Cuarenta y Seis Dólares con Cuarenta y Dos
to Ten Thoussand Forty Six Dollars and forty two cents ——————————

Centavos ($10,046.42)   —————————————————————————————————




Forma FmHA 427-1(S) PR
(Rev. 10-82)

($10,046.42). ----------------------------------------------

REPITO LA FE. --------------------------------------------
I REPEAT THE NOTARIAL FAITH. ------------------------------

Firmados:  Angel Antonio Alicea Santiago, Hilda Vidaure Rivera Hoyos.

El original de esta escritura consta de 8 folios escritos por los -
dos lados y 2 folios escritos por un solo lado. --------------------

FIRMADO, SIGNADO, RUBRICADO Y SELLADO,
CARLOS E. BERRIOS ROJAS, NOTARIO PUBLICO
HAY CANCELADOS LOS CORRESPONDIENTES
SELLOS DE RENTAS INTERNAS E IMPUESTO
NOTARIAL. Y DEBIDAMENTE ESTAMPADAS LAS
INICIALES DE LOS OTORGANTES AL MARGEN DE
TODOS Y CADA UNO DE LOS FOLIOS DEL ORIGINAL.
CERTIFICO QUE LA QUE PRECEDE ES PRIMERA
COPIA FIEL Y EXACTA DE SU ORIGINAL QUE BAJO
EL NUMERO ANTES INDICADO OBRA EN MI PROTOCOLO
CORRIENTE. PARA ENTREGAR A
EXPIDO LA PRESENTE EN EL MISMO SITIO Y FE-
CHA DE SU OTORGAMIENTO. DOY FE.--------------





Registrado al:

folio 292 vto

tomo 152 de Bqts

finca 3134

inscripción 13ra

Cargas: Hipoteca a favor
de C.u.A. por $23,000.00;
por $73,500.00 reamortizada
a $104,563.51 y reamortizada
en esta fecha a $103,652.53.
por $25,000.00 reamortizada
a $21,353.21 y reamortizada
en esta fecha a $21,145.66;
por $68,036.12 y $11,400.00
reamortizada en esta fecha
a $68,572.05 y $10,046.42
y a la hipoteca que por este
documento se constituye a favor
de E.u.A. por $161,000.00
Bqtas; a 28 de diciembre de 1989, dz. 29 de diciembre de 1989

Sin deos.

Registrador

Revised
7/23/90
D. Rodz

NUMBER TWO HUNDRED SEVEN

REAMORTIZATION OF MORTGAGE LOAN
AND MORTGAGE MODIFICATION

In Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three.

BEFORE ME

CARLOS E. BERRIOS BEAUCHAMP, Attorney and Notary Public of the Commonwealth of Puerto Rico, with residence and offices in Barranquitas, Puerto Rico.

APPEAR

ONE PARTY: As Mortgagors: Mr. ANGEL ANTONIO ALICEA SANTIAGO, Social Security number ▮▮▮▮▮▮▮ and his wife Mrs. HILDA VIDAURE RIVERA HOYOS, Social Security number ▮▮▮▮▮▮▮, both of legal age, married to each other, property owners and residents of Barranquitas, Puerto Rico.

AND THE OTHER PARTY: As Mortgagee: United States of America, acting through the Administrator of the Farmers Home Administration, in accordance with the provisions of the law of Congress titled "Rural Housing Act of 1949," with headquarters in Washington, District of Columbia, United States of America, represented herein by MR. EUGENIO TRAVERSO GONZALEZ, Social Security number ▮▮▮▮▮▮▮, of legal age, single, employed, and a resident of Orocovis, Puerto Rico, in his capacity as Local Supervisor of Farmers Home Administration, Barranquitas Office, and whose credentials are duly recorded at the Property Registry.

*113*
*73*

I DO ATTEST

To my personal acquaintance with the parties and to their statements regarding their ages, marital status, professions, and places of residence. They assure me they have, and, in my judgment, they do have the necessary legal capacity for the present grant and, consequently, freely and voluntarily:

THEY DO STATE

FIRST: That the mortgagors Mr. Angel Antonio Alicea Santiago and his wife Mrs. Hilda Vidaure Rivera Hoyos are the current owners of the following property:

RURAL PROPERTY: Plot of land composed of TWELVE CUERDA, equivalent to four hectares, sixty-one ares, sixty-four centiareas and sixty-eight miliares, located in Barrio Barrancas of Barranquitas. Bordered to the NORTH by Pedro Torres; to the SOUTH, EAST and WEST by the main farm from which it is segregated. Includes the following structures: House built with concrete used as housing, thirty-two feet eight inches by thirty-seven feet ten inches. Water tank measuring twelve feet by twelve feet

[Illegible Handwriting]

[Seals]

by seven feet. Medical box measuring five feet by five feet by four feet. Two chicken coops, one measuring two hundred fifty feet by forty feet and the other measuring three hundred feet by forty feet with equipment.

Recorded on page one hundred thirteen (113) of book seventy-three (73) of Barranquitas, farm number three thousand one hundred thirty-four (3,134).

It is subject to the following mortgages in guaranty of promissory notes, all in favor of the United States of America:

A.    Mortgage in the principal amount of Twenty-Three Thousand Dollars ($23,000.00) constituted pursuant to deed number Twenty-Seven (27), granted in Barranquitas, Puerto Rico on April two of nineteen eighty before the notary Eileen Sutton de Zayas Green;

B.    Mortgage in the principal amount of Seventy-Three Thousand Five Hundred Dollars ($73,500.00), re-amortized to One Hundred Four Thousand Five Hundred Sixty-Three Dollars and Ninety-One Cents ($104,563.91), pursuant to deed number Eighty-Six (86), granted in Barranquitas, Puerto Rico, on May twenty-one of nineteen eighty-six, before the notary Carlos E. Berríos Rojas and re-amortized to One Hundred Three Thousand Six Hundred Fifty-Two Dollars and Fifty-Three Cents ($103,652.53) pursuant to deed number Two Hundred Twelve (212), dated December twenty-seven of nineteen eighty-nine, before notary Carlos E. Berríos Rojas;

C.    Mortgage in the principal amount of Twenty-Five Thousand Dollars ($25,000.00), re-amortized to Twenty-One Thousand Three Hundred Fifty-Three Dollars and Twenty-One Cents ($21,353.21), pursuant to deed number Sixty-Seven (67), granted in Barranquitas, Puerto Rico, on September thirty of nineteen eighty-seven, before the notary Eloy Aponte Colón and re-amortized to Twenty-One Thousand One Hundred Forty-Five Dollars and Sixty-Six Cents ($21,145.66) pursuant to deed number Two Hundred Twelve (212), granted in Barranquitas, Puerto Rico, on December twenty-seven of nineteen eighty-nine, before the notary Carlos E. Berríos Rojas;

D.    Mortgage in the principal amount of Sixty-Eight Thousand Thirty-Six Dollars and Twelve Cents ($68,036.12), re-amortized to Forty-Three Thousand Nine Hundred Twenty-Three Dollars and Twenty-Four Cents ($43,923.24), pursuant to deed number Two Hundred Twelve (212), granted in Barranquitas, Puerto Rico, on December twenty-seven of nineteen eighty-nine, before the notary Carlos E. Berríos Rojas;

[Seals]

E.    Mortgage in the principal amount of Eleven Thousand Four Hundred Dollars ($11,400.00); re-amortized to Ten Thousand Forty-Six Dollars and Forty-Two Cents ($10,046.42), pursuant to deed number Two Hundred Twelve (212), granted in Barranquitas, Puerto Rico, on December twenty-seven of nineteen eighty-nine, before the notary Carlos E. Berríos Rojas.

F.    Mortgage in the principal amount of One Hundred Sixty-One Thousand Dollars ($161,000.00), established pursuant to deed number Two Hundred Thirteen (213), granted in Barranquitas, Puerto Rico, on December twenty-seven of nineteen eighty-nine, before the notary Carlos E. Berríos Rojas.

G.    Mortgage in the principal amount of Twenty-One Thousand Five Hundred Dollars ($21,500.00), established pursuant to deed number Two Hundred One (201), granted in Barranquitas, Puerto Rico, on August twenty-nine of nineteen ninety, before the notary Carlos E. Berríos Rojas;

H.    Mortgage in the principal amount of Ten Thousand Five Hundred Dollars ($10,500.00), established pursuant to deed number Two Hundred Thirty-Four (234), granted in Barranquitas, Puerto Rico, on October twenty-four of nineteen ninety.

SECOND: The mortgagors Mr. Angel Antonio Alicea Santiago and his wife Hilda Vidaure Rivera Hoyos continue to state that, in order to re-amortize the mortgage debts mentioned in paragraph ONE and marked with the letters "B," "C," "D," "E," "F," "G" and "H," they did request and obtain the consent of the mortgagor, United States of America, acting through the Administrator of the Farmers Home Administration, in accordance with the law of Congress titled "Consolidated Farmers Home Administration Act of 1961," and the approved regulation to that effect, to re-amortize the mortgage debt.

THIRD: The mortgagors Mr. Angel Antonio Alicea Santiago and his wife Hilda Vidaure Rivera Hoyos do state that they have personal knowledge of each and every one of the obligations, clauses and stipulations contained or mentioned in the mortgage deeds, and through this act do clearly, solemnly, and fully agree to comply with each and all obligations, clauses and stipulations required by the Farmers Home Administration (FmHA); both the mortgagors and the mortgagee do agree that this re-amortization does not constitute an extinctive novation of the aforementioned obligation and that its terms and conditions are not incompatibles with such previous obligations.

REAMORTIZATION AND PAYMENT MODIFICATION
OF PROMISSORY NOTE AND MORTGAGE

FOURTH: The appearing party MR. EUGENIO TRAVERSO GONZALEZ, in his capacity, states that as the mortgagors Mr. Antonio Alicea Santiago and Mrs. Hilda Vidaure Rivera Hoyos have been accepted to receive the benefits of the law of Congress, "Consolidated Farmers Home Administration Act of 1961," as amended, they have entered into an agreement to re-amortize and modify the payment structure of the promissory note and the related mortgage in the FIRST paragraph and marked with the letter "B" as follows:  the total amount owed as of May twenty-eight of nineteen ninety-three on the mortgage in the amount of One Hundred Three Thousand Six Hundred Fifty-Two Dollars and Fifty-Three Cents ($103,652.53) is now ONE HUNDRED ELEVEN THOUSAND FIVE HUNDRED SIXTY DOLLARS AND SIXTY CENTS ($111,560.60), with interest at FIVE percent (5.00%) per annum, and shall be paid as

[Seals]

follows: SEVEN THOUSAND SIX HUNDRED TWENTY DOLLARS ($7,620.00) on or before of May twenty-eight of nineteen ninety-four and SEVEN THOUSAND SIX HUNDRED TWENTY DOLLARS ($7,620.00) on May twenty-eight of each subsequent year, until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before May twenty-eight of two thousand twenty;

They have entered into an agreement to re-amortize and modify the payment structure of the promissory note and the related mortgage in the FIRST paragraph and marked with the letter "C" as follows: the total amount owed as of May twenty-eight of nineteen ninety-three on the mortgage in the amount of Twenty-One Thousand One Hundred Forty-Five Dollars and Sixty-Six Cents ($21,145.66) is now TWENTY THOUSAND FOUR HUNDRED SIXTY-SIX DOLLARS AND TWENTY-SIX CENTS ($20,466.26) with interest rate at FIVE percent (5.00%) per annum, and shall be paid as follows: ONE THOUSAND NINE HUNDRED SEVENTY-TWO DOLLARS ($1,972.00) on May twenty-eight of nineteen ninety-four and ONE THOUSAND NINE HUNDRED SEVENTY-TWO DOLLARS ($1,972.00) on May twenty-eight of each subsequent year, until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before May twenty-eight of two thousand eight;

They have entered into an agreement to re-amortize and modify the payment structure of the promissory note and the related mortgage in the FIRST paragraph and marked with the letter "D" as follows: the total amount owed as of May twenty-eight of nineteen ninety-three on the mortgage in the amount of Forty-Three Thousand Nine Hundred Twenty-Three Dollars and Twenty-Four Cents ($43,923.24) is now FORTY-TWO THOUSAND FORTY-FIVE DOLLARS AND SEVENTY-THREE CENTS ($42,045.73) with interest at FIVE percent (5.00%) per annum, and shall be paid as follows: FOUR THOUSAND FIFTY-TWO DOLLARS ($4,052.00) on May twenty-eight of nineteen ninety-four and FOUR THOUSAND FIFTY-TWO DOLLARS ($4,052.00) on May twenty-eight of each subsequent year, until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before May twenty-eight of two thousand eight;

They have entered into an agreement to re-amortize and modify the payment structure of the promissory note and the related mortgage in the FIRST paragraph and marked with the letter "E" as follows: the total amount owed as of May twenty-eight of nineteen ninety-three on the mortgage in the amount of Ten Thousand Forty-Six Dollars and Forty-Two Cents ($10,046.42) is now NINE THOUSAND SIX HUNDRED NINETY-NINE DOLLARS AND THIRTY-NINE CENTS ($9,699.39) with interest at FIVE percent (5.00%) per annum, and shall be paid as follows: NINE HUNDRED THIRTY-FIVE DOLLARS ($935.00) on May twenty-eight of nineteen ninety-four and NINE HUNDRED THIRTY-FIVE DOLLARS ($935.00) on May twenty-eight of each subsequent year, until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before May twenty-eight of two thousand eight;

[Seals]

They have entered into an agreement to re-amortize and modify the payment structure of the promissory note and the related mortgage in the FIRST paragraph and

marked with the letter "F" as follows: the total amount owed as of May twenty-eight of nineteen ninety-three on the mortgage in the amount of One Hundred Sixty-One Thousand Dollars ($161,000.00) is now ONE HUNDRED SEVENTY THOUSAND FOUR HUNDRED SEVENTY-EIGHT DOLLARS AND SIXTY-EIGHT ($170,478.68) with interest at FOUR AND A HALF percent (4.50%) per annum, and which shall be paid as follows: THREE HUNDRED FORTY-THREE DOLLARS ($343.00) in consecutive annual installments beginning on May twenty-eight of nineteen ninety-four (1994) until May twenty-eight of nineteen ninety-eight (1998) and ELEVEN THOUSAND FOUR HUNDRED SEVENTY-SEVEN DOLLARS ($11,477.00) on May twenty-eight of nineteen ninety-nine (1999) and on May twenty-eight of each subsequent year until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before May twenty-eight of two thousand twenty-nine;

They have entered into an agreement to re-amortize and modify the payment structure of the promissory note and the related mortgage in the FIRST paragraph and marked with the letter "G" as follows: the total amount owed as of May twenty-eight of nineteen ninety-three on the mortgage in the amount of Twenty-One Thousand Five Hundred Dollars ($21,500.00) is now TWENTY-TWO THOUSAND EIGHT HUNDRED TEN DOLLARS AND NINETY-THREE CENTS ($22,810.93) with interest at FOUR AND A HALF percent (4.50%) per annum, and shall be paid as follows: ONE THOUSAND FIVE HUNDRED FORTY-FIVE DOLLARS ($1,545.00) on May twenty-eight of nineteen ninety-nine and ONE THOUSAND FIVE HUNDRED FORTY-FIVE DOLLARS ($1,545.00) on May twenty-eight of each subsequent year until the debt is fully paid, except that the final payment on the total debt agreed to herein, shall be made on or before May twenty-eight of two thousand twenty-nine;

They have entered into an agreement to re-amortize and modify the payment structure of the promissory note and the related mortgage in the FIRST paragraph and marked with the letter "H" as follows: the total amount owed as of May twenty-eight of nineteen ninety-three on the mortgage in the amount of Ten Thousand Five Hundred Dollars ($10,500.00) is now ELEVEN THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS AND FIFTY-NINE CENTS ($11,495.59) with interest at FIVE percent (5.00%) per annum, and which shall be paid as follows: ONE THOUSAND ONE HUNDRED EIGHT DOLLARS ($1,108.00) on May twenty-eight of nineteen ninety-four and ONE THOUSAND ONE HUNDRED EIGHT DOLLARS ($1,108.00) on May twenty-eight of each subsequent year until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before May twenty-eight of two thousand eight;

## PARTIAL MORTGAGE CANCELLATION

FIFTH: In order to reduce the mortgage referenced in paragraph ONE above and indicated under the letter "C" from the amount of Twenty-One Thousand One Hundred Forty-Five Dollars and Sixty-Six Cents ($21,145.66) to the agreed upon amount of Twenty Thousand Four Hundred Sixty-Six Dollars and Twenty-Six Cents ($20,466.26), the Mortgagee, United States of America does consent and request that the Honorable

[Seals]

Registrar proceed to partially cancel same in the amount of Six Hundred Seventy-Nine Dollars and Forty Cents ($679.40), thus reducing the amount from Twenty-One Thousand One Hundred Forty-Five Dollars and Sixty-Six Cents ($21,145.66) to Twenty Thousand Four Hundred Sixty-Six Dollars and Twenty-Six Cents ($20,466.26), which is the true current amount of said mortgage. The mortgage retains all force and effect at such amount.

In order to reduce the mortgage referenced in paragraph ONE above and indicated under the letter "D" from the amount of Forty-Three Thousand Nine Hundred Twenty-Three Dollars and Twenty-Four Cents ($43,923.24) to the agreed upon amount of Forty-Two Thousand Forty-Five Dollars and Seventy-Three Cents ($42,045.73), the Mortgagee, United States of America does consent and request that the Honorable Registrar proceed to partially cancel same in the amount of One Thousand Eight Hundred Seventy-Seven Dollars and Fifty-One Cents ($1,877.51), thus reducing the amount from Forty-Three Thousand Nine Hundred Twenty-Three Dollars and Twenty-Four Cents ($43,923.24) to Forty-Two Thousand Forty-Five Dollars and Seventy-Three Cents ($42,045.73), which is the true current amount of said mortgage. The mortgage retains all force and effect at such amount.

In order to reduce the mortgage referenced in paragraph ONE above and indicated under the letter "E" from the amount of Ten Thousand Forty-Six Dollars and Forty-Two Cents ($10,046.42) to the agreed upon amount of Nine Thousand Six Hundred Ninety-Nine Dollars and Thirty-Nine Cents ($9,699.39) the Mortgagee, United States of America does consent and request that the Honorable Registrar proceed to partially cancel same in the amount of Three Hundred Forty-Seven Dollars and Three Cents ($347.03), thus reducing the amount from Ten Thousand Forty-Six Dollars and Forty-Two Cents ($10,046.42) to Nine Thousand Six Hundred Ninety-Nine Dollars and Thirty-Nine Cents ($9,699.39), which is the true current amount of said mortgage. The mortgage retains all force and effect at such amount.

SIXTH: The appearing party Mr. EUGENIO TRAVERSO GONZALEZ in his capacity, delivers to me, the Notary, the promissory note secured by the mortgage that guarantees it, in the amount of ONE HUNDRED THREE THOUSAND DOLLARS[1] ($103,652.53) and he assures me that same has not been negotiated or encumbered in any way by the current holder and owner, the United States of America, and once identified by me, the Notary, and confirming that is the same promissory note, I do proceed to affix to it the following note: "The amount of this promissory and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, is ONE HUNDRED ELEVEN THOUSAND FIVE HUNDRED SIXTY DOLLARS AND SIXTY CENTS ($111,560.60), with interest at FIVE percent (5.00%) per annum, and shall be paid as follows: SEVEN THOUSAND SIX HUNDRED TWENTY DOLLARS ($7,620.00) on or before of May twenty-eight of nineteen ninety-four and SEVEN THOUSAND SIX

[Seals]

---

[1] Translator's Note: The written dollar amount and the amount in numerals in parentheses do not match in the original Spanish language document; this has been reflected in the English language translations.

HUNDRED TWENTY DOLLARS ($7,620.00) on May twenty-eight of each subsequent year, until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before May twenty-eight of two thousand twenty, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated May twenty-eight of nineteen ninety-three, before the Notary Carlos E. Berríos Beauchamp. I DO ATTEST.

In Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three.

(Signed, stamped, initialed, and sealed). CARLOS E. BERRÍOS BEAUCHAMP. NOTARY PUBLIC.

Having placed and signed the note, I returned it to the appearing party Mr. EUGENIO TRAVERSO GONZALEZ, in his capacity.

The appearing party Mr. EUGENIO TRAVERSO GONZALEZ in his capacity, delivers to me, the Notary, the promissory note secured by the mortgage that guarantees it, in the amount of FORTY-THREE THOUSAND NINE HUNDRED TWENTY-THREE DOLLARS AND TWENTY-FOUR CENTS ($43,923.24) and he assures me that same has not been negotiated or encumbered in any way by the current holder and owner, the United States of America, and once identified by me, the Notary, and confirming that is the same promissory note, I do proceed to affix to it the following note: "The amount of this promissory and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, is FORTY-TWO THOUSAND FORTY-FIVE DOLLARS AND SEVENTY-THREE CENTS ($42,045.73) with interest at FIVE percent (5.00%) per annum, and shall be paid as follows: FOUR THOUSAND FIFTY-TWO DOLLARS ($4,052.00) on May twenty-eight of nineteen ninety-four and FOUR THOUSAND FIFTY-TWO DOLLARS ($4,052.00) on May twenty-eight of each subsequent year, until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before May twenty-eight of two thousand eight, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated May twenty-eight of nineteen ninety-three, before the Notary Carlos E. Berríos Beauchamp. I DO ATTEST.

In Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three.

(Signed, stamped, initialed, and sealed). CARLOS E. BERRÍOS BEAUCHAMP. NOTARY PUBLIC.

Having placed and signed the note, I returned it to the appearing party Mr. EUGENIO TRAVERSO GONZALEZ, in his capacity.

[Seals] The appearing party Mr. EUGENIO TRAVERSO GONZALEZ in his capacity, delivers to me, the Notary, the promissory note secured by the mortgage that guarantees it, in the amount of Ten Thousand Forty-Six Dollars and Forty-Two Cents ($10,046.42) and he assures me that same has not been negotiated or encumbered in any way by the

current holder and owner, the United States of America, and once identified by me, the Notary, and confirming that is the same promissory note, I do proceed to affix to it the following note: "The amount of this promissory and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, is NINE THOUSAND SIX HUNDRED NINETY-NINE DOLLARS AND THIRTY-NINE CENTS ($9,699.39) with interest at FIVE percent (5.00%) per annum, and shall be paid as follows: NINE HUNDRED THIRTY-FIVE DOLLARS ($935.00) on May twenty-eight of nineteen ninety-four and NINE HUNDRED THIRTY-FIVE DOLLARS ($935.00) on May twenty-eight of each subsequent year, until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before May twenty-eight of two thousand eight, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated May twenty-eight of nineteen ninety-three, before the Notary Carlos E. Berríos Beauchamp. I DO ATTEST.

In Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three.

(Signed, stamped, initialed, and sealed). CARLOS E. BERRÍOS BEAUCHAMP. NOTARY PUBLIC.

Having placed and signed the note, I returned it to the appearing party Mr. EUGENIO TRAVERSO GONZALEZ, in his capacity.

The appearing party Mr. EUGENIO TRAVERSO GONZALEZ in his capacity, delivers to me, the Notary, the promissory note secured by the mortgage that guarantees it, in the amount of ONE HUNDRED SIXTY-ONE THOUSAND DOLLARS ($161,000.00) and he assures me that same has not been negotiated or encumbered in any way by the current holder and owner, the United States of America, and once identified by me, the Notary, and confirming that is the same promissory note, I do proceed to affix to it the following note: "The amount of this promissory and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, is ONE HUNDRED SEVENTY THOUSAND FOUR HUNDRED SEVENTY-EIGHT DOLLARS AND SIXTY-EIGHT ($170,478.68) with interest at FOUR AND A HALF percent (4.50%) per annum, and which shall be paid as follows: THREE HUNDRED FORTY-THREE DOLLARS ($343.00) in consecutive annual installments beginning on May twenty-eight of nineteen ninety-four (1994) until May twenty-eight of nineteen ninety-eight (1998) and ELEVEN THOUSAND FOUR HUNDRED SEVENTY-SEVEN DOLLARS ($11,477.00) on May twenty-eight of nineteen ninety-nine (1999) and on May twenty-eight of each subsequent year until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before May twenty-eight of two thousand twenty-nine, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated May twenty-eight of nineteen ninety-three, before the Notary Carlos E. Berríos Beauchamp. I DO ATTEST.

In Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three.

[Seals]                    (Signed, stamped, initialed, and sealed). CARLOS E. BERRÍOS BEAUCHAMP.

NOTARY PUBLIC.

Having placed and signed the note, I returned it to the appearing party Mr. EUGENIO TRAVERSO GONZALEZ, in his capacity.

The appearing party Mr. EUGENIO TRAVERSO GONZALEZ in his capacity, delivers to me, the Notary, the promissory note secured by the mortgage that guarantees it, in the amount of TWENTY-ONE THOUSAND FIVE HUNDRED DOLLARS ($21,500,00) and he assures me that same has not been negotiated or encumbered in any way by the current holder and owner, the United States of America, and once identified by me, the Notary, and confirming that is the same promissory note, I do proceed to affix to it the following note: "The amount of this promissory and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, is TWENTY-TWO THOUSAND EIGHT HUNDRED TEN DOLLARS AND NINETY-THREE CENTS ($22,810.93) with interest at FOUR AND A HALF percent (4.50%) per annum, and shall be paid as follows: ONE THOUSAND FIVE HUNDRED FORTY-FIVE DOLLARS ($1,545.00) on May twenty-eight of nineteen ninety-nine and ONE THOUSAND FIVE HUNDRED FORTY-FIVE DOLLARS ($1,545.00) on May twenty-eight of each subsequent year until the debt is fully paid, except that the final payment on the total debt agreed to herein, shall be made on or before May twenty-eight of two thousand twenty-nine, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated May twenty-eight of nineteen ninety-three, before the Notary Carlos E. Berríos Beauchamp. I DO ATTEST.

In Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three.

(Signed, stamped, initialed, and sealed). CARLOS E. BERRÍOS BEAUCHAMP. NOTARY PUBLIC.

Having placed and signed the note, I returned it to the appearing party Mr. EUGENIO TRAVERSO GONZALEZ, in his capacity.

The appearing party Mr. EUGENIO TRAVERSO GONZALEZ in his capacity, delivers to me, the Notary, the promissory note secured by the mortgage that guarantees it, in the amount of Ten Thousand Five Hundred Dollars ($10,500.00) and he assures me that same has not been negotiated or encumbered in any way by the current holder and owner, the United States of America, and once identified by me, the Notary, and confirming that is the same promissory note, I do proceed to affix to it the following note: "The amount of this promissory and the mortgage that guarantees it, re-amortized on May twenty-eight of nineteen ninety-three, is ELEVEN THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS AND FIFTY-NINE CENTS ($11,495.59) with interest at FIVE percent (5.00%) per annum, and which shall be paid as follows: ONE THOUSAND ONE HUNDRED EIGHT DOLLARS ($1,108.00) on May twenty-eight of nineteen ninety-four and ONE THOUSAND ONE HUNDRED EIGHT DOLLARS ($1,108.00) on May twenty-eight of each subsequent year until the debt is fully paid, except that the final payment on the total debt agreed to herein shall be made on or before

[Seals]

May twenty-eight of two thousand eight, according to Re-amortization of Mortgage Loan and Mortgage Modification deed number Two Hundred Seven (207), dated May twenty-eight of nineteen ninety-three, before the Notary Carlos E. Berríos Beauchamp. I DO ATTEST.

In Barranquitas, Puerto Rico, on May twenty-eight of nineteen ninety-three.

(Signed, stamped, initialed, and sealed). CARLOS E. BERRÍOS BEAUCHAMP. NOTARY PUBLIC.

Having placed and signed the note, I returned it to the appearing party Mr. EUGENIO TRAVERSO GONZALEZ, in his capacity.

SEVENTH: The interest percentage on loans for the purchase of a farm, to make permanent improvements or for operational expenses guaranteed by this instrument may be increased by the Farmers Home Administration, according with the current regulations and the terms of the promissory note.

EIGHTH: The appearing parties entering into contract by way of this instrument agree that this re-amortization does not constitute an extinctive novation of the aforementioned existent obligation (debt), as do not exist nor is there any incompatibility between the existing obligation (debt) and the modification of same under the terms and conditions herein consigned. Therefore, it is requested that the Honorable Property Registrar note the foregoing upon the recording of this document.

## ACCEPTANCE AND GRANTING

The appearing parties, in their capacities, accept the present deed as drafted, as it is a true reflection of their agreement, and I, the Notary, make all required legal warnings.

So, the appearing parties therefore state and grant before me, after waiving their right, to which I did advise them, to require the presence of instrumental witnesses.

After reading this deed, the appearing parties do hereby ratify its content, affix their initials to each and every page and sign it before me, the Notary. With respect to all previously stated in this public instrument which bears my signature, mark, initials, and seal, I DO ATTEST.

Signed: Angel Antonio Alicea Santiago, Hilda Vidaure Rivera Hoyos, Eugenio Traverso González.

The original of this deed consists of 20 pages.

[Seals] SIGNED, STAMPED, INITIALED AND SEALED. CARLOS E. BERRIOS BEAUCHAMP, NOTARY PUBLIC THE CORRESPONDING INTERNAL REVENUE AND NOTARIAL TAX SEALS ARE PAID. THE INITIALS OF THE APPEARING PARTIES PROPERLY APPEAR

[Stamp]
[Seals]

ON EACH AND EVERY PAGE  OF THE ORIGINAL OF THIS DEED AND SAID DEED IS DULY STAMPED WITH THE  PARTIES' INTIALS IN THE MARGIN OF EACH PAGE. I DO CERTIFY THAT THE PRECEDING IS THE FIRST TRUE AND ACCURATE COPY OF THE ORIGINAL OF THIS DEED CONTAINED IN MY CURRENT RECORDS UNDER THE AFOREMENTIONED NUMBER. TO BE DELIVERED TO *Farmers Home*. I DO ISSUE THIS COPY IN THE SAME PLACE AND ON THE SAME DATE OF GRANTING. I DO ATTEST.

[Signature]

[Handwritten]

Registered at:
Page – 82
Book – 174 of Bqtas
Farm – 3134
Inscription – 16th

Charges: Subject to eight mortgages in favor of United States of America: in the amounts of $23,000.00; for $73,500.00, re-amortized to $104,563.000 and $103,562.53; for $25,000.00, re-amortized to $21,353.21 and to $21,145.66, for $68,036.12, re-amortized to $43,923.24; for $11,400.00, re-amortized to $10,046.42; for $161,100.00; for $21,500.00 and for $10,500.00, re-amortized pursuant to this document, except the first mortgage, according to same.

Bqtas, July 22, 1993

No fees.
[Initials]
[Illegible handwriting]
[Signature][Seal]

# Statement of Accuracy

I hereby certify that the attached documents relating to properties of Angel Antonio Alicea Santiago and Hilda Vidaure Rivera Hoyos:
**Mortgage Re-Amortization and Modification Deed #2,** dated January 5, 1996, in Barranquitas, PR – 10 pages
**Mortgage Re-Amortization and Modification Deed #207,** dated May 28, 1993, in Barranquitas, PR – 12 pages
are true and accurate translations from Spanish into English to the best of my knowledge, ability and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED June 13, 2019.


_____
Thomas L. Bransfield
Certified Court Interpreter
Certified Medical Interpreter


WITNESS my hand and official seal hereto affixed this 13th day of June of 2019.


Signature ___*Rosa Capdevielle*_____
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of ____WA_____.
My appointment expires: _____March 15, 2022____.

NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022

------------- NUMERO DOSCIENTOS SIETE -------------

----- REAMORTIZACION DE PRESTAMO HIPOTECARIO Y -----

------------- MODIFICACION DE HIPOTECA -------------

---En Barranquitas, Puerto Rico a los veintiocho

días del mes de mayo de mil novecientos noventa y

tres. ---------------------------------------------

--------------------- ANTE MI ---------------------

---CARLOS E. BERRIOS BEAUCHAMP, Abogado y Notario

Público del Estado Libre Asociado de Puerto Rico,

con residencia, vecindad y estudio abierto en

Barranquitas, Puerto Rico. ------------------------

-------------------- COMPARECEN --------------------

---DE UNA SOLA PARTE: Como Deudores Hipotecarios:

Don ANGEL ANTONIO ALICEA SANTIAGO Seguro Social

Número              y su esposa Doña HILDA VIDAURE

RIVERA HOYOS, Seguro Social Número              ,

mayores de edad, casados entre sí, propietarios y

vecinos de Barranquitas, Puerto Rico. -------------

---Y DE LA OTRA PARTE: Como Acreedor Hipotecario:

ESTADOS UNIDOS DE AMERICA, actuando por conducto y a

través del Administrador de la Administración de

Hogares de Agricultores, a tenor con las

disposiciones de la Ley del Congreso denominada

"Rural Housing Act of 1949" con oficinas principales

en Washington, Distrito de Columbia, Estados Unidos

de América, representado en este caso por Don

EUGENIO TRAVERSO GONZALEZ, Seguro Social Número

            , mayor de edad, soltero, empleado y

vecino de Orocovis, Puerto Rico, en su carácter de

Supervisor Local de la Administración de Hogares de

Agricultores, oficina de Barranquitas, en cuyo carácter consta debidamente acreditado en el Registro de la Propiedad. -------------------------
---------------------- DOY FE ----------------------

---Del conocimiento personal de los comparecientes y por sus dichos la doy de su mayoría de edad, estado civil, profesión y vecindad. Aseguran tener y a mi juicio tienen la capacidad legal necesaria para este otorgamiento y en su consecuencia libremente: -----
---------------------- EXPONEN ----------------------

---PRIMERO: Que los deudores hipotecarios, Don Angel Antonio Alicea Santiago y su esposa Doña Hilda Vidaure Rivera Hoyos, son actualmente dueños de la siguiente propiedad: ------------------------------

---RUSTICA: Predio de terreno compuesto de DOCE CUERDA equivalentes a cuatro hectáreas, sesenta y una áreas, sesenta y cuatro centiáreas y sesenta y ocho miliáreas, sita en el Barrio Barrancas de Barranquitas, y en lindes por el Norte, con Pedro Torres; por el Sur, Este y Oeste, con la finca principal de la cual se segrega. Enclavan las siguientes estructuras: Casa construida en concreto dedicada a vivienda de treintidos pies ocho pulgadas por treintisiete pies diez pulgadas. Tanque de agua de doce pies por doce pies por siete pies. Tanque de agua cilíndrico de veintitres mil quinientos galones. Caja de medicar de cinco pies por cinco pies por cuatro pies. Dos ranchos para pollos de doscientos cincuenta pies por cuarenta pies cada uno y otro de doscientos sesenticuatro pies por cuarenta pies doble y con equipo. ------------------------

---Inscrita al folio ciento trece (113) del tomo setenta y tres (73) de Barranquitas, finca número tres mil ciento treinta y cuatro (3,134). ---------

---Se halla afecta a las siguientes hipotecas en garantía de pagaré todas a favor de Estados Unidos de América: -------------------------------------

-----A- Hipoteca por la suma principal de Veinte y Tres Mil Dólares ($23,000.00) constituida mediante la escritura número Veintisiete (27), otorgada en Barranquitas, Puerto Rico el día dos de abril de mil novecientos ochenta ante la notario Eileen Shirton de Zayas Green; -------------------------------------



2

-----B- Hipoteca por la suma principal de Setenta y Tres Mil Quinientos Dólares ($73,500.00), reamortizada a Ciento Cuatro Mil Quinientos Sesenta y Tres Dólares con Noventa y Un Centavos ($104,563.91) mediante la escritura número Ochenta y Seis (86), otorgada en Barranquitas, Puerto Rico el día veintiuno de mayo de mil novecientos ochenta y seis ante el notario Carlos E. Berríos Rojas y reamortizada a Ciento Tres Mil Seiscientos Cincuenta y Dos Dólares con Cincuenta y Tres Centavos ($103,652.53) mediante la escritura número Doscientos Doce (212) de fecha veintisiete de diciembre de mil novecientos ochenta y nueve ante el notario Carlos E. Berríos Rojas; ------------------
-----C- Hipoteca por la suma principal de Veinticinco Mil Dólares ($25,000.00), reamortizada a Veintiún Mil Trescientos Cincuenta y Tres Dólares con Veintiún Centavos ($21,353.21) mediante la escritura número Sesenta y Siete (67), otorgada en Barranquitas, Puerto Rico el día treinta de septiembre de mil novecientos ochenta y siete ante el notario Eloy Aponte Colón y reamortizada a Veintiún Mil Ciento Cuarenta y Cinco Dólares con Sesenta y Seis Centavos ($21,145.66) mediante la escritura número Doscientos Doce (212), otorgada en Barranquitas, Puerto Rico, el día veintisiete de diciembre de mil novecientos ochenta y nueve ante el notario Carlos E. Berríos Rojas; ------------------
-----D- Hipoteca por la suma principal de Sesenta y Ocho Mil Treinta y Seis Dólares con Doce Centavos ($68,036.12); reamortizada a Cuarenta y Tres Mil Novecientos Veintitres Dólares con Veinticuatro Centavos ($43,923.24) mediante la escritura número Doscientos Doce (212), otorgada en Barranquitas,



3

Puerto Rico, el día veintisiete de diciembre de mil novecientos ochenta y nueve ante el notario Carlos E. Berríos Rojas; --------------------------------
-----E- Hipoteca por la suma principal de Once Mil Cuatrocientos Dólares ($11,400.00); reamortizada a Diez Mil cuarenta y Seis Dólares con Cuarenta y Dos Centavos ($10,046.42) mediante la escritura número Doscientos Doce (212), otorgada en Barranquitas, Puerto Rico, el día veintisiete de diciembre de mil novecientos ochenta y nueve ante el notario Carlos E. Berríos Rojas; --------------------------------
-----F- Hipoteca por la suma principal de Ciento Sesenta y Un Mil Dólares ($161,000.00) constituida mediante la escritura número Doscientos Trece (213), otorgada en Barranquitas, Puerto Rico, el día veintisiete de diciembre de mil novecientos ochenta y nueve ante el notario Carlos E. Berríos Rojas; --
-----G- Hipoteca por la suma principal de Veintiún Mil Quinientos Dólares ($21,500.00) constituida mediante la escritura número Doscientos Uno (201), otorgada en Barranquitas, Puerto Rico, el día veintinueve de agosto de mil novecientos noventa ante el notario Carlos E. Berríos Rojas; ----------
-----H- Hipoteca por la suma principal de Diez Mil Quinientos Dólares ($10,500.00) constituida mediante la escritura número Doscientos Treinta y Cuatro (234), otorgada en Barranquitas, Puerto Rico, el día veinticuatro de octubre de mil novecientos noventa.
---SEGUNDO: Siguen manifestando los deudores hipotecarios, Don Angel Antonio Alicea Santiago y su esposa Doña Hilda Vidaure Rivera Hoyos, que con el fin de reamortizar las deudas hipotecarias relacionadas en el hecho PRIMERO y marcadas con las letras "B", "C", "D", "E", "F", "G" y "H"; --------



4

solicitaron y obtuvieron el consentimiento del acreedor hipotecario, Estados Unidos de América, actuando por conducto y a través del Administrador de la Administración de Hogares de Agricultores de conformidad con la Ley del Congreso titulada "Consolidated Farmers Home Administration Act of 1961", y el reglamento aprobado al efecto, para reamortizar la deuda hipotecaria. -----------------

---TERCERO: Manifiestan los comparecientes Don Angel Antonio Alicea Santiago y su esposa doña Hilda Vidaure Rivera Hoyos, que son de su propio y personal conocimiento todas y cada una de las obligaciones, cláusulas y estipulaciones contenidas o mencionadas en las escrituras de hipoteca, y en este acto en forma clara, solemne y terminante, se obligan a cumplir todas y cada una de dichas obligaciones, cláusulas y estipulaciones requeridas por la Administración de Hogares de Agricultores (FmHA); tanto el acreedor hipotecario como el deudor hipotecario acuerdan que esta reamortización no constituye una novación extintiva de la obligación anterior y que sus términos y condiciones no son incompatibles con dicha obligación anterior. ------ REAMORTIZACION Y MODIFICACION DE PAGO ------- -------------- DE PAGARE E HIPOTECA --------------

---CUARTO: Manifiesta el compareciente, DON EUGENIO TRAVERSO GONZALEZ, en el carácter que ostenta que habiendo sido aceptados los deudores hipotecarios, Don Angel Antonio Alicea Santiago y su esposa Doña Hilda Vidaure Rivera Hoyos, para recibir los beneficios de la Ley del Congreso, "Consolidated Farmers Home Administration Act of 1961", según enmendada, han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el



5

pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con la letra "B", en la siguiente forma: el importe total adeudado al veintiocho de mayo de mil novecientos noventa y tres de la hipoteca por la suma de Ciento Tres Mil Seiscientos Cincuenta y Dos Dólares con Cincuenta y Tres Centavos ($103,652.53) asciende a la suma de CIENTO ONCE MIL QUINIENTOS SESENTA DOLARES CON SESENTA CENTAVOS ($111,560.60) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: SIETE MIL SEISCIENTOS VEINTE DOLARES ($7,620.00) en mayo veintiocho de mil novecientos noventa y cuatro y SIETE MIL SEISCIENTOS VEINTE DOLARES ($7,620.00) subsiguientemente al día veintiocho de mayo de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil veinte; ----------------------
---Han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con la letra "C" en la siguiente forma: el importe total adeudado al veintiocho de mayo de mil novecientos noventa y tres de la hipoteca por la suma de Veintiún Mil Ciento Cuarenta y Cinco Dólares con Sesenta y Seis Centavos ($21,145.66) asciende a la suma de VEINTE MIL CUATROCIENTOS SESENTA Y SEIS DOLARES CON VEINTISEIS CENTAVOS ($20,466.26) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: MIL NOVECIENTOS SETENTA Y DOS DOLARES ($1,972.00) en mayo veintiocho de mil novecientos noventa y cuatro y MIL NOVECIENTOS



6

SETENTA Y DOS DOLARES ($1,972.00) subsiguientemente al día veintiocho de mayo de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil ocho; --------------------------------------------

---Han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con la letra "D" en la siguiente forma: el importe total adeudado al veintiocho de mayo de mil novecientos noventa y tres de la hipoteca por la suma de Cuarenta y Tres Mil Novecientos Veintitres Dólares con Veinticuatro Centavos ($43,923.24) asciende a la suma de CUARENTA Y DOS MIL CUARENTA Y CINCO DOLARES CON SETENTA Y TRES CENTAVOS ($42,045.73) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: CUATRO MIL CINCUENTA Y DOS DOLARES ($4,052.00) en mayo veintiocho de mil novecientos noventa y cuatro y CUATRO MIL CINCUENTA Y DOS ($4,052.00) subsiguientemente al día veintiocho de mayo de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil ocho; ---

---Han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con la letra "E" en la siguiente forma: el importe total adeudado al veintiocho de mayo de mil novecientos noventa y tres de la hipoteca por la suma de Diez Mil Cuarenta y Seis Dólares con Cuarenta y Tres Centavos



7

(\$10,046.42) asciende a la suma de NUEVE MIL SEISCIENTOS NOVENTA Y NUEVE DOLARES CON TREINTA Y NUEVE CENTAVOS (\$9,699.39) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: NOVECIENTOS TREINTA Y CINCO DOLARES (\$935.00) en mayo veintiocho de mil novecientos noventa y cuatro y NOVECIENTOS TREINTA Y CINCO (\$935.00) subsiguientemente al día veintiocho de mayo de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil ocho; --- ---Han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con la letra "F" en la siguiente forma: el importe total adeudado al veintiocho de mayo de mil novecientos noventa y tres de la hipoteca por la suma de Ciento Sesenta y Un Dólares (\$161,000.00) asciende a la suma de CIENTO SETENTA MIL CUATROCIENTOS SETENTA Y OCHO DOLARES CON SESENTA Y OCHO CENTAVOS (\$170,478.68) con intereses al CUATRO Y MEDIO por ciento (4.50%) anual y la cual habrá de ser pagada en la siguiente forma: TRESCIENTOS CUARENTA Y TRES DOLARES (\$343.00) en plazos anuales consecutivos comenzando en mayo veintiocho de mil novecientos noventa y cuatro (1994) hasta mayo veintiocho de mil novecientos noventa y ocho (1998) y ONCE MIL CUATROCIENTOS SETENTA Y SIETE DOLARES (\$11,477.00) comenzando el día veintiocho de mayo de mil novecientos noventa y nueve (1999) y subsiguientemente al día veintiocho de mayo de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del



8

total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil veintinueve; --------------------------------------

---Han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con la letra "G" en la siguiente forma: el importe total adeudado al veintiocho de mayo de mil novecientos noventa y tres de la hipoteca por la suma de Veintiún Mil Quinientos Dólares ($21,500.00) asciende a la suma de VEINTIDOS MIL OCHOCIENTOS DIEZ DOLARES CON NOVENTA Y TRES CENTAVOS ($22,810.93) con intereses al CUATRO Y MEDIO por ciento (4.50%) anual y la cual habrá de ser pagada en la siguiente forma: MIL QUINIENTOS CUARENTA Y CINCO DOLARES ($1,545.00) en mayo veintiocho de mil novecientos noventa y nueve y MIL QUINIENTOS CUARENTA Y CINCO DOLARES ($1,545.00) subsiguientemente al día veintiocho de mayo de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil veintinueve; ------------------

---Han convenido en reamortizar y modificar la forma de pago de los plazos consignados en el pagaré y en la hipoteca relacionada en el hecho PRIMERO precedente y marcada con la letra "H" en la siguiente forma: el importe total adeudado al veintiocho de mayo de mil novecientos noventa y tres de la hipoteca por la suma de DIEZ MIL Quinientos Dólares ($10,500.00) asciende a la suma de ONCE MIL CUATROCIENTOS NOVENTA Y CINCO DOLARES CON CINCUENTA Y NUEVE CENTAVOS ($11,495.59) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser



9

pagada en la siguiente forma: MIL CIENTO OCHO DOLARES ($1,108.00) en mayo veintiocho de mil novecientos noventa y cuatro y MIL CIENTO OCHO DOLARES ($1,108.00) subsiguientemente al día veintiocho de mayo de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil ocho; ------------- CANCELACION PARCIAL DE HIPOTECA -------------QUINTO: De forma en que se pueda reducir la hipoteca relacionada en el hecho PRIMERO precedente y marcada con la letra "C" por la suma de Veintiún Mil Ciento Cuarenta y Cinco Dólares con Sesenta y Seis Centavos ($21,145.66) a la suma convenida de Veinte Mil Cuatrocientos Sesenta y Seis Dólares con Veintiseis Centavos ($20,466.26), el Acreedor Hipotecario, Estados Unidos de América consiente y solicita del Honorable Registrador que proceda a cancelar parcialmente la misma en la suma de Seiscientos Setenta y Nueve Dólares con Cuarenta Centavos ($679.40), reduciendo de esta forma los Veintiún Mil Ciento Cuarenta y Cinco Dólares con Sesenta y Seis Centavos ($21,145.66) a Veinte Mil Cuatrocientos Sesenta y Seis Dólares con Veintiseis Centavos ($20,466.26) que es el verdadero monto de dicha hipoteca a esta fecha, quedando la hipoteca en toda su fuerza y vigor por dicha cantidad. ------------------De forma en que se pueda reducir la hipoteca relacionada en el hecho PRIMERO precedente y marcada con la letra "D" por la suma de Cuarenta y Tres Mil Novecientos Veintitres Dólares con Veinticuatro Centavos ($43,923.24) a la suma convenida de Cuarenta y Dos Mil Cuarenta y Cinco Dólares con Setenta y Tres Centavos ($42,045.73), el



1

Acreedor Hipotecario, Estados Unidos de América consiente y solicita del Honorable Registrador que proceda a cancelar parcialmente la misma en la suma de Mil Ochocientos Sesenta y Siete Dólares con Cincuenta y Un Centavos ($1,877.51), reduciendo de esta forma los Cuarenta y Tres Mil Novecientos Veintitres Dólares con Veinticuatro Centavos ($43,923.24) a Cuarenta y Dos Mil Cuarenta y Cinco Dólares con Setenta y Tres Centavos ($42,045.73) que es el verdadero monto de dicha hipoteca a esta fecha, quedando la hipoteca en toda su fuerza y vigor por dicha cantidad. -------------------------
-----De forma en que se pueda reducir la hipoteca relacionada en el hecho PRIMERO precedente y marcada con la letra "E" por la suma de Diez Mil Cuarentiseis Dólares con Cuarenta y Dos Centavos ($10,046.42) a la suma convenida de Nueve y Mil Seiscientos Noventa y Nueve Dólares con Treinta y Nueve Centavos ($9,699.39), el Acreedor Hipotecario, Estados Unidos de América consiente y solicita del Honorable Registrador que proceda a cancelar parcialmente la misma en la suma de Trescientos Cuarenta y Siete Dólares con Tres Centavos ($347.03), reduciendo de esta forma los Diez Mil Cuarenta y Seis Dólares con Cuarenta y Dos Centavos ($10,046.42) a Nueve Mil Seiscientos Noventa y Nueve Dólares con Treinta y Nueve Centavos ($9,699.39) que es el verdadero monto de dicha hipoteca a esta fecha, quedando la hipoteca en toda su fuerza y vigor por dicha cantidad. ------------------------
---SEXTO: El compareciente Don EUGENIO TRAVERSO GONZALEZ, en el carácter que ostenta, me entrega a mí, el Notario, el pagaré garantizado con la hipoteca por la suma de Ciento Tres Mil Dólares



($103,652.53), quien me asegura no ha sido negociado ni gravado en forma alguna por su actual tenedor y poseedor, Estados Unidos de América, y una vez identificado por mí el Notario, cerciorándome que se trata del mismo pagaré, procedo a poner anejo adherido al mismo la siguiente nota: "El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veintiocho de mayo de mil novecientos noventa y tres, dio un saldo deudor montante a CIENTO ONCE MIL QUINIENTOS SESENTA DOLARES CON SESENTA CENTAVOS ($111,560.60) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: SIETE MIL SEISCIENTOS VEINTE DOLARES ($7,620.00) en o antes del veintiocho de mayo de mil novecientos noventa y cuatro y SIETE MIL SEISCIENTOS VEINTE DOLARES ($7,620.00) en mayo veintiocho de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil veinte, según resulta de la escritura número Doscientos Siete ---- (207) ----------- de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha veintiocho de mayo de mil novecientos noventa y tres, ante el Notario Carlos E. Berríos Beauchamp, DOY FE. --------------------------------------------- ---En Barranquitas, Puerto Rico, a veintiocho de mayo de mil novecientos noventa y tres. ----------- ---(Firmado, signado, rubricado y sellado). CARLOS E. BERRIOS BEAUCHAMP. NOTARIO PUBLICO. ----------- ---Una vez puesta y firmada la nota lo devuelvo al compareciente señor EUGENIO TRAVERSO GONZALEZ, en el carácter que ostenta. -------------------------- -----El compareciente Don EUGENIO TRAVERSO GONZALEZ, en el carácter que ostenta, me entrega a mí, el

12

carácter que ostenta. --------------------------
-----El compareciente Don EUGENIO TRAVERSO GONZALEZ,
en el carácter que ostenta, me entrega a mí, el
Notario, el pagaré garantizado con la hipoteca por
la suma de Cuarenta y Tres Mil Novecientos
Veintitres Dólares con Veinticuatro Centavos
($43,923.24), quien me asegura no ha sido negociado
ni gravado en forma alguna por su actual tenedor y
poseedor, Estados Unidos de América, y una vez
identificado por mí el Notario, cerciorándome que se
trata del mismo pagaré, procedo a poner anejo
adherido al mismo la siguiente nota: "El importe de
este pagaré y la hipoteca que lo garantiza,
reamortizado al veintiocho de mayo de mil
novecientos noventa y tres, dio un saldo deudor
montante a CUARENTA Y DOS MIL CUARENTA Y CINCO
DOLARES CON SETENTA Y TRES CENTAVOS ($42,045.73) con
intereses al CINCO por ciento (5.00%) anual y la
cual habrá de ser pagada en la siguiente forma:
CUATRO MIL CINCUENTA Y DOS DOLARES ($4,052.00) en o
antes del veintiocho de mayo de mil novecientos
noventa y cuatro y CUATRO MIL CINCUENTA Y DOS
DOLARES ($4,052.00) en mayo veintiocho de cada año
subsiguiente excepto el pago final del total de la
deuda aquí asumida, se hará en o antes del día
veintiocho de mayo del año dos mil ocho, según
resulta de la escritura número Doscientos Siete -----
(207) ----------- de Reamortización de Préstamo
Hipotecario y Modificación de Hipoteca, de fecha
veintiocho de mayo de mil novecientos noventa y
tres, ante el Notario Carlos M. Berríos Beauchamp,
DOY FE. --------------------------------------------
---En Barranquitas, Puerto Rico, a veintiocho de
mayo de mil novecientos noventa y tres. -----------



1.

---(Firmado, signado, rubricado y sellado).   CARLOS
E. BERRIOS BEAUCHAMP.  NOTARIO PUBLICO.  ----------
---Una vez puesta y firmada la nota lo devuelvo al
compareciente señor EUGENIO TRAVERSO GONZALEZ, en el
carácter que ostenta. ----------------------------
-----El compareciente Don EUGENIO TRAVERSO GONZALEZ,
en el carácter que ostenta, me entrega a mí, el
Notario, el pagaré garantizado con la hipoteca por
la suma de Diez Mil Cuarenta y Seis Dólares con
Cuarenta y Dos Centavos ($10,046.42), quien me
asegura no ha sido negociado ni gravado en forma
alguna por su actual tenedor y poseedor, Estados
Unidos de América, y una vez identificado por mí el
Notario, cerciorándome que se trata del mismo
pagaré, procedo a poner anejo adherido al mismo la
siguiente nota: "El importe de este pagaré y la
hipoteca que lo garantiza, reamortizado al
veintiocho de mayo de mil novecientos noventa y
tres, dio un saldo deudor montante a NUEVE MIL
SEISCIENTOS NOVENTA Y NUEVE DOLARES CON TREINTA Y
NUEVE CENTAVOS ($9,699.39) con intereses al CINCO
por ciento (5.00%) anual y la cual habrá de ser
pagada en la siguiente forma:   NOVECIENTOS TREINTA
Y CINCO DOLARES ($935.00) en o antes del veintiocho
de mayo de mil novecientos noventa y cuatro y
NOVECIENTOS TREINTA Y CINCO DOLARES ($935.00) en
mayo veintiocho de cada año subsiguiente excepto el
pago final del total de la deuda aquí asumida, se
hará en o antes del día veintiocho de mayo del año
dos mil ocho, según resulta de la escritura número -
Doscientos Siete - de Reamortización de Préstamo
Hipotecario y Modificación de Hipoteca, de fecha
veintiocho de mayo de mil novecientos noventa y



tres, ante el Notario Carlos E. Berríos Beauchamp,
DOY FE. ---------------------------------------------
---En Barranquitas, Puerto Rico, a veintiocho de
mayo de mil novecientos noventa y tres. ------------
---(Firmado, signado, rubricado y sellado). CARLOS
E. BERRIOS BEAUCHAMP. NOTARIO PUBLICO. -----------
---Una vez puesta y firmada la nota lo devuelvo al
compareciente señor EUGENIO TRAVERSO GONZALEZ, en el
carácter que ostenta. ---------------------------
-----El compareciente Don EUGENIO TRAVERSO GONZALEZ,
en el carácter que ostenta, me entrega a mí, el
Notario, el pagaré garantizado con la hipoteca por
la suma de Ciento Sesenta y Un Mil Dólares
($161,000.00), quien me asegura no ha sido negociado
ni gravado en forma alguna por su actual tenedor y
poseedor, Estados Unidos de América, y una vez
identificado por mí el Notario, cerciorándome que se
trata del mismo pagaré, procedo a poner anejo
adherido al mismo la siguiente nota: "El importe de
este pagaré y la hipoteca que lo garantiza,
reamortizado al veintiocho de mayo de mil
novecientos noventa y tres, dio un saldo deudor
montante a CIENTO SETENTA MIL CUATROCIENTOS
VEINTIOCHO DOLARES CON SESENTA Y OCHO ($170,478.68)
con intereses al CUATRO Y MEDIO por ciento (4.50%)
anual y la cual habrá de ser pagada en la siguiente
forma: TRESCIENTOS CUARENTA Y TRES DOLARES
($343.00) en plazos anuales consecutivos comenzando
en mayo veintiocho de mil novecientos noventa y
cuatro (1994) hasta mayo veintiocho de mil
novecientos noventa y ocho (1998) y ONCE MIL
CUATROCIENTOS SETENTA Y SIETE DOLARES ($11,477.00)
comenzando el día veintiocho de mayo de mil
novecientos noventa y nueve (1999) y



16

subsiguientemente al día veintiocho de mayo de cada año hasta que la deuda sea totalmente satisfecha, excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil veintinueve, según resulta de la escritura número Doscientos Siete (207) -------------------------- de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha veintiocho de mayo de mil novecientos noventa y tres, ante el Notario Carlos E. Berríos Beauchamp, DOY FE. --------------------------------------------En Barranquitas, Puerto Rico, a veintiocho de mayo de mil novecientos noventa y tres. --------------(Firmado, signado, rubricado y sellado). CARLOS E. BERRIOS BEAUCHAMP. NOTARIO PUBLICO. --------------Una vez puesta y firmada la nota lo devuelvo al compareciente señor EUGENIO TRAVERSO GONZALEZ, en el carácter que ostenta. ----------------------------------El compareciente Don EUGENIO TRAVERSO GONZALEZ, en el carácter que ostenta, me entrega a mí, el Notario, el pagaré garantizado con la hipoteca por la suma de Veintiún Mil Quinientos Dólares ($21,500.00), quien me asegura no ha sido negociado ni gravado en forma alguna por su actual tenedor y poseedor, Estados Unidos de América, y una vez identificado por mí el Notario, cerciorándome que se trata del mismo pagaré, procedo a poner anejo adherido al mismo la siguiente nota: "El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veintiocho de mayo de mil novecientos noventa y tres, dió un saldo deudor montante a VEINTIDOS MIL OCHOCIENTOS DIEZ DOLARES CON NOVENTA Y TRES CENTAVOS ($22,810.93) con intereses al CUATRO Y MEDIO por ciento (4.50%) anual



17

y la cual habrá de ser pagada en la siguiente forma:
MIL QUINIENTOS CUARENTA Y CINCO DOLARES ($1,545.00)
en o antes del veintiocho de mayo de mil novecientos
noventa y nueve y MIL QUINIENTOS CUARENTA Y CINCO
DOLARES ($1,545.00) en mayo veintiocho de cada año
subsiguiente excepto el pago final del total de la
deuda aquí asumida, se hará en o antes del día
veintiocho de mayo del año dos mil veintinueve,
según resulta de la escritura número Doscientos -----
Siete (207) ------ de Reamortización de Préstamo
Hipotecario y Modificación de Hipoteca, de fecha
veintiocho de mayo de mil novecientos noventa y
tres, ante el Notario Carlos E. Berríos Beauchamp,
DOY FE. --------------------------------------------
---En Barranquitas, Puerto Rico, a veintiocho de
mayo de mil novecientos noventa y tres. -----------
---(Firmado, signado, rubricado y sellado).  CARLOS
E. BERRÍOS BEAUCHAMP.  NOTARIO PUBLICO. -----------
---Una vez puesta y firmada la nota lo devuelvo al
compareciente señor EUGENIO TRAVERSO GONZALEZ, en el
carácter que ostenta. ----------------------------
-----El compareciente Don EUGENIO TRAVERSO GONZALEZ,
en el carácter que ostenta, me entrega a mí, el
Notario, el pagaré garantizado con la hipoteca por
la suma de Diez Mil Quinientos Dólares ($10,500.00),
quien me asegura no ha sido negociado ni gravado en
forma alguna por su actual tenedor y poseedor,
Estados Unidos de América, y una vez identificado
por mí el Notario, cerciorándome que se trata del
mismo pagaré, procedo a poner anejo adherido al
mismo la siguiente nota: "El importe de este pagaré
y la hipoteca que lo garantiza reamortizado al
veintiocho de mayo de mil novecientos noventa y
tres, dio un saldo deudor montante a ONCE MIL



18

CUATROCIENTOS NOVENTA Y CINCO DOLARES CON CINCUENTA Y NUEVE CENTAVOS ($11,495.59) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: MIL CIENTO OCHO DOLARES ($1,108.00) en o antes del veintiocho de mayo de mil novecientos noventa y cuatro y MIL CIENTO OCHO DOLARES ($1,108.00) en mayo veintiocho de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil ocho, según resulta de la escritura número Doscientos --- Siete (207) ----- de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha veintiocho de mayo de mil novecientos noventa y tres, ante el Notario Carlos E. Berríos Beauchamp, DOY FE. -------------------------------------------

---En Barranquitas, Puerto Rico, a veintiocho de mayo de mil novecientos noventa y tres. -----------

---(Firmado, signado, rubricado y sellado). CARLOS E. BERRIOS BEAUCHAMP. NOTARIO PUBLICO. -----------

---Una vez puesta y firmada la nota lo devuelvo al compareciente señor EUGENIO TRAVERSO GONZALEZ, en el carácter que ostenta. ----------------------------

---SEPTIMO: El por ciento de interés de préstamos para compra de finca, mejoras permanentes o gastos operacionales garantizado con este instrumento podrá ser aumentado por la Administración de Hogares para Agricultores de acuerdo con la reglamentación vigente y los términos del Pagaré. ------------

---OCTAVO: Las partes contratantes en este instrumento convienen asimismo que este convenio de reamortización no constituye una novación extintiva de la obligación (deuda) existente a la cual ya se ha hecho mención, por no haber ni existir



19

incompatibilidad entre dicha obligación (deuda) existente y la modificación de la misma bajo los términos y condiciones aquí consignados; por lo que se ruega al Honorable Registrador de la Propiedad, que así se haga constar en la inscripción de este documento. -------------------------------------------

------------ ACEPTACION Y OTORGAMIENTO ------------

---Los comparecientes, en el carácter que ostentan, aceptan la presente escritura en la forma redactada por ser conforme a lo convenido, y yo, el Notario Autorizante, les hago las advertencias legales de rigor. -------------------------------------------

---Así lo dicen y otorgan los comparecientes ante mí, luego de haber renunciado al derecho que les hice saber tenían para requerir la presencia de testigos instrumentales. ------------------------

---Leída esta escritura por los otorgantes, se ratifican en su contenido, estampan sus iniciales en cada uno de sus folios y la firman ante mí, el Notario, que de todo lo relacionado anteriormente en este instrumento público, que firmo, signo, rubrico y sello, DOY FE. --------------------------------

Firmados:  Angel Antonio Alicea Santiago, Hilda ---- Vidaure Rivera Hoyos, Eugenio Traverso González. --- El original de esta escritura cosnta de 20 folios.





FIRMADO, SIGNADO, RUBRICADO Y SELL... CARLOS E. BERRIOS BEAUCHAMP  NOTAR... PUBLICO HAY CANCELADOS LOS CORRESPONDIE... S SELLOS DE RENTAS INTERNAS E IMPUES... NOTARIAL. Y DEBIDAMENTE ESTAMPADA LAS... INICIALES DE LOS OTORGANTES AL MARG... DE TODOS, Y CADA UNO DE LOS FOLIOS DEL ORIGINAL... ...RT... QUE LA QUE PRECEDE ES PRIMERA COPIA FIE... DE SU ORIGINAL QUE BAJO EL NUMERO ANTES INDICADO OBRA EN MI PROTOCOLO CORRIENTE. PARA ENTREGAR A *Farmers Home* EXPIDO LA PRESENTE EN EL MISMO SITIO Y FECHA DE SU OTORGAMIENTO. DOY FE. --------------------------

2(

Registrado al:

folio 82
tomo 174 de Bqtas
finca 3134
ins. 16ta.

Cargas: se halla afecta a ocho
hipotecas a favor de E.U.A.; por las
sumas de $23,000.00 ; por $73,500.00
reamortizada a $104,563.00 y a $103,6525=
por $25,000.00 reamortizada a $21,353.21
y a $21,145.66 ; por $68,036.12 reamorti-
zada a $43,923.24. por $11,400.00 ;
reamortizada a $10,046.42 ;
por $16,000.00 ; por $21,500.00 y por
$10,500.00 ; reamortizadas a virtud
de este documento excepto la primera
hipoteca según consta del mismo.

Bqtas, a 22 de julio de 1993.

Sin Dios.

OK
ER4

OK — J. lo 10/6/93

REGISTRO DE LA PROPIEDAD
SECCION DE
BARRANQUITAS
PUERTO RICO

USDA-FmHA
Form FmHA 1940-17
(Rev. 10-89)

RESCHEDULED
on 05-28-93

**PROMISSORY NOTE**

| KIND OF LOAN |
|---|
| Type: ___EM___    ☒ Regular |
| ☐ Limited |
| Resource |
| Pursuant to: |
| ☐ Consolidated Farm & Rural Development Act |
| ☒ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name |
|---|
| ANGEL A. ALICEA SANTIAGO |

| State | County |
|---|---|
| PUERTO RICO | BARRANQUITAS |

| Case No. | Date |
|---|---|
| 63-12-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 | AUGUST 29, 1990 |

| Fund Code | Loan No. |
|---|---|
| 43 | 20 - 28 |

| ACTION REQUIRING NOTE | |
|---|---|
| ☒ Initial loan | ☐ Rescheduling |
| ☐ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
| | ☐ Deferred payments |
| ☐ Consolidation | ☐ Debt write down |
| ☐ Conservation easement | |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture,

(herein called the "Government"), or its assigns, at its office in  BARRANQUITAS, PUERTO RICO

———————————————————— , or at such other place as the Government may later designate in writing, the principal sum of

TWENTY ONE THOUSAND FIVE HUNDRED ——————————————————————————————— dollars

($ 21,500.00 ——————————————————————————— ), plus interest on the unpaid principal balance at the **RATE** of

FOUR AND A HALF ————————————————————— percent ( 4 1/2 %) per annum and

———————————————————————————————————— dollars ($ ——————————— )
of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in _____30_____ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| | | | |
|---|---|---|---|
| $ 1,321.00 | on 8/29/91 | ; $ | on ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |

and $ 1,321.00 _____ thereafter on  8/29  of each year until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable ___30___ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Records of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s)(new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

_Angel Antonio Alicea Santiago_     _(Borrower)_
ANGEL ANTONIO ALICEA SANTIAGO

_Hilda Vidaure Rivera Hoyos_
HILDA VIDAURE RIVERA HOYOS

P. O. BOX 7277

BARRANQUITAS, P. R. 00618

### RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 21,500.00 | 8/29/90 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 21,500.00 | |

5-28-93

El importe de este pagaré y la hipoteca que lo garantiza, reamorti-
zado el veintiocho de mayo de mil novecientos noventa y tres, dio
un saldo deudor montante a VEINTIDOS MIL OCHOCIENTOS DIEZ DOLARES
CON NOVENTA Y TRES CENTAVOS ($22,810.93) con intereses al CUATRO
Y MEDIO por ciento (4.50%) anual y la cual habrá de ser pagada en
la siguiente forma:  MIL QUINIENTOS CUARENTA Y CINCO DOLARES ----
($1,545.00) en o antes del veintiocho de mayo de mil novecientos
noventa y nueve y MIL QUINIENTOS CUARENTA Y CINCO DOLARES -------
($1,545.00) en mayo veintiocho de cada año subsiguiente excepto
el pago final del total de la deuda aquí asumida, se hará en o
antes del día veintiocho de mayo del año dos mil veintinueve, según
resulta de la escritura número Doscientos Siete (207) de Reamorti-
zación de Préstamo Hipotecario y Modificación de Hipoteca, de fecha
veintiocho de mayo de mil novecientos noventa y tres, ante el
notario Carlos E. Berríos Beauchamp, DOY FE.

En Barranquitas, Puerto Rico, a veintiocho de mayo de mil novecien-
tos noventa y tres.

                                    Carlos E. Berríos Beauchamp
                                         Notario Público

Forma FmHA 427-1(S) PR
(Rev. 10-82)

------------------NUMERO------------------
                  NUMBER

------------HIPOTECA VOLUNTARIA------------
            VOLUNTARY MORTGAGE

En Barranquitas, Puerto Rico, a los veintinueve días del mes de
In Barranquitas, Puerto Rico, this twenty ninth day of August,
agosto de mil novecientos noventa.
nineteen hundred ninety.

------------------ANTE MI------------------
                  BEFORE ME

------------CARLOS E. BERRIOS ROJAS------------

**Abogado y Notario Público de la Isla de Puerto Rico con residencia en** Barranquitas,
Attorney and Notary Public for the Island of Puerto Rico, with residence in  Barranquitas,

Puerto Rico ------------ **y oficina en** Barranquitas, Puerto Rico.
Puerto Rico ------------ **and office in** Barranquitas, ------------**Puerto Rico.**

------------------COMPARECEN------------------
                  APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their

de su edad, estado civil, profesión y vecindad.
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this

miento.
voluntary mortgage.

------------------EXPONEN------------------
                  WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same

denominada de aquí en adelante "los bienes".
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with




un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————————

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——————————————

hayan estimado sobre la propiedad hipotecada.—————————————————
estimated against the property.————

CUARTO: Se sobreentiende que:————————————————————————
FOURTH: It is understood that:————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————————

das.————————————————————————————————————————



(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.————————————————————————————
will be the insured lender.————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal————

tereses de dicho pagaré.—————————————————————————————
and interest.————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".—————————————————————
ments on the note, to be designated the "annual charge".————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————



Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit———————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor———————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any———————

cualquier convenio suplementario por parte del deudor.———————————
supplementary agreement.———————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,——

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the———————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt———————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee———————



contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default———————

plimiento por parte del deudor hipotecario.———————————————
by the mortgagor.— ————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note———————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee———————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH———————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the———————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee———————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof———————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement———————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its———————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in———————



subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the——————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor——————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on—————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or——————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,——————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to——————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor—————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or—————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest—————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.—————————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac ee
thereon before and after maturity until paid, losses sustained by the——————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and—————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and——————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of——————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional———————————

adicional especificada en el párrafo NOVENO de este documento.————————————
amounts as specified in paragraph NINTH hereof.———————————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:——————————
SIXTH: That the mortgagor specifically agrees as follows:——————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness—————————————————————





Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del    cuatro y medio
subparagraph shall bear interest at the rate of    four and a half

por ciento (  4   1/2 °/o)
per cent  (  4   1/2 °/o)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance—————————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————————
until repaid to the mortgagee.——————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance—————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant—————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgage—————————

hipotecario determinare.————————————
determines.——————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————————

los propósitos autorizados por el acreedor hipotecario.————————————
for purposes authorized by mortgagee.—————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee—————

tecario bajo los términos de esta hipoteca.————————————
under the terms of this mortgage.—————————



(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro——————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions—————

aprobare el acreedor hipotecario.————————————
approved by mortgagee.——————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all—————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortara ni removerá madera de la finca,
any building or improvement on the property, nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
a purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.————————————
mortgagor of the covenants of this mortgage.————————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option





podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of





Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,——————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is——————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as——————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,——————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.——————————————————————————
request the protection of the law.———

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements——————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————————

rarios de abogado.——————————————————————————————————
attorney's fees.————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness————————————————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)————————



negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over————————————————

dichos bienes.————————————————————————————————
said property.————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.————————
in or to the lien or any benefits herein contained.————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall————————————

constituirá incumplimiento de esta hipoteca.————————————————————
constitute default hereunder.————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated————————

especifica más adelante.————————————————————————————
hereinafter.————

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee————————————





Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public————

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment————————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so—————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment———

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this————————————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.—————
mortgage, and if any amount then remains, will pay such amount to mortgagor.——————————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case————————————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,————————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount——————————————

de CUATROCIENTOS OCHO MIL NOVECIENTOS DIECISEIS CON66/100 DOLARES
of FOUR HUNDRED EIGHT THOUSAND,NINE HUNDRED SIXTEEN AND 66/100 DOLLARS

($408,916.00).
————————————————————————————————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be————————————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the————

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations——————————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the—————————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and————————

y aseguramiento del préstamo antes mencionado.—————————————————————
insuring of the loan hereinbefore mentioned.————————————————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:——————
NINTH: The amounts guaranteed by this mortgage are as follows:——————————————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of———————————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee——————————————————

hipotecario cediere esta hipoteca sin asegurar el pagaré VEINTIUN MIL QUINIEN-
should assign this mortgage without insurance of the note,  TWENTY ONE THOUSAND FIVE

TOS                                              DOLARES ($ 21,500.00 )
HUNDRED                                          DOLLARS ($ 21,500.00 )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

cuatro y medio————————————————— por ciento ( 4  1/2  °/o) anual;
four and a half————————————————— per cent ( 4  1/2  °/o) per annum;



- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A) VEINTIUN MIL QUINIENTOS
(A) TWENTY ONE THOUSAND FIVE HUNDRED

DOLARES ($ 21,500.00)
DOLLARS ($ 21,500.00)

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,

Tercero;
Three;

(B) TREINTA Y DOS MIL DOSCIENTOS CINCUENTA
(B) THIRTY TWO THOUSAND TWO HUNDRED FIFTY

DOLARES ($ 32,250.00)
DOLLARS ($ 32,250.00)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré.
sustain under its insurance of payment of the note;

Tres. En cualquier caso y en todo tiempo;
Three. In any event and at all times whatsoever:

(A) OCHO MIL SEISCIENTOS DOLARES
(A) EIGHT THOUSAND SIX HUNDRED DOLLARS

($ 8,600.00) para intereses después de mora;
($ 8,600.00) for default interest;

(B) CUATRO MIL TRESCIENTOS DOLARES
(B) FOUR THOUSAND THREE HUNDRED DOLLARS

($4,300.00) para contribuciones, seguro y otros adelantos para la con-
($4,300.00) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph

SEXTO, Tercero;
SIXTH, Three;

(C) DOS MIL CIENTO CINCUENTA DOLARES
(C) TWO THOUSAND ONE HUNDRED FIFTY DOLLARS

($ 2,150.00) para costas, gastos y honorarios de abogado en caso
($ 2,150.00) for costs, expenses and attorney's fees in case

de ejecución;
of foreclosure;

(D) DOS MIL CIENTO CINCUENTA DOLARES
(D) TWO THOUSAND ONE HUNDRED FIFTY DOLLARS

($ 2,150.00) para costas y gastos que incurriere el acreedor hipoteca-
($ 2,150.00) for costs and expenditures incurred by the mortgagee in

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as

se consigna en el párrafo SEXTO, Trece.
provided in paragraph (SIXTH, Thirteen.





Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD------------------------

de esta hipoteca es (son) descrito(s) como sigue:------------------------
of this mortgage is(are) described as follows:------------------------

"Pagaré otorgado en el caso número  sesentitres - doce - cinco ocho tres
"Promissory note executed in case number   sixty three - twelve - five eight --

cinco cuatro- siete siete cinco dos ------  fechado el día ----------
three - five four - seven seven five two --  dated the  twenty nineth

veintinueve ----- de agosto -------------- de mil novecientos-----
---------------- day of August -------------  nineteen hundred and  --------

noventa -------------------- por la suma de  Veintiun Mil Quinientos
ninety -------------------- in the amount of  Twenty One Thousand Five

($21,500.00) ----------------------------- dólares de principal más
Hundred Dollars ($21,500.00) -------------------------- of principal plus

intereses sobre el balance del principal adeudado a razón del  cuatro y medio -----
interest over the unpaid balance at the rate of  four and a half -----------

---------------------------------- (  4  1/2 -----) por ciento anual,
------------------------------------- (  4  1/2 ----- ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments, ----------

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed----------

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the---

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due----------------

a los TREINTA (30) --------------------------------------------------
and payable  THIRTY (30) --------------------------------------------

años de la fecha de este pagaré.--------------------------------------
years from the date of this promissory note.--------

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the---------

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United-------

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act---

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as--------------

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers-----------

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the ------

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.--------------
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.--

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which-- --------------

constituye Hipoteca Voluntaria, se describe como sigue:----------------
voluntary mortgage is constituted, is described as follows:------------------

RUSTICA:  Predio de terreno compuesto de Doce Cuerdas equivalentes
RUSTIC:  Lot of land with an area of Twelve Cuerdas equivalent to



- 13 -

a cuatro hectáreas, sesenta y una àreas, sesenta y cuatro centiáreas
four hectare, sixty one area, sixty four centiare and sixty eight ---

y sesenta y ocho miliáreas, sita en el Barrio Barrancas de Barranqui-
miliare, located in Barrancas Ward of Barranquitas, and bounded by -

tas. y en lindes por el Norte, con Pedro Torres; por el Sur, Este y
the North with Pedro Torres;  by the South, East, and West with the

Oeste, con la finca principal de la cual se segrega.  Enclavan las
principal lot from which this was formed.  In These lot there are --

siguientes estructuras: Casa construída en concreto dedicada a vivier
the following buildings: A concrete dwelling thatmeasures thirty two

da de treintidos pies ocho pulgadas por treintisiete pies diez pulga-
feet eight inches by thirty seven feet ten inches. Water tank that -

das. Tanque de agua de doce pies por doce pies por siete pies. Caja -
measures twelve feet by twelve feet by seven feet. Caja de Medicar -

de medicar de cinco pies por cinco pies por cuatro pies. Dos ranchos
that measures five feet by five feet by four feet.  Two Poultry barns

para pollos de doscientos cincuenta pies por cuarenta pies cada uno
that measures three hundred feet by forty feet and another that ----

y otro de trescientos pies por cuarenta pies con equipo.  ----------
measures three hundred feet by forty feet with equipment.  ---------

------------------------------------------------------------------

Adquirió el prestatario la descrita finca por  compra -------------
Borrower acquired the described property by   purchase -------------

según consta de la Escritura Número  Veintiseis (26)  -------------
pursuant to Deed Number   Twenty Six (26) -------------------------

de fecha  dos de abril de mil novecientos ochenta -----------------
dated   April two, nineteen eighty --------------------------------

otorgada en la ciudad de  Barranquitas, Puerto Rico ---------------
executed in the city of   Barranquitas, Puerto Rico ---------------

ante el Notario   Eileen Sutton de Zayas Green --------------------
before Notary   Eileen Sutton de Zayas Green ----------------------

Dicha propiedad se encuentra  afecta a las cargas que detallamos al final
Said property is  subject to the encumbrances set forth at the end of this
de esta escritura. Inscrita al folio ciento trece (113) del tomo se-
deed. Registered at page one hundred thirteen (113) of volume seven-
tenticuatro (74) de Barranquitas, finca tres mil ciento treinticua-
ty four (74) of Barranquitas, lot three thousand one hundred thirty
tro (3,134). ------------------------------------------------------
four (3,134).  ----------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors --------------------

carios  ANGEL ANTONIO ALICEA SANTIAGO e HILDA VIDAURE RIVERA HOYOS,
are  ANGEL ANTONIO ALICEA SANTIAGO and HILDA VIDAURE RIVERA HOYOS, of
mayores de edad, casados entre sí, propietarios y vecinos de Barran-
legal age, married to each other, property owners and residents of
quitas, Seguro Social ▓▓▓▓▓▓ y ▓▓▓▓▓▓ respectivamente ----
Barranquitas, Social Security ▓▓▓▓ and ▓▓▓▓ --------

cuya dirección postal es:  Apartado siete mil doscientos setenta y
respectively, whose postal address is:  P. O. Box seven thousand --
siete (7277), Barrаnquitas, Puerto Rico cero cero seiscientos -----
two hundred seventy seven (7277), Barranquitas, Puerto Rico cero --
dieciocho (00618). ------------------------------------------------
cero six hundred eighteen (00618).
DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used----------




14

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).————————————————————————————
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as————————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the————————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to————

ejecución de la hipoteca.———————————————————————————————
the foreclosure of the mortgage.————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,————

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present————

dueños deudores o por sus cesionarios o causahabientes.————————————————
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and————————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)————

cualquier derecho de Hogar Seguro (Homestead) que en el presente o en el futuro
any Homestead right (Homestead) that presently in the future ————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings————

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31————————

L.P.R.A. 1851)————————————————————————————————————
L.P.R.A. 1851.-

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with



fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)





Forma FmHA 427-1(S) PR
(Rev. 10-82)

————————————————ACEPTACION————————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez————
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.—————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.—————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)————
So they say and execute before me, the authorizing Notary, the appearing party (parties)————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.————————————————————————————————————————
I advised him (them).————————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its————————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed—————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES————————

FE de todo el contenido de esta escritura.————————————————————————
FAITH to everything contained in this deed.————————————————————————

En este estado del otorgamiento se hace constar que la finca obje-
The parties states that the property subject to this mortgage is

to de esta hipoteca está afecta a cinco hipotecas a favor de los
subject to five mortgages in favor of United States of América: -



Estados Unidos de América, una por la suma de Veintitres Mil Dóla-
One for Twenty Three Thousand Dollars ($23,000.00), another for --

res ($23,000.00), otra por la suma de Ciento Cuatro Mil Quinientos
One Hundred Four Thousand Five Hundred Sixty Three Dollars and --

Sesenta y Tres Dólares con Noventa y Un Centavos ($104,563.91) rea
Ninety One Cents ($104,563.91) reamortized to One Hundred Three --

mortizada a Ciento Tres Mil Seiscientos Cincuenta y Dos Dólares co
Thousnd Six Hundred Fifty Two Dollars and Fifty Three Cents ------

Noventa y Tres Centavos ($103,652.53), otra de Veintiun Mil Tres--
($103,652.53) another for Twenty One Thousand Three Hundred Fifty

cientos Cincuenta y Tres Dólares con Veintiun Centavos ($21,353.21
Three and Twenty One Cents ($21,353.21) reamortized to Twenty One

reamotizada a Veintiun Mil Ciento Cuarenta y Cinco Dólares con --
Thousand One Hundred Forty Five Dollars and Sixty Six Cents -----

Sesenta y Seis Centavos ($21,145.66), otra de Sesenta y Ocho Mil -
($21,145.66) another for Sixty Eight Thousand Thirty Six Dollars

Treinta y Seis Dólares con Doce Centavos que fue reducida a Cuaren
and twelve cents ($68,036.12) reduced to Forty Three Thousand Nine

ta y Tres Mil Novecientos Veintitres Dólares con Veinticuatro Cen-
Hundred Twenty Three and twnety Four Cents ($43,923.24) and anothe

tavos ($43,923.24) y otra de Once Mil Cuatrocientos ($11,400.00)
for Eleven Thousand Four Hudnred Dollars ($11,400.00) reamortized

reamortizada a Diez Mil Cuarenta y Seis Dólares con Cuarenta y Dos
to Ten Thoussand Forty Six Dollars and forty two cents ----------

Centavos ($10,046.42) y a otra hipoteca  a favor de Estados Unidos

($10,046.42) and another mortgage in favor of United States of

de América por la suma principal de Ciento Sesenta y Un Mil --
América for the principal amount of One Hundred Sixty One ----

Dólares ($161,000.00). REPITO LA FE. ------------------------
Thousand Dollars ($161,000.00). I REPEAT THE NOTARIAL FAITH.

Firmados: Angel Antonio Alicea Santiago, Hilda Vidaure Rivera
Hoyos. ------------------------------------------------------

El original de esta escritura consta de 8 folios escritos por
los dos lados y dos folios escritos por los dos lados. ------

FIRMADO, SIGNADO, RUBRICADO Y SELLADO,
CARLOS E. BERRIOS ROJAS, NOTARIO PUBLICO
HAY CANCELADOS LOS CORRESPONDIENTES
SELLOS DE RENTAS INTERNAS E IMPUESTO
NOTARIAL. Y DEBIDAMENTE ESTAMPADAS LAS
INICIALES DE LOS OTORGANTES AL MARGEN DE
TODOS Y CADA UNO DE LOS FOLIOS DEL ORIGINAL.
CERTIFICO QUE LA QUE PRECEDE ES PRIMERA
COPIA FIEL Y EXACTA DE SU ORIGINAL QUE BAJO
EL NUMERO ANTES INDICADO OBRA EN MI PROTOCOLO
CORRIENTE. PARA ENTREGAR A *Jainelle Arage*
EXPIDO LA PRESENTE EN EL MISMO SITIO Y FE-
CHA DE SU OTORGAMIENTO. DOY FE.------------------





Inscrito al

folio – 800 +

Tomo – 174 de Bytos.

finca – 3134

Inse . 14 ta.

Cargas– Seis hipotecas a favor
de E.U.A por; $23,000.00 ; $73,500.00
Ampliada a $103,652.53 ; $25,000.00 ;
Ampliada a $21,145.66 ; $68,036.12
Ampliada a $68,572.05 ; $11,400.00
ampliada a $10,046.42 y $161,000.00
y a la que por este documento se
constituye. Bytas, a 31 de agosto de
1990, dup. 7 de septiembre de 1990.
S.D.



Revised
Rhody
11/13/90

USDA-FmHA
Form FmHA 1940-17
(Rev. 8-88)

RESCHEDULED
on 05-28-93

PROMISSORY NOTE    44-29

| KIND OF LOAN |
|---|
| Type: __OL__   ☐ Regular |
|    ☒ Limited Resource |

| Name |
|---|
| ALICEA, ANGEL A. |

| State | County |
|---|---|
| PUERTO RICO | BARRANQUITAS |

| Case No. | Date |
|---|---|
| 63-12-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 | 24 de OCTUBRE DE 1990 |

| Fund Code | Loan No. |
|---|---|
| 44 | 21 ~ 35 |

Pursuant to:
☒ Consolidated Farm & Rural Development Act
☐ Emergency Agricultural Credit Adjustment Act of 1978

ACTION REQUIRING NOTE
☐ Initial loan          ☐ Rescheduling
☒ Subsequent loan    ☐ Reamortization
☐ Consolidated &      ☐ Credit sale
   subsequent loan    ☐ Deferred payments
☐ Consolidation       ☐ Debt write down
☐ Conservation
   easement

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in __BARRANQUITAS, PUERTO RICO_____

_____, or at such other place as the Government may later designate in writing, the principal sum of

TEN THOUSAND FIVE HUNDRED_____ dollars

($10,500.00_____), plus interest on the unpaid principal balance at the **RATE** of

SIX_____ percent (__6____ %) per annum and

_____ dollars ($_____) of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in _____7_____ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| | | |
|---|---|---|
| $ 630.00 on 10-24-91 | ; $ 630.00 on 10-24-92 | ; |
| $ 2,493.00 on 10-24-93 | ; $ 2,493.00 on 10-24-94 | ; |
| $ 2,493.00 on 10-24-95 | ; $ 2,493.00 on 10-24-96 | ; |
| $ 2,493.00 on 10-24-97 | ; $ on | ; |
| $ on | ; $ on | ; |
| $ on | ; $ on | ; |

and $ _____ thereafter on __OCT__ of each year until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable __7__ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Records of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument.

*Position 2*                                                    FmHA 1940-17 (Rev. 8-88)

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s)(new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

ANGEL ANTONIO ALICEA SANTIAGO        (Borrower)

HILDA VIDAURE RIVERA HOYOS        (Co-Borrower)

P.O. BOX   653

BARRANQUITAS,  PUERTO RICO   00618

### RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ 10,500.00 | 10-24-90 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $  10,500.00 | |

^ U S GOVERNMENT PRINTING OFFICE: 1988-654-054/80008

*Position 2*        FmHA 1940-17 (Rev. 8-88)

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al veintiocho de mayo de mil novecientos noventa y tres, dio un saldo deudor montante a ONCE MIL CUATROCIENTOS NOVENTA Y CINCO DOLARES CON CINCUENTA Y NUEVE CENTAVOS ($11,495.59) con intereses al CINCO por ciento (5.00%) anual y la cual habrá de ser pagada en la siguiente forma: MIL CIENTO OCHO DOLARES ($1,108.00) en o antes del veintiocho de mayo de mil novecientos noventa y cuatro y MIL CIENTO OCHO DOLARES ($1,108.00) en mayo veintiocho de cada año subsiguiente excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día veintiocho de mayo del año dos mil ocho, según resulta de la escritura número Doscientos Siete (207) de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha veintiocho de mayo de mil novecientos noventa y tres, ante el Notario Carlos E. Berríos Beauchamp, DOY FE.

En Barranquitas, Puerto Rico, a veintiocho de mayo de mil novecientos noventa y tres.

CARLOS E. BERRIOS BEAUCHAMP
Notario Público

El importe de este pagaré y la hipoteca que lo garantiza, reamortizado al cinco de enero de mil novecientos noventa y seis, dio un saldo deudor montante a ---- ONCE MIL OCHOCIENTOS CINCUENTA Y OCHO DOLARES CON CUARENTA Y SEIS CENTAVOS ---- ($11,858.46) con intereses al CINCO por ciento (5.00%) anual y la cual habrá -- dede ser pagada en la siguiente forma: MIL CIENTO CUARENTA Y TRES DOLARES ---- ($1,143.00) en o antes del primero de enero de mil novecientos noventa y ------ siete y MIL CIENTO CUARENTA Y TRES DOLARES ($1,143.00) en enero primero de ----- cada año subsiguiente excepto el pago final del total de la deuda aquí asumida, se hará en o antes del día primero de enero del año dos mil once, según resulta de la escritura número Dos (2) de Ramortización de Préstamo Hipotecario y ------ Modificación de Hipoteca, de fecha cinco de enero de mil novecientos noventa y seis, ante el Notario Carlos E. Berríos Beauchamp, DOY FE. --------------------

En Barranquitas, Puerto Rico, a cinco de enero de mil novecientos noventa y seis.

CARLOS E. BERRIOS BEAUCHAMP
Notario Público

Forma FmHA 427-1(S) PR
(Rev. 10-82)

—————————————NUMERO DOSCIENTOS TREINTA Y CUATRO ————
————————————————— NUMBER TWO HUNDRED THIRTY FOUR —————————

—————————————HIPOTECA VOLUNTARIA——————————————
VOLUNTARY MORTGAGE

En Barranquitas, Puerto Rico, a los veinticuatro días del mes de
In Barranquitas, Puerto Rico, this twenty fourth day of October,

octubre de mil novecientos noventa. ———————————————————
nineteen hundred ninety. ————————————————————————————

——————————————————ANTE MI——————————————
BEFORE ME

———————————— CARLOS E. BERRIOS ROJAS ————————————

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Barranquitas
Attorney and Notary Public for the Island of Puerto Rico, with residence in  Barranquitas, —

Puerto Rico ————————— y oficina en Barranquitas, Puerto Rico. ———————
Puerto Rico ————————— and office in Barranquitas, ————————  Puerto Rico.

————————————————————COMPARECEN——————————————
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage————————————————

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances————————————

aparecen de dicho párrafo.————————————————————————————
appear from said paragraph.—————————

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their——

de su edad, estado civil, profesión y vecindad.—————————————————————
statements which I believe to be true of their age, civil status, profession and residence.————————

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this——

miento.————————————————————————————————————————
voluntary  mortgage.———————————

——————————————————EXPONEN——————————
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in————  ·

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same————

denominada de aquí en adelante "los bienes".—————————————————————
hereinafter referred to as "the property".—————

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens    ·

se especifican en el párrafo UNDECIMO.——————————————————————
specified in paragraph ELEVENTH herein.—————

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States————————

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,————

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with————————————————



un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)———

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by———————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the—————

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————————

hayan estimado sobre la propiedad hipotecada.—————————————
estimated against the property.———————————————————

CUARTO: Se sobreentiende que:————————————————
FOURTH: It is understood that:—————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the—————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention—————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and———————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of—————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.—————

das.——

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee—————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,———

prestamista asegurado.——————————————————
will be the insured lender.—————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the—————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along—————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.——————————————————
and interest.————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,—————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender—————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————————————
ments on the note, to be designated the "annual charge".—————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder———

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any—————





Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.—————————————
supplementary agreement.————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————



contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————

plimiento por parte del deudor hipotecario.——————————————————
by the mortgagor.————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————



doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or————————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until——

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.————————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree
thereon before and after maturity until paid, losses sustained by the————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————————

adicional especificada en el párrafo NOVENO de este documento.————————————
amounts as specified in paragraph NINTH hereof.

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————————
SIXTH: That the mortgagor specifically agrees as follows:

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————————————————





Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the—————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,—————————

hipotecario como agente cobrador del tenedor del mismo.————————————
as collection agent for the holder.————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal—————————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by———————————

reglamentos de la Administración de Hogares de Agricultores.————————————
regulations of the Farmer's Home Administration.————————————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,—————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less—————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder—————————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement—————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held—————————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite—————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance—————————

por el acreedor hipotecario por cuenta del deudor hipotecario.————————————
by the mortgagee for the account of the mortgagor.————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this—————————

párrafo devengará intereses a razón del   seis   —————————
subparagraph shall bear interest at the rate of   six   —————————

——————————— por ciento ( 6.00 — º/o)———————————
——————————— per cent    ( 6.00 — º/o)———————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————
to the mortgagee.————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,—————————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,—————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the—————————




el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————————
until repaid to the mortgagee.——————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————————

hipotecario determinare.——————————
determines.——————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————

los propósitos autorizados por el acreedor hipotecario.——————————
for purposes authorized by mortgagee.——————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee——————

tecario bajo los términos de esta hipoteca.——————————
under the terms of this mortgage.——————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-——————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————

aprobare el acreedor hipotecario.——————————
approved by mortgagee.——————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all ———————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor—————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish




- 6 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option



podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause———————

para adelantos, gastos y otros pagos.—————————————————
for advances, expenditures and other payments.————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect———

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage.

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed.

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor———

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,



similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.——————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.———

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called———

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply———

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,———

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an———



incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of———

- 8 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,——————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,——————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is——————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to——————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and——————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as——————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,——————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.——————
request the protection of the law.——————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements——————



de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——————

rarios de abogado.——————
attorney's fees.——————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness——————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at——————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation——————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee————————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over————————————————————

dichos bienes.————————————————————————————————————
said property.————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,————————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.————————
in or to the lien or any benefits herein contained.————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any————————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held————————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall————————————————

constituirá incumplimiento de esta hipoteca.————————————————————————
constitute default hereunder.————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall————————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,————————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,————————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated————————

especifica más adelante.————————————————————————————————————
hereinafter.————————

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee————————————





Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ——————

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment ——————————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so ——————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment ———————

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this —————————————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. ——————
mortgage, and if any amount then remains, will pay such amount to mortgagor. ————————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case ——————————————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended, —————————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount ————————————————

de Trescientos Noventa y Cuatro Mil Setecientos Sesenta y Siete
of Three Hundred Ninety Four Thousand Seven Hundred Sixty Seven
con Ochenta y Cinco Centavos ($394,767.85). ————————————————
and Eighty Five Cents ($394,767.85). ————————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be —————————————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the —————

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations—————————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the—————————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and—————————

y aseguramiento del préstamo antes mencionado.—————————————————
insuring of the loan hereinbefore mentioned.—————————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:——————
NINTH: The amounts guaranteed by this mortgage are as follows:—————————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of——————————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee—————————————————

hipotecario cediere esta hipoteca sin asegurar el pagaré   DIEZ MIL QUINIENTOS —
should assign this mortgage without insurance of the note,   TEN THOUSAND FIVE HUNDRED

————————————————————————— DOLARES ($ 10,500.00 )
————————————————————————— DOLLARS ($ 10,500.00 )

el principal de dicho pagaré, con sus intereses según estipulados a razón del   ——————
the principal amount of said note, together with interest as stipulated therein at the rate of   ————

Seis ———————————————— por ciento (   6.00 ———— º/o) anual;
Six ———————————————— per cent (   6.00 ——————º/o) per annum;





**Dos.** En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

**(A)**  DIEZ MIL QUINIENTOS ------------------------------------------
**(A)**  TEN THOUSAND FIVE HUNDRED -----------------------------------

------------------------------------------- **DOLARES** ($ 10,500.00) --
------------------------------------------- **DOLLARS** ($ 10,500.00) --

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender-------------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as-------------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,------------------

Tercero;----------------------------------------------------------------
Three;-----------------------------------------------------------------

**(B)**  QUINCE MIL SETECIENTOS CINCUENTA -----------------------------
**(B)**  FIFTEEN THOUSAND SEVEN HUNDRED FIFTY --------------------------

------------------------------------**DOLARES** ($ 15,750.00) --
------------------------------------**DOLLARS** ($ 15,750.00) --

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------------

sufrir bajo su seguro de pago del pagaré.--------------------------------
sustain under its insurance of payment of the note;------------------------

Tres. En cualquier caso y en todo tiempo;--------------------------------
Three. In any event and at all times whatsoever;---------------------------

**(A)**  CUATRO MIL DOSCIENTOS DOLARES --------------------------------
**(A)**  FOUR THOUSAND TWO HUNDRED DOLLARS ----------------------------

($ 4,200.00 ------- ) para intereses después de mora;--------------------
($ 4,200.00 ---------) for default interest;------------------------------

**(B)**  DOS MIL CIEN DOLARES ----------------------------------------
**(B)**  TWO THOUSAND ONE HUNDRED DOLLARS -----------------------------

{ $2,100.00 --------) para contribuciones, seguro y otros adelantos para la con-
{ $2,100.00 --------) for taxes, insurance and other advances for the preservation-

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph----------

SEXTO, Tercero;--------------------------------------------------------
SIXTH, Three;----------------------------------------------------------

**(C)**  MIL CINCUENTA DOLARES ---------------------------------------
**(C)**  ONE THOUSAND FIFTY DOLLARS ----------------------------------

($ 1,050.00 ----------- ) para costas, gastos y honorarios de abogado en caso
($ 1,050.00 -------- ) for costs, expenses and attorney's fees in case----- -------

de ejecución;---------------------------------------------------------
of foreclosure;-------------------------------------------------------

**(D)**  MIL CINCUENTA DOLARES ---------------------------------------
**(D)**  ONE THOUSAND FIFTY DOLLARS ----------------------------------

($ 1,050.00 ------- ) para costas y gastos que incurriere el acreedor hipoteca-
($ 1,050.00 ------- ) for costs and expenditures incurred by the mortgagee in-----

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with----------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as-----------------

se consigna en el párrafo SEXTO, Trece.----------------------------------
provided in paragraph (SIXTH, Thirteen.-----------------------------------





- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD----------------------------

de esta hipoteca es (son) descrito(s) como sigue:----------------------------------
of this mortgage is(are) described as follows:------------------------------------

"Pagaré otorgado en el caso número 'sesentitres – doce – cinco ocho tres
"Promissory note executed in case number sixty three – twelve – five eight --

cinco cuatro – siete siete cinco dos ---- fechado el día veinticuatro
three – five four – seven seven five two – dated the twenty fourth -

---------------- de octubre ------------ de mil novecientos------
---------------- day of October ---------nineteen hundred and ninety ---

noventa -------------------- por la suma de Diez Mil Quinientos -----
-------------------------- in the amount of Ten Thousand Five Hundred ---

----------------------------------------------------------dólares de principal más ---
Dollars --------------------------------------------------- of principal plus ---

intereses sobre el balance del principal adeudado a razón del Seis -------------
interest over the unpaid balance at the rate of Six --------------------------------

----------------------------------- ( 6.00 --------) por ciento anual,
----------------------------------- ( 6.00 --------) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments, ---------------

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed---

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due---

a los SIETE (7) -----------------------------------------------------
and payable SEVEN (7) -----------------------------------------------

años de la fecha de este pagaré.------------------------------------
years from the date of this promissory note.-----------------------

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the----

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United---

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act-

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as---

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers----

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the ---

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.-------------
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which---

constituye Hipoteca Voluntaria, se describe como sigue:------------------
voluntary mortgage is constituted, is described as follows:------------------

RUSTICA: Predio de terreno compuesto de Doce Cuerdas equivalentes
RUSTIC: Lot of land with an area of Twelve Cuerdas equivalent to



a cuatro hectàreas, sesenta y una àreas, sesenta y cuatro centiàreas
four hectare, sixty one area, sixty four centiare and sixty eight ---

y sesenta y ocho miliàreas, sita en el Barrio Barrancas de Barranqui-
miliare, located in Barrancas Ward of Barranquitas, and bounded by -

tas. y en lindes por el Norte, con Pedro Torres; por el Sur, Este y
the North with Pedro Torres; by the South, East, and West with the

Oeste, con la finca principal de la cual se segrega. Enclavan las
principal lot from which this was formed. In These lot there are --

siguientes estructuras: Casa construída en concreto dedicada a vivier
the following buildings: A concrete dwelling thatmeasures thirty two

da de treintidos pies ocho pulgadas por treintisiete pies diez pulga-
feet eight inches by thirty seven feet ten inches. Water tank that --

das. Tanque de agua de doce pies por doce pies por siete pies. Caja
measures twelve feet by twelve feet by seven feet. Caja de Medicar

de medicar de cinco pies por cinco pies por cuatro pies. Dos ranchos
that measures five feet by five feet by four feet. Two Poultry barns

para pollos de doscientos cincuenta pies por cuarenta pies cada uno
that measures three hundred feet by forty feet and another that ----

y otro de trescientos pies por cuarenta pies con equipo. ----------
measures three hundred feet by forty feet with equipment. ---------

-----------------------------------------------------------------

Adquirió el prestatario la descrita finca por compra ---------------
Borrower acquired the described property by purchase ---------------

según consta de la Escritura Número Veintiseis (26) ---------------
pursuant to Deed Number Twenty Six (26)

de fecha dos de abril de mil novecientos ochenta ---------------
dated April two, nineteen eighty ---------------

otorgada en la ciudad de Barranquitas, Puerto Rico ---------------
executed in the city of Barranquitas, Puerto Rico ---------------

ante el Notario Eileen Sutton de Zayas Green ---------------
before Notary Eileen Sutton de Zayas Green ---------------

Dicha propiedad se encuentra afecta a las cargas que detallamos al final
Said property is subject to the encumbrances set forth at the end of this
de esta escritura. Inscrita al folio ciento trece (113) del tomo se-
deed. Registered at page one hundred thirteen (113) of volume seven-
tenticuatro (74) de Barranquitas, finca tres mil ciento treinticua-
ty four (74) of Barranquitas, lot three thousand one hundred thirty
tro (3,134). ---------------
four (3,134). ---------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ---------------

carios ANGEL ANTONIO ALICEA SANTIAGO e HILDA VIDAURE RIVERA HOYOS, of
are ANGEL ANTONIO ALICEA SANTIAGO and HILDA VIDAURE RIVERA HOYOS, of
mayores de edad, casados entre sí, propietarios y vecinos de Barran-
legal age, married to each other, property owners and residents of
quitas, Seguro Social ███████████ y ███████████ respectivamente ---
Barranquitas, Social Security ███████████ and ███████████ ---------

cuya dirección postal es: Apartado siete mil doscientos setenta y
respectively, whose postal address is: P. O. Box seven thousand

siete (7277), Barranquitas, Puerto Rico cero cero seiscientos -----
two hundred seventy seven (7277), Barranquitas, Puerto Rico cero --
dieciocho (00618). ---------------
cero six hundred eighteen (00618). ---------------
DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used---------





14

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1651)
L.P.R.A. 1851.

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with



- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)



Forma FmHA 427-1(S) PR
(Rev. 10-82)

—————————————ACEPTACION—————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once——————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.—————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.———————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)—————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.————————————————————————————————————
I advised him (them).————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its——————————

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed——————————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES——————————

FE de todo el contenido de esta escritura.————————————————————————
FAITH to everything contained in this deed.———————————————————————

En este estado del otorgamiento se hace constar que la finca obje-
The parties states that the property subject to this mortgage is

to de esta hipoteca está afecta a cinco hipotecas a favor de United States of América: -
subject to five mortgages in favor of United States of América: -

Estados Unidos de América, una por la suma de Veintitres Mil Dóla-
One for Twenty Three Thousand Dollars ($23,000.00), another for ——

res ($23,000.00), otra por la suma de Ciento Cuatro Mil Quinientos
One Hundred Four Thousand Five Hundred Sixty Three Dollars and ——

Sesenta y Tres Dólares con Noventa y Un Centavos ($104,563.91) rea
Ninety One Cents ($104,563.91) reamortized to One Hundred Three ——

mortizada a Ciento Tres Mil Seiscientos Cincuenta y Dos Dólares co
Thousnd Six Hundred Fifty Two Dollars and Fifty Three Cents ——————

Noventa y Tres Centavos ($103,652.53), otra de Veintiun Mil Tres——
($103,652.53) another for Twenty One Thousand Three Hundred Fifty

cientos Cincuenta y Tres Dólares con Veintiun Centavos ($21,353.21
Three and Twenty One Cents ($21,353.21) reamortized to Twenty One

reamotizada a Veintiun Mil Ciento Cuarenta y Cinco Dólares con ——
Thousand One Hundred Forty Five Dollars and Sixty Six Cents —————

Sesenta y Seis Centavos ($21,145.66), otra de Sesenta y Ocho Mil -
($21,145.66) another for Sixty Eight Thousand Thirty Six Dollars

Treinta y Seis Dólares con Doce Centavos que fue reducida a Cuaren
and twelve cents ($68,036.12) reduced to Forty Three Thousand Nine

ta y Tres Mil Novecientos Veintitres Dólares con Veinticuatro Cen-
Hundred Twenty Three and twnety Four Cents ($43,923.24) and anothe

tavos ($43,923.24) y otra de Once Mil Cuatrocientos ($11,400.00)
for Eleven Thousand Four Hudnred Dollars ($11,400.00) reamortized

reamortizada a Diez Mil Cuarenta y Seis Dólares con Cuarenta y Dos
to Ten Thoussand Forty Six Dollars and forty two cents ——————————

Centavos ($10,046.42) y a otra hipoteca  a favor de Estados Unidos





17

($10,046.42) and another mortgage in favor of United States of

de América por la suma principal de Ciento Sesenta y Un Mil ---
América for the principal amount of One Hundred Sixty One ----

Dolares ($161,000.00) y a otra hipoteca a favor de Estados ---
Thousand Dollars ($161,000.00) and another mortgage in favor

Unidos de América por la suma principal de Veintiun Mil -----
United States of America for the principal amount of Twenty

Quinientos Dólares ($21,500.00).  REPITO LA FE.  ------------
One Thousand Five Hundred Dollars ($21,500.00).  I REPEAT THE

------------------------------------------------------------
NOTARIAL FAITH.  -------------------------------------------

Firmados:  Angel Antonio Alicea Santiago,  Hilda Vidaure -----
Rivera Hoyos.  ---------------------------------------------

El original de esta escritura consta de 8 folios escritos por
los dos lados y 2 folios escritos por un solo lado.  ---------

FIRMADO, SIGNADO, RUBRICADO Y SELLADO.
CARLOS E. BERRIOS ROJAS. NOTARIO PUBLICO
HAY CANCELADOS LOS CORRESPONDIENTES
SELLOS DE RENTAS INTERNAS E IMPUESTO
NOTARIAL. Y DEBIDAMENTE ESTAMPADAS LAS
INICIALES DE LOS OTORGANTES AL MARGEN DE
TODOS Y CADA UNO DE LOS FOLIOS DEL ORIGINAL
CERTIFICO QUE LA QUE PRECEDE ES PRIMERA
COPIA FIEL Y EXACTA DE SU ORIGINAL QUE BAJO
EL NUMERO ANTES INDICADO OBRA EN MI PROTOCOLO
CORRIENTE. PARA ENTREGAR A _Larmira Nomes_
EXPIDO LA PRESENTE EN EL MISMO SITIO Y FE-
CHA DE SU OTORGAMIENTO. DOY FE. --------





Registrado al

folio: 81
tomo: 174 – Bgb
finca: 3134
Susc: 15ᵗᵃ
Cargas: Siete hipotecas a
favor de E.U.A. por $23,000.00,
$13,500.00 modif. a $103,652.53;
$25,000.00 modif. a $21,145.66;
$68,036.12 modif. a $68,572.05;
$11,400.00 modif. a $19,046.42;
$161,000.00; y $21,500.00 y a
la que por este documento se
constituye.
Bgb. a 25 de Octubre 1990
Sin dros.     Carmen N. Rivera Quevedo
               Reg

Revisado
L. Rods
1/29/91

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

**CLIENT:** ANGEL ANTONIO ALICEA SANTIAGO    **REF:** 1521.140
                                              **BY:** TAIMARY ESCALONA

**PROPERTY NUMBER:** 3,134, recorded at page 112 of volume 74 of Barranquitas, Registry of the Property of Barranquitas, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Predio de terreno compuesto de **doce cuerdas equivalentes a cuatro hectáreas, sesenta y una áreas, sesenta y cuatro centiáreas y sesenta y ocho miliáreas**, sita en el Barrio Barrancas de Barranquitas y en lindes por el **NORTE**, con Pedro Torres; por el **SUR**, **ESTE** y **OESTE**, con la finca principal de la cual se segrega.

Enclavan las siguientes estructuras: casa construida en concreto dedicada a vivienda de treintidos pies ocho pulgadas por treintisiete pies diez pulgadas. Tanque de agua de doce pies por doce pies por siete pies. Caja de medicar de cinco pies por cinco pies por cuatro pies. Dos ranchos para pollos de doscientos cincuenta pies por cuarenta pies cada uno y otro de trescientos pies por cuarenta pies con equipo.

**ORIGIN:**

It is segregated from property number 406, recorded at page 130, volume 35 of Barranquitas.

**TITLE:**

This property is exclusive registered in favor of ANGEL ANTONIO ALICEA SANTIAGO, single, who acquired it by purchase from Paula Petra Santiago Rodríguez married with Angel Alicea Malavé, at a price of $12,000.00, pursuant to deed #26, executed in Barranquitas, Puerto Rico, on April 2, 1980, before Eileen Sutton de Zayas Green Notary Public, recorded at page 113 of volume 74 of Barranquitas, property number 3,134, 2nd inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Angel Antonio Alicea Santiago, single, in favor of United States of America, in the original principal amount of $23,000.00, with 10% annual interests, due on 33 years, constituted by deed #27, executed in Barranquitas, Puerto Rico, on April 2, 1980, before Eileen Sutton de Zayas Green Notary Public, recorded at page 113 of volume 74 of Barranquitas, property number 3,134, 2nd inscription.

2.   **MORTGAGE:** Constituted by Angel Antonio Alicea Santiago, single, in favor of United States of America, in the original principal amount of $73,500.00, with 10% annual interests, due on 40 years, constituted by deed #28, executed in Barranquitas, Puerto Rico, on April 2, 1980, before Eileen Sutton de Zayas Green Notary Public, recorded at overleaf of page 113 of volume 74 of Barranquitas, property number 3,134, 3rd inscription.



PAGE #2
PROPERTY #3,134

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

3. **MORTGAGE:** Constituted by Angel Antonio Alicea Santiago married with Hilda V. Rivera Hoyos, in favor of United States of America represented by Farmer Home Administration, in the original principal amount of $25,000.00, with 8 5/8% annual interests, due on 7 years, constituted by deed #89, executed in Barranquitas, Puerto Rico, on May 21, 1986, before Carlos F. Berrios Rojas Notary Public, recorded at page 290 of volume 152 of Barranquitas, property number 3,134, 9th inscription.

4. **MORTGAGE:** Constituted by Angel Antonio Alicea Santiago married with Hilda V. Rivera Hoyos, in favor of United States of America represented by Farmer Home Administration, in the original principal amount of $68,036.12, with 5.75% annual interests, due on 15 years, constituted by deed #69, executed in Barranquitas, Puerto Rico, on September 30, 1987, before Eloy Aponte Colón Notary Public, recorded at overleaf of page 291 of volume 152 of Barranquitas, property number 3,134, 11th inscription.

5. **MORTGAGE:** Constituted by Angel Antonio Alicea Santiago married with Hilda V. Rivera Hoyos, in favor of United States of America represented by Farmer Home Administration, in the original principal amount of $11,400.00, with 8 ½% annual interests, due on 7 years, constituted by deed #207, executed in Barranquitas, Puerto Rico, on August 17, 1988, before Carlos E. Berríos Rojas Notary Public, recorded at page 292 of volume 152 of Barranquitas, property number 3,134, 12th inscription.
**Conditions**

6. **MORTGAGE:** Constituted by Angel Antonio Alicea Santiago married with Hilda V. Rivera Hoyos, in favor of United States of America represented by Farmer Home Administration, in the original principal amount of $161,000.00, with 4 ½% annual interests, due on 30 years, constituted by deed #213, executed in Barranquitas, Puerto Rico, on December 27, 1989, before Carlos E. Berríos Rojas Notary Public, recorded at overleaf of page 292 of volume 152 of Barranquitas, property number 3,134, 13th inscription.
**Conditions**

7. **MORTGAGE:** Constituted by Angel Antonio Alicea Santiago married with Hilda V. Rivera Hoyos, in favor of United States of America represented by Farmer Home Administration, in the original principal amount of $21,500.00, with 4 ½% annual interests, due on 30 years, constituted by deed #201, executed in Barranquitas, Puerto Rico, on August 29, 1990, before Carlos E. Berríos Rojas Notary Public, recorded at overleaf of page 80 of volume 174 of Barranquitas, property number 3,134, 14th inscription.
**Conditions**

8. **MORTGAGE:** Constituted by Angel Antonio Alicea Santiago married with Hilda V. Rivera Hoyos, in favor of United States of America represented by Farmer Home Administration, in the original principal amount of $10,500.00, with 6% annual interests, due on 7 years, constituted by deed #234, executed in Barranquitas, Puerto Rico, on October 24, 1994, before Carlos E. Berríos Rojas Notary Public, recorded at page 81 of volume 174 of Barranquitas, property number 3,134, 15th inscription.
**Conditions**


Eagle Title & Other Services, Inc.



ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**PAGE #3**
**PROPERTY #3,134**

9.  **SEIZURE:** In favor of Fondo del Seguro del Estado of Commonwealth of Puerto Rico, Invoices, Certification dated June 26, 1997, in the amount of $725.00. Annotated at overleaf of page 85 of volume 174 of Barranquitas, dated August 22, 1997, annotation A.

10. The mortgage for the amount of $73,500.00 of 3rd inscription is modified as follows:  The total amount owed as of May 21, 1986, which is $104,563.91, with an interest of 5%, should be paid as follows: $6,458.00 on or before January 1, 1987 and $6,458.00 on or before each January 1st subsequently, except the final payment, which it should be paid on or before 34 years, constituted by deed #86, executed in Barranquitas, Puerto Rico, on May 21, 1986, before Carlos E. Berrios Rojas Notary Public, recorded at page 115 of volume 74 of Barranquitas, property number 3,134, 6th inscription.

11. The mortgage for the amount of $25,000.00 of 9th inscription is modified as follows: The amount owed as of September 30, 1987, is $21,353.21, with interest of 5.75% annual, which it should be paid as follows: $313.00 one or before January 1, 1988 and $2,163.00 on or before each January 1st subsequently, except the final payment, which it should be paid on or before 15 years of the date of this reamortization. Giving faith Notary of putting the corresponding notes and of partially cancelling the mortgage note in the amount of $3,646.89, which is the difference between the principal amount and the balance due, constituted by deed #67, executed in Barranquitas, Puerto Rico, on September 30, 1987, before Eloy Aponte Colón Notary Public, recorded at overleaf of page 290 of volume 152 of Barranquitas, property number 3,134, 10th inscription.

12. The mortgage for the amount of $73,500.00; $25,000.00; $68,036.12; $11,400.00 of 3rd, 9th, 11th, 12th inscriptions is modified as follows: The amount owed of the mortgage for $104,563.91 amounts to the sum of $103,652.55 accruing interest at 5% per annum whose interest would not include the non-profitable interest which amounts to the sum of $3,370.17 and which had to be paid in a payment of $3,033.00 on or before December 27, 1990; in a payment of $3,033.00 on or before December 27, 1991; in a payment of $3,023.00 on or before December 27, 1992; in a payment of $3,032.00 on or before December 27, 1993; in a payment of $3,033.00 on or before December 27, 1994; and $7,363.00 of each subsequent year except for the final payment of the total debt to be made on or before December 27, 2020. Payment is partially canceled in the amount of $911.38.
The total amount of the mortgage for $21,353.21 amounts to $21,145.66 with interests at 5½% annual whose interest will not include non-profitable interests which amount to the sum of $1,649.31 and which will have to be paid in a first payment of $2,053.00 on or before December 27, 1990; $2,053.00 on or before December 27, 1991 and $2,053.00 of each subsequent year except the final payment of the total due will be made on or before December 27, 2004. Payment is partially canceled in the amount of $207.55.
The total amount of the mortgage for $68,036.12 amounts to the sum of $68,572.05 with interests at 5½% annual whose interest will not include non-profitable interests which amount to the amount of $4,273.27 whose debt was reduced to $43,923.24 in consideration of the deduction of the debt and the restitution of the loan made by the of Home Farmers Administration and which shall be paid as follows: $4,377.00 on or before December 27, 1990; $4,377.00 on or before December 27, 1991; $4,377.00 on or before December 27 of each subsequent year except for the final payment of the total debt will be made on or before December 27, 2004.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**PAGE #4**
**PROPERTY #3,134**

The total amount of the mortgage for $11,400.00 amounts to the sum of $ 10,046.42 with interests at 5½% annual whose interest will not include non-profitable interests which amount to the sum of $802.74 and which shall be paid as follows: $976.00 on or before December 27, 1990; $976.00 on or before December 27, 1991 and $976.00 of each subsequent year except for the final payment of the total debt will be made on or before December 27, 2004. Payment is partially canceled in the amount of $1,353.58, constituted by deed #212, executed in Barranquitas, Puerto Rico, on December 27, 1989, before Carlos E. Berríos Rojas Notary Public, recorded at overleaf of page 292 of volume 152 of Barranquitas, property number 3,134, 13th inscription.

13.   The mortgage for the amount of $73,500.00; $25,000.00; $68,036.12; $11,400.00; $161,000.00; $21,500.00 and $10,500.00 of 3rd, 9th, 11th, 12th, 13th, 14th, and 15th inscriptions is modified as follows: The amount owed of the mortgage for $73,500.00 amortized to $103,652.53 amounts to the sum of $111,560.60 with interest at 5.00% per annum and which shall be paid as follows: $7,620.00 on or before May 28, 1994 and $7,620.00 of each subsequent year until the debt is fully satisfied, except for the final payment of the total debt assumed herein will be made on or before May 28, 2020.
The total amount owed of the mortgage for $25,000.00 amortized to $21,145.16 amounts to the sum of $20,466.26 with interest at 5.00% annual and which shall be paid as follows: $1,972.00 on or before May 28, 1994 and $1,972.00 of each subsequent year until the debt is fully satisfied, except the final payment of the total debt assumed herein will be made on or before May 28, 2008. Payment is partially canceled in the amount of $679.40.
The total amount owed of the mortgage for $68,036.12 amortized to $43,923.24 amounts to the sum of $42,045.73 with interest at 5.00% annual and which shall be paid as follows: $4,052.00 on or before May 28, 1994 and $4,052.00 of each subsequent year until the debt is fully satisfied, except the final payment of the total debt assumed herein will be made on or before May 28, 2008. Payment is partially canceled in the amount of $1,877.51.
The total amount of the mortgage for $11,400.00 amortized to $10,046.42 amounts to the sum of $9,699.39 with interest at 5.00% annual and which shall be paid as follows: $935.00 on or before May 28, 1994 and $935.00 of each subsequent year until the debt is fully satisfied, except the final payment of the total debt assumed herein will be made on or before May 28, 2008. Payment is partially canceled in the amount of $347.03.
The total amount owed of the mortgage for $161,000.00 does not amount to $170,478.68 with interest at 4.50% annual and which shall be paid as follows: $343.00 on or before May 28, 1994 and of each subsequent year until May 28, 1998 and $11,477.00 beginning on May 28, 1999 and of each subsequent year until the debt is fully satisfied, except for the final payment of the total debt here assumed will be done on or before May 28, 2029.
The total amount of the mortgage for $21,500.00 amounts to the sum of $22,810.93 with interest at 4.50% annual and which shall be paid as follows: $1,545.00 on or before May 28, 1999 and $1,545.00 of each subsequent year until the debt is fully satisfied, except for the final payment of the total debt assumed herein will be made on or before May 28, 2029.



ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services Inc.

PAGE #5
PROPERTY #3,134

The total amount owed of the mortgage for $10,500.00
amounts to the sum of $11,495.59 with interest at 5.00%
annual and which shall be paid as follows: $1,108.00 on or
before May 28, 1994 and $1,108.00 on or before May 28 of
each subsequent year until the debt is fully satisfied,
except for the final payment of the total debt assumed
herein will be made on or before May 28, 2008, constituted
by deed #207, executed in Barranquitas, Puerto Rico, on May
28, 1993, before Carlos E. Berrios Beauchamp Notary Public,
recorded at page 82 of volume 174 of Barranquitas, property
number 3,134, 16th inscription.

14. The mortgage for the amount of $73,500.00; $25,000.00;
$68,036.12; $11,400.00; and $10,500.00 of 3rd, 9th, 11th, 12th,
and 15th inscriptions is modified as follows:
The amount owed on January 5, 1996 of the mortgage for
$73,500.00 amortized to $111,560.60 amounts to the sum of
$122,660.33 with interest at 5% annual and which shall be
paid as follows: $8,891.00 on or before January 1, 1997 and
of each subsequent year until the debt is fully satisfied,
except for the final payment of the total debt assumed
herein will be made on or before January 1, 2020.
The total amount owed of the mortgage for $25,000.00
amortized to $20,466.26 amounts to the sum of $21,064.69
with interest at 5% annual and which shall be paid as
follows: $2,030.00 on or before January 1, 1997 and
$2,030.00 of each subsequent year until the debt is fully
satisfied, except for the final payment of the total debt
assumed herein will be made on or before January 1, 2011.
The amount owed on January 5, 1996 of the mortgage for
$68,036.12 amortized to $42,045.73 amounts to the sum of
$43,324.53 with interest at 5.0% annual and which shall be
paid as follows: $4,175.00 on or before January 1, 1997 and
$4,175.00 of each subsequent year until the debt is fully
satisfied, except the final payment of the total debt
assumed herein will be made on or before January 1, 2011.
The amount owed on January 5, 1996 of the mortgage for
$11,400.00 amortized to $9,699.39 amounts to the sum of
$9,912.54 with interest at 5% annual and which shall be
paid as follows: $962.00 on or before January 1, 1997 and
of $962.00 each subsequent year until the debt is fully
satisfied, except the final payment of the total debt
assumed herein will be made on or before January 1, 2011.
The amount owed on January 5, 1996 of the mortgage for
$10,500.00 amortized to $11,495.59 amounts to the sum of
$11,958.46 with interest at 5.0% annual and which shall be
paid as follows: $1,143.00 on or before January 1, 1997 and
$1,143.00 of each subsequent year until the debt is fully
satisfied, except the final payment of the total debt
assumed herein will be made on or before January 1, 2011,
constituted by deed #2, executed in Barranquitas, Puerto
Rico, on January 5, 1996, before Carlos E. Berrios Beauchamp
Notary Public, recorded at page 84 of volume 174 of
Barranquitas, property number 3,134, 17th inscription.

PAGE #6
PROPERTY #3,134


REVIEWED:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 3, 2018.

*NOTICE: At the time and date this Title Abstract was generated there is a delay on the "Agora" Electronic System from the Registry Department. Furthermore, the new system "Karibe" in which the historic books are being digitalized presents a delay and many documents do not appear or may not show readable. Hence, we are not responsible for documents that are not found nor errors or omissions by the Registry as well as any setbacks this may incite.*

**EAGLE TITLE AND OTHER SERVICES, INC.**



Authorized Signature

mcr/srd/yrp/mv/**F**


I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

    1. That my name and personal circumstances are the above mentioned.

    2. That on October 3, 2018, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

    3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 25 day of Octubre of 2018.



_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 3213.


Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 25 day of Octubre of 2018.



_____
NOTARY PUBLIC

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe ni debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Exhibit 18

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **ANGEL ANTONIO ALICEA SANTIAGO**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7752**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Puerto Rico** | | |
| Case number:   **19–00740 –ESL 7** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

ANGEL ANTONIO ALICEA SANTIAGO
aka ANGEL A ALICEA, aka ANGEL ANTONIO
ALICEA, aka ANGEL ALICEA SANTIAGO, aka
ANGEL ALICEA, aka ANGEL A ALICEA
SANTIAGO

**By the court:**

May 20, 2019

Enrique S. Lamoutte
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318     **Order of Discharge**     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support
  obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

- debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

- some debts which the debtors did not
  properly list;

- debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

- debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Exhibit 19

# UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:    Alicea Santiago, Angel        Case No:   63-012-7752

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

### Statement of Account as of      June 8, 2020

| Loan Number | 43-24 | |
|---|---|---|
| Original Note Amount | $ | 161,000.00 |
| Original Note Date | 12/27/1989 | |
| Date of Last Payment | 1/09/2017 Offset | |
| Principal Balance | $ | 170,158.15 |
| Unpaid Interest | $ | 205,535.20 |
| Misc. Charges | $ | - |
| Total Balance | $ | 375,693.35 |
| Daily Interest Accrual | $ | 20.9784 |
| Amount Delinquent | $ | 206,514.00 |
| Years Delinquent | 21 | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
June 8, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:    Alicea Santiago, Angel        Case No:   63-012-7752

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of* **June 8, 2020**

| Loan Number | 43-28 | |
|---|---|---|
| Original Note Amount | $ | 21,500.00 |
| Original Note Date | 8/29/1990 | |
| Date of Last Payment | None | |
| Principal Balance | $ | 22,810.93 |
| Unpaid Interest | $ | 27,746.22 |
| Misc. Charges | $ | - |
| Total Balance | $ | 50,557.15 |
| Daily Interest Accrual | $ | 2.8123 |
| Amount Delinquent | $ | 27,859.01 |
| Years Delinquent | 22 | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
June 8, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:       Aliciea Santiago, Angel          Case No:    63-012-7752

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of*          **June 8, 2020**

| Loan Number | 44-32 | |
|---|---|---|
| Note Amount | $ | 25,000.00 |
| Original Note Date | 5/21/1986 | |
| Date of Last Payment | 9/19/1997 | |
| Principal Balance | $ | 18,680.92 |
| Unpaid Interest | $ | 21,219.50 |
| Misc. Charges | $ | - |
| Total Balance | $ | 39,900.42 |
| Daily Interest Accrual | $ | 2.5590 |
| Amount Delinquent | $ | 39,900.42 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
June 8, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:        Aliciea Santiago, Angel                Case No:    63-012-7752

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of*        **June 8, 2020**

| Loan Number | 44-33 |
|---|---|
| Note Amount | $ 68,036.12 |
| Original Note Date | 9/30/1987 |
| Date of Last Payment | 9/19/1997 |
| Principal Balance | $ 38,513.77 |
| Unpaid Interest | $ 53,827.09 |
| Misc. Charges | $ 24,648.81 |
| Total Balance | $ 116,989.67 |
| Daily Interest Accrual | $ 6.6265 |
| Amount Delinquent | $ 116,989.67 |
| Years Delinquent | Fully matured |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
June 8, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Aliciea Santiago, Angel          Case No:     63-012-7752

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

  **Statement of Account as of          June 8, 2020**

| Loan Number | 44-34 | |
|---|---|---|
| Note Amount | $ | 11,400.00 |
| Original Note Date | 8/17/1988 | |
| Date of Last Payment | 5/15/1998 | |
| Principal Balance | $ | 9,152.19 |
| Unpaid Interest | $ | 10,097.51 |
| Misc. Charges | $ | - |
| Total Balance | $ | 19,249.70 |
| Daily Interest Accrual | $ | 1.2537 |
| Amount Delinquent | $ | 19,249.70 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
June 8, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Aliciea Santiago, Angel          Case No:    63-012-7752

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

**Statement of Account as of**          **June 8, 2020**

| Loan Number | 44-35 |
|---|---|
| Note Amount | $          10,500.00 |
| Original Note Date | 10/24/1990 |
| Date of Last Payment | 5/15/1998 |
| Principal Balance | $          10,881.12 |
| Unpaid Interest | $          12,005.00 |
| Misc. Charges | $                     - |
| Total Balance | $          22,886.12 |
| Daily Interest Accrual | $                1.4906 |
| Amount Delinquent | $          22,886.12 |
| Years Delinquent | Fully matured |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
June 8, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:    Aliciea Santiago, Angel          Case No:    63-012-7752

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

  *Statement of Account as of*          **June 8, 2020**

| Loan Number | 41-36 | |
|---|---|---|
| Note Amount | $ | 73,500.00 |
| Original Note Date | 4/2/1980 | |
| Date of Last Payment | 9/10/1998 | |
| Principal Balance | $ | 118,359.49 |
| Unpaid Interest | $ | 128,671.37 |
| Misc. Charges | $ | - |
| Total Balance | $ | 247,030.86 |
| Daily Interest Accrual | $ | 16.2136 |
| Amount Delinquent | $ | 247,030.86 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
June 8, 2020



Exhibit 20

**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:                  XXX-XX-7752
Birth Date:
Last Name:        ALICEA SANTIAGO
First Name:       MIGUEL
Middle Name:   ANTONIO
Status As Of:    Nov-16-2020
Certificate ID:   Y2RZPC8D8HQ558V

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-2309 |
| Birth Date: | |
| Last Name: | RIVERA HOYOS |
| First Name: | HILDA |
| Middle Name: | VIDAUARE |
| Status As Of: | Nov-16-2020 |
| Certificate ID: | J36MZ1TG0R51S4X |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Puerto Rico

| | |
|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| ANGEL ANTONIO ALICEA SANTIAGO, et als | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

FORECLOSURE OF MORTGAGE

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ANGEL ANTONIO ALICEA SANTIAGO
HC-02, Box 7277
Bo. Cañabón, La Torre
Barranquitas, P.R. 00794

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### District of Puerto Rico

| | |
|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture<br><br>_____<br><br>*Plaintiff(s)*<br><br>v.<br><br>ANGEL ANTONIO ALICEA SANTIAGO, et als<br><br>_____<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

FORECLOSURE OF MORTGAGE

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Conjugal Partnership Alicea-Rivera
HC-02, Box 7277
Bo. Cañabón, La Torre
Barranquitas, P.R. 00794

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. ANGEL ANTONIO ALICEA SANTIAGO, et als _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HILDA VIDAURE RIVERA HOYOS
HC-02, Box 7277
Bo. Cañabón, La Torre
Barranquitas, P.R. 00794

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____     _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):   Fortuño, Juan Carlos

USDC-PR Bar Number:   211913

Email Address:   jcfortuno@fortuno-law.com

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:   ANGEL ANTONIO ALICEA SANTIAGO, acting through the USDA

   Defendant:   PEDRO BENGOCHEA SANTIAGO, BURDENE STAUFFER WEST; ET ALS.

2. Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case

   ☐ Social Security

   ☐ Banking

   ☐ Injunction

3. Indicate the title and number of related cases (if any).

   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes

   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes

   ☒ No

6. Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes

   ☒ No

Date Submitted:   November 16, 2020

rev. Dec. 2009

Print Form        Reset Form

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | ANGEL ANTONIO ALICEA SANTIAGO, et als. |

| (b)  County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Barranquitas, P.R.<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
|---|---|
| (c)  Attorneys *(Firm Name, Address, and Telephone Number)*<br>Juan C. Fortuño Fas<br>Po Box 3908, Guaynabo, PR 00970<br>Tel. 787-751-5290 | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
        Plaintiff

☐ 2   U.S. Government
        Defendant

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>    & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>    Student Loans<br>    (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>    of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>    Liability<br>☐ 320 Assault, Libel &<br>    Slander<br>☐ 330 Federal Employers'<br>    Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>    Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>    Product Liability<br>☐ 360 Other Personal<br>    Injury<br>☐ 362 Personal Injury -<br>    Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>    Product Liability<br>☐ 367 Health Care/<br>    Pharmaceutical<br>    Personal Injury<br>    Product Liability<br>☐ 368 Asbestos Personal<br>    Injury Product<br>    Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>    Property Damage<br>☐ 385 Property Damage<br>    Product Liability | ☐ 625 Drug Related Seizure<br>    of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>    28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>    New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>    3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>    Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 485 Telephone Consumer<br>    Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>    Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| ☒ 210 Land Condemnation<br>☒ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>    Accommodations<br>☐ 445 Amer. w/Disabilities -<br>    Employment<br>☐ 446 Amer. w/Disabilities -<br>    Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>    Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>    Conditions of<br>    Confinement | ☐ 710 Fair Labor Standards<br>    Act<br>☐ 720 Labor/Management<br>    Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>    Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>    Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>    Actions | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>    or Defendant)<br>☐ 871 IRS—Third Party<br>    26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>    Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>    Act/Review or Appeal of<br>    Agency Decision<br>☐ 950 Constitutionality of<br>    State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

| VII. REQUESTED IN<br>COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION<br>UNDER RULE 23, F.R.Cv.P. | DEMAND $<br>847,658.46 | CHECK YES only if demanded in complaint:<br>JURY DEMAND:   ☐ Yes   ☒ No |
|---|---|---|---|

| VIII. RELATED CASE(S)<br>IF ANY | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

| DATE<br>11/16/2020 | SIGNATURE OF ATTORNEY OF RECORD | |
|---|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|